UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-81373-RYSKAMP/VITUNAC

MARK KUNZELMANN,

    Plaintiff,

v.

WELLS FARGO BANK, N.A. et al.,

    Defendants.
_____/

## ORDER OF RECUSAL

**THIS CAUSE** comes before the Court *sua sponte*. The undersigned Judge, to whom the above-styled case was assigned, hereby **RECUSES** himself and **REFERS** this matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Southern District of Florida Local Rules 3.6 and 3.7.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 10 day of January, 2012.

                                                        /s/ Kenneth L. Ryskamp
                                                        KENNETH L. RYSKAMP
                                                        UNITED STATES DISTRICT JUDGE