UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-81373-DMM

MARK KUNZELMANN;
on behalf of himself and all others
similarly situated;

      Plaintiff,

v.

WELLS FARGO BANK, N.A.;
WELLS FARGO INSURANCE, INC.;
ASSURANT INC. (d/b/a ASSURANT
SPECIALTY PROPERTY;
and AMERICAN SECURITY INSURANCE
COMPANY
      Defendants.
_____/

**CLASS ACTION**

## NOTICE OF PENDING RELATED OR SIMILAR ACTION

Plaintiffs hereby give notice, required by S.D. Fla. Local Rule 3.8, that the above-captioned action is related to *Williams v. Wells Fargo et al*, Case No. 11-cv-21233-RNS, currently pending before the Honorable Robert N. Scola Jr. Plaintiff filed the instant case on December 16, 2011 and noted it as a related action on the civil cover sheet. The *Williams* litigation was filed on April 7, 2011 and extensive discovery has already been completed, including discovery regarding Defendant Assurant. In addition, class certification has been fully briefed. The *Williams* case encompasses nearly identical facts and substantially the same legal issues, and involves two of the same Defendants. As discussed in the Court's Internal Operating Procedures 2.15.00C, the two actions involve the materially-same subject matter, and disposition of the two cases by different Judges would entail the unnecessary duplication of judicial labor. Respectfully submitted this 11th day of January 2012.

By:/s/ *Robert J. Neary*

| | |
|---|---|
| Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>Thomas Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br>Rachel Sullivan, Esq.<br>rs@kttlaw.com<br>Robert J. Neary, Esq.<br>rn@kttlaw.com<br>**KOZYAK, TROPIN, & THROCKMORTON P.A.**<br>2525 Ponce de Leon Blvd. 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508 | Lance A. Harke, Esq.<br>lharke@harkeclasby.com<br>Sarah Engel<br>sengel@harkeclasby.com<br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:      (305) 536-8220<br>Facsimile:       (305) 536-8229 |
| Jeffrey N. Golant, Esq.<br>jgolant@jeffreygolantlaw.com<br>**LAW OFFICES OF JEFFREY N. GOLANT, P.A.**<br>1000 W. McNab Road, Suite 150<br>Pompano Beach, FL 33069<br>Telephone: 954-942-5270<br>Facsimile: 954-942-5272 | Chip Merlin, Esq.<br>cmerlin@merlinlawgroup.com<br>Mary E. Fortson, Esq.<br>mfortson@merlinlawgroup.com<br>Sean M. Shaw, Esq.<br>sshaw@merlinlawgroup.com<br>**MERLIN LAW GROUP, P.A.**<br>777 S. Harbour Island Blvd., Suite 950<br>Tampa, FL 33602<br>Telephone: 813-229-1000<br>Facsimile: 813-229-3692 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January, 2012, a true copy of the foregoing has been filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic filing.

/s/ Robert J. Neary

334296v1