UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 11-CV-81373-MIDDLEBROOKS/BRANNON**

MARK KUNZELMANN; on behalf of
himself and all others similarly situated;

       Plaintiff,

v.

WELLS FARGO BANK, N.A.; WELLS
FARGO INSURANCE, INC.

       Defendants.
_____/

**NOTICE OF MEDIATION**

      The parties hereby advise the Court that they have agreed to mediate the above-captioned case before the Jeffrey Grubman at the offices of Carlton Fields, P.A., 100 SE Second Street, Suite 4200, Miami, FL 33131, on July 27, 2012 at 10:00 a.m. Each party will have a representative with authority to settle present.

      Respectfully submitted,

      s/ Lance A. Harke
      Lance A. Harke, P.A.
      Florida Bar No. 863599
      lharke@harkeclasby.com
      Howard M. Bushman, P.A.
      Florida Bar No. 0364230
      hbushman@harkeclasby.com
      **HARKE CLASBY & BUSHMAN LLP**
      9699 NE Second Avenue
      Miami Shores, Florida 33138
      Telephone: (305) 536-8220
      Telecopier: (305) 536-8229

CASE NO. 11-CV-81373-MIDDLEBROOKS/BRANNON

        Adam M. Moskowitz, Esq.
        Florida Bar No. 984280
        Thomas A. Tucker Ronzetti, Esq.
        Florida Bar No. 965723
        Robert J. Neary, Esq.
        Florida Bar No. 0081712
        **KOZYAK TROPIN & THROCKMORTON, P.A.**
        2525 Ponce de Leon
        9th Floor
        Coral Gables, FL 33134
        Telephone: 305-372-1800
        Facsimile: 305-372-3508

        Jeffrey N. Golant
        1000 West McNab Road
        Suite 150
        Pompano Beach, FL 33069
        Telephone: 954-942-5270
        Facsimile: 954-942-5272

        Chip Merlin
        Mary E. Fortson
        Sean M. Shaw
        **MERLIN LAW GROUP**
        777 South Harbour Island Boulevard
        Tampa, FL 33602
        Telephone: 813-229-1000
        Facsimile: 813-229-3692

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of May, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                                    *s/ Lance A. Harke*

CASE NO. 11-CV-81373-MIDDLEBROOKS/BRANNON

## SERVICE LIST

Michael Keith Winston, Esq.
mwinston@carltonfields.com
David B. Esau, Esq.
desau@carltonfields.com
**CARLTON FIELDS PA**
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Telephone: 561-659-7070
Facsimile: 561-659-7368
*Counsel for Defendants Wells Fargo Bank, N.A., and Wells Fargo Insurance*

*Served Via CM/ECF Transmission*