UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:11-cv-81373-DMM

MARK KUNZELMANN;
on behalf of himself and all others
similarly situated;

    Plaintiff,

v.

WELLS FARGO BANK, N.A., and
WELLS FARGO INSURANCE, INC.

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

The Wells Fargo Defendants do not oppose oral argument on Plaintiff's Motion for Class Certification. However, Plaintiff's request is premature because briefing on Defendants' Motion to Exclude Plaintiff's Class Certification Expert [D.E. 69] is not due to be complete until July 30, 2012. That Motion, which typically requires live hearing testimony from the proposed expert, should be addressed in conjunction with Plaintiff's Motion for Class Certification. *See Sher v. Raytheon Co.*, 419 F. App'x 887, 891 (11th Cir. 2011) (the district court, acting as a gatekeeper, must "make the necessary factual and legal inquiries and decide all relevant contested issues prior to certification"; which includes a full *Daubert* analysis where the expert's report or testimony is critical to certification).

Accordingly, Defendants respectfully request the Court to defer setting a hearing until after July 30, 2012, and to reserve time in any such hearing to address Defendants' Motion to Exclude Plaintiff's Class Certification Expert.

WHEREFORE, for the reasons discussed herein, Defendants request the Court to defer setting a hearing until after July 30, 2012, and to reserve time in any such hearing to address Defendants' Motion to Exclude Plaintiff's Class Certification Expert.

24201720.1

**CARLTON FIELDS, P.A.**
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone:	(561) 659-7070
Facsimile:	(561) 659-7368


By:	/s/ David B. Esau
	Michael K. Winston
	Florida Bar No. 051403
	mwinston@carltonfields.com
	David B. Esau
	Florida Bar No. 650331
	desau@carltonfields.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide electronic service and notification to the recipients on the attached service list.

	/s/ David B. Esau
	David B. Esau

## SERVICE LIST

| | |
|---|---|
| Lance Harke, Esq.<br>Sarah Engel, Esq.<br>Howard Busman, Esq.<br>**Harke, Clasby & Bushman, LLP**<br>155 S. Miami Avenue, Suite 600<br>Miami, FL 33130<br>Tel: 305-536-8220 / Fax: 305-536-8229<br>*Counsel for Plaintiff*<br><u>By Notice of Electronic Filing</u> | Adam Moskowitz, Esq.<br>Rachel Sullivan, Esq.<br>Robert Neary, Esq.<br>**Kozyak Tropin & Throckmorton, P.A.**<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>Tel: 305-372-1800 / Fax: 305-372-3508<br>*Counsel for Plaintiff*<br><u>By Notice of Electronic Filing</u> |
| Jeffrey N. Golant, Esq.<br>1000 W. McNab Rd., Ste. 150<br>Pompano Beach, FL 33069<br>Tel: 954-942-5270 / Fax: 954-942-5272<br>*Counsel for Plaintiff*<br><u>By Notice of Electronic Filing</u> | Chip Merlin, Esq.<br>Mary E. Fortson, Esq.<br>Sean M. Shaw, Esq.<br>**Merlin Law Group**<br>777 S. Harbour Island Blvd.<br>Tampa, FL 33602<br>Tel: 813-229-1000 / Fax: 813-229-3692<br>*Counsel for Plaintiff*<br><u>By Notice of Electronic Filing</u> |