NOT CERTIFIED

1

```
1              **********

2       ATTORNEY'S AGREEMENTS:  By accepting a CaseView
        file or a rough draft, I am hereby agreeing to the
3       terms as specified below.  I also acknowledge that I
        am releasing the court reporter and any agents thereof
4       from liability for any lost data or damage to my
        computer as a result of my use of the CaseView or Live
5       Note software.  By accepting a rough draft ASCII or
        transcript, I agree I am ordering a final certified
6       transcript.

7              **********

8       I, the party working with realtime, understand
        that if I choose to use the realtime rough draft
9       screen or printout that I am doing so with the
        understanding that the rough draft is uncertified.
10
        The realtime rough draft may be used in place of
11      or in addition to my notes taken during testimony.
        Specifically, if I choose to cross-examine or prepare
12      a witness by using a rough draft, I am doing so with
        full knowledge that the rough draft is uncertified and
13      that I am doing so at my own risk.  However, I may
        contact the court reporter and request that a portion
14      of the transcript be certified for use in a court
        document or court proceeding.
15
        I further agree not to share, give, copy, scan,
16      fax, or in any way distribute the realtime rough draft
        in any form (written or computerized) to any party.
17      However, my own experts, co-counsel, and staff may
        have limited internal use of same with the
18      understanding that I agree to destroy all realtime
        rough draft and/or computerized forms, if any, and
19      replace same with the final transcript and/or final
        computerized form upon its completion.
20
        I further agree that I will pay for this extra
21      service as set forth in the reporter's rate structure.
        If I choose not to order a final transcript, I agree
22      to pay for the hard copy or computerized form of the
        rough draft as if it were the final transcript.
23
24             **********

25
```

Draft Copy

UNEDITED TRANSCRIPT

NOT CERTIFIED

2

1              RONALD KENNETH WILSON,
2    having been first duly sworn, was examined and
3    testified as follows:
4                  CROSS-EXAMINATION
5    BY MR. MOSKOWITZ:
6       Q.   Good morning.
7       A.   Good morning.
8       Q.   Can you please state your name for the
9    record.
10      A.   Ronald Kenneth Wilson.
11      Q.   Mr. Wilson, have you ever given a
12   deposition before?
13      A.   Yes.
14      Q.   Have you given a deposition in any
15   lender-placed insurance cases?
16      A.   Yes.
17      Q.   Can you tell us when?
18      A.   The Wahl case.  I'm not certain of the
19   time.  I cannot remember the time frame.  And the
20   Morris case, which was about two-and-a-half, maybe
21   three weeks ago now.
22      Q.   The first one is the Wahl case?
23      A.   Wahl, W-a-h-l.
24      Q.   And where is that pending?  Do you know?
25      A.   I do not.

3

1       Q.   What's that case about?  Is it flood?  Is
2    it hazard?  Is it wind?
3       A.   It's about lender-placed in general.
4       Q.   Do you know anything else about it?
5       A.   No, not that I remember.
6       Q.   When were you deposed in the Wahl case?
7       A.   I don't remember.  It's been a while.
8       Q.   A year?  Five years?
9       A.   I really couldn't recall.
10      Q.   Ten years?
11      A.   No, no, within the last couple.
12      Q.   Within the last couple years?
13      A.   Uh-huh (affirmative).
14      Q.   Where were you deposed?
15      A.   Here in Atlanta.
16      Q.   Do you know how long the deposition
17   lasted?
18      A.   I don't recall.
19      Q.   Do you recall anything else about it?
20      A.   It was a long case.  That's all I --
21   that's really it.
22      Q.   A long deposition or --
23      A.   No, just a long case from end to end.
24      Q.   Is it over?
25      A.   I believe it settled, yes.

4

1       Q.   Okay.  The second deposition you've given
2    is in the Morris case?
3       A.   Correct.
4       Q.   When was that?
5       A.   Two-and-a-half, three weeks ago.
6       Q.   Were you again deposed here in Atlanta?
7       A.   Yes.
8       Q.   Do you know anything about the Morris
9    case, what it specifically involves?
10      A.   It -- I don't recall the details.
11      Q.   Do you recall anything?
12      A.   It's about lender-placed insurance.
13      Q.   Besides the Wahl case and the Morris case,
14   have you been deposed in any other lender-placed
15   insurance cases?
16      A.   No.
17      Q.   Have you testified before any state or
18   regulatory authorities on lender-placed insurance?
19      A.   No.
20      Q.   What's your current position?
21      A.   I'm vice president of account management
22   for Assurant Specialty Property.
23      Q.   I'm sorry.  Vice president --
24      A.   Of account management.
25      Q.   For?

5

1       A.   Assurant Specialty Property.
2       Q.   Why don't we work our way back.  How long
3    have you had that position for?
4       A.   Probably about seven years, six, seven
5    years .
6       Q.   What did you have before in around 2005?
7       A.   I was director of account management, and
8    prior to that I was an account manager.
9       Q.   And I take it vice president is a
10   promotion from director?
11      A.   Yes.
12      Q.   When did you start in the account
13   management department?
14      A.   I've been with the organization
15   15-and-a-half years, so 15-and-a-half years ago I
16   started in account management.
17      Q.   Do you remember when you started, what
18   year that was?
19      A.   1998-ish, I think.
20      Q.   Okay.  Where did you come from?
21      A.   I was working with Chase -- no, I wasn't.
22   Wait a minute.  Yes.  I was working with Chase
23   Manhattan Mortgage in Tampa, Florida, at the time.
24      Q.   What were you doing for Chase Mortgage?
25      A.   I was -- I had various positions in that

UNEDITED TRANSCRIPT

NOT CERTIFIED

**6**

1  organization for nine years.  At the time of my
2  departure, I was an insurance manager.
3      Q.   Did you ever work with lender-placed
4  insurance?
5      A.   I did.
6      Q.   What did you do?
7      A.   I was manager of their insurance
8  department in their mortgage servicing operation.
9      Q.   Did you have a certain territory?  Did you
10  cover the whole nation?
11      A.   I managed their insurance department with
12  two other managers.  We don't -- we weren't selling
13  insurance.
14      Q.   So what was your role with lender-placed
15  insurance?
16      A.   I managed that relationship and the files
17  and transfer of information to and from.
18      Q.   Was there a relationship with someone
19  else, with a different insurer?  You said managed the
20  relationship, so it was Chase Mortgage.  Who were you
21  working with on the insurance side?
22      A.   I would -- I would be managing the
23  information and collection of information from various
24  insurance carriers for the borrower portfolio that we
25  had at that time.

**7**

1      Q.   And that would be Chase's borrow
2  portfolio?
3      A.   Yes.
4      Q.   Who were the insurance companies that you
5  were dealing with?
6      A.   All insurance companies that are
7  nationwide that write P&C insurance for homes.
8      Q.   What is P&C?
9      A.   Property casualty insurance.
10      Q.   And how did you end up in 1998 leaving and
11  going to Assurant Specialty Services?
12      A.   Chemical Bank and Chase Bank merged.  They
13  relocated the servicing operation that he joined back
14  to Columbus, Ohio, and I did not relocate with them.
15  And I took a job at American Security Group at that
16  time as an account manager.
17      Q.   Who at American Security Group would know
18  the most, would have the most knowledge about
19  commissions and expenses regarding lender-placed
20  insurance?
21          MR. BURT:  Wait.  American Security Group
22  was the name of the entity that he joined back
23  then.  That is no longer the name of the entity
24  that he's now managing, so --
25          MR. MOSKOWITZ:  Let me rephrase the

**8**

1      question.
2      Q.   (By Mr. Moskowitz)  In terms of the
3  Assurant family of companies, whether it's ASIC,
4  whether it's your group, whether it's all the other
5  ones, in terms of lender-placed insurance, who would
6  have the most knowledge about the commissions and
7  expenses that are involved in that specific product?
8          MR. WINSTON:  Object to form.
9          THE WITNESS:  There would be various
10      people.  I can't -- the most knowledge, I don't
11      have any way of knowing how to much one person
12      knows and comparing that to another.  There are
13      various people in the organization that would
14      know about that information.
15      Q.   (By Mr. Moskowitz)  Tell me who they are
16  and where they work and what they would know.
17      A.   Mike Campbell, who's senior vice president
18  over the product line.
19      Q.   I'm sorry.  Let's go slow.  Mike Campbell?
20      A.   Uh-huh (affirmative).
21      Q.   And who does he work for, which of the
22  entities?
23      A.   He works for the same entity that I work
24  for.
25      Q.   And that is?

**9**

1      A.   Assurant Specialty Property.
2      Q.   Assurant?
3      A.   Specialty Property.
4      Q.   And what is his title?
5      A.   Senior vice president product line
6  management.
7      Q.   Senior vice president product line --
8      A.   Management.
9      Q.   And how is his role compared to your role?
10  Is he your boss?
11      A.   Yes.
12      Q.   And he would have personal knowledge about
13  the expenses and the commissions involved with that
14  product?
15      A.   Which product?
16      Q.   Lender-placed insurance.
17      A.   Yes.
18      Q.   Who else would have personal knowledge?
19      A.   Dave Madigan.
20      Q.   How do you spell Madigan?
21      A.   M-a-d-i-g-a-n.
22      Q.   And what is his role?
23      A.   Vice president of product management.
24      Q.   For Assurant Specialty Properties?
25      A.   Yes.

UNEDITED TRANSCRIPT

NOT CERTIFIED

10

1    Q.   Is he also your supervisor?
2    A.   He is not.
3    Q.   Are there other people?
4    A.   John Frobose, who's the president.
5    Q.   President of Assurant Specialty
6 Properties?
7    A.   Yes.
8    Q.   Would that be the main three people?
9    A.   They would be the primary folks.
10   Q.   Including yourself?
11   A.   No, not including myself.
12   Q.   You don't put yourself on the list as
13 anybody with knowledge about the expenses and the
14 commissions that are incurred with lender-placed
15 insurance policies?
16   A.   I have a certain degree of knowledge about
17 those as it relates to the contractual obligation.
18   Q.   What does that mean?  You said you have
19 certain knowledge as it relates to the agreed
20 contractual --
21   A.   I have knowledge of rates and commissions
22 as stated in our contracts.
23   Q.   Forget what's in the contract.  You don't
24 have any personal knowledge as to what your company
25 has in terms of expenses for various aspects of the

11

1 lender-placed insurance program?
2    A.   I do not.
3    Q.   Why?  You don't deal with it?
4    A.   That's not my department, no.
5    Q.   Whose department would that be of the
6 three people we listed?  If we want to go depose
7 somebody with the most knowledge on that specific
8 issue --
9    A.   That would probably be Angela Burgess,
10 who's our senior or lead actuary.  I'm not sure of her
11 exact title.  I'm not sure if she's a vice president
12 or director or what, but she runs or actuarial
13 department.
14   Q.   I'm sorry.  What's her name?
15   A.   Angela Burgess.
16   Q.   B-u-r-g-e-s-s?
17   A.   I believe so.
18   Q.   And she is what role?
19   A.   She runs the actuarial department.
20   Q.   For?
21   A.   Assurant.
22   Q.   For Assurant?
23   A.   Uh-huh (affirmative).
24   Q.   How long has Angela run the actuary
25 department for Assurant?

12

1    A.   I don't know.
2    Q.   Have you ever talked to her?
3    A.   Yes.
4    Q.   Where is she physically?
5    A.   Miami, Florida.
6    Q.   Where in Miami?  Is there an Assurant
7 office in Miami?
8    A.   Yes.
9    Q.   Where is it located?
10   A.   It's in -- what's the name of that area?
11 It may be the Hialeah area, but I'm not certain.  It's
12 in Miami.
13   Q.   Is it a big office?
14   A.   Yes.
15   Q.   How many people work in that Miami office?
16   A.   I have no idea.  Quite a few.
17   Q.   More than a hundred?
18   A.   Uh-huh, yes.
19   Q.   Is there an actuary department?
20   A.   Yes.
21   Q.   How many people work in the actuary
22 department for Assurant?
23   A.   I don't know.
24   Q.   More than two?
25   A.   Yes.

13

1    Q.   How do you know this?  Have you gone and
2 visited them?
3    A.   No.  But Angela is one.  We have many
4 products within our organization, so common sense
5 would tell me there would be more than two.
6    Q.   Do you know any of their names?
7    A.   No, I do not.
8    Q.   How often do you meet with Angela?
9    A.   Very irregularly.  She's not part of my
10 normal scope of individuals I deal with in the
11 organization.
12   Q.   Do you know if Angela has ever been
13 deposed in a lender-placed insurance case?
14   A.   I do not.
15   Q.   Do you know if Angela has ever testified
16 anywhere about lender-placed insurance rates?
17   A.   I do not.
18   Q.   Do you know anything about Angela's
19 background?
20   A.   I do not.
21   Q.   And you said you don't know how long she's
22 been with the company?
23   A.   I do not.
24   Q.   Do you know if it's more than five years?
25   A.   I'm unable to answer her tenure with the

UNEDITED TRANSCRIPT

NOT CERTIFIED

14

1 organization.
2    Q.   So going back to my first question of who
3 would have the most knowledge about the expenses and
4 commissions of lender-placed insurance, would you put
5 Angela above Michael, Dave, and John?
6    A.   I wouldn't know how to put them -- rank
7 them in any order of knowledge.
8    Q.   So if I want to depose these people to get
9 the information, you wouldn't know who I need to ask,
10 but if I ask those four, it would pretty much be
11 covered?
12    A.   It would depend upon the information that
13 you're seeking.
14    Q.   The exact expenses that are incurred for
15 each aspect of the lender-placed insurance product,
16 tracking the loans, calling the people, sending out
17 the letters, forcing the insurance or putting it on
18 the --
19        MR. BURT:  Objection as to form.  Which
20    lender-placed product?  Please specify that.  It
21    makes a different.
22        MR. WINSTON:  Join the objection.
23        MR. MOSKOWITZ:  Between what?
24        MR. BURT:  There are several lender-placed
25    products.

15

1        MR. MOSKOWITZ:  You want me to clarify the
2    question.  Which individual products make a big
3    difference?  You mean flood and hazard and wind?
4        MR. BURT:  Correct.
5    Q.   (By Mr. Moskowitz) Let's start with
6 hazard.  Which of the four people would have the most
7 knowledge about the expenses for the hazard product?
8        MR. BURT:  Which, you know, entity are you
9    talking about, which servicer?  Are you talking
10    about, you know, the Wells program, the Chase
11    program?  I'm just trying to get -- because
12    you're asking questions that --
13        MR. MOSKOWITZ:  Sure.  And I appreciate
14    that.  If it makes a difference, I want to be
15    clear as well.
16    Q.   (By Mr. Moskowitz) We'll start with each
17 product.  So for the Wells hazard product, who would
18 we ask about the expenses?
19    A.   Again, it would depend upon the
20 information, specific information, questions you're
21 looking for.  They all have knowledge about that, so
22 depending upon what you're looking for, it would vary
23 on who you would need to speak to.
24    Q.   Okay.  Tracking fees, how much it costs
25 Assurant to perform their tracking function for the

16

1 hazard product for Wells, who would we ask?
2        MR. BURT:  Objection as to form.  What do
3    you mean by tracking?
4        MR. WINSTON:  Join the objection.
5        MR. MOSKOWITZ:  I'll still stick with the
6    question.  If you don't understand --
7        THE WITNESS:  You'll need to define what
8    you mean by tracking.
9    Q.   (By Mr. Moskowitz) Following the loans,
10 making sure that there's insurance in place, sending
11 out the form cycle letters, are you familiar with
12 those types of functions?
13    A.   Yes, I'm familiar with the process of
14 hazard insurance outsourcing functionality.
15    Q.   Who would we ask out of those four people
16 for the Wells product?
17    A.   For the outsourcing functionality, I
18 should be able to answer your questions.
19    Q.   I thought before you said you don't have
20 knowledge, I'd have to ask these four people.  I'm
21 confused.  You do have knowledge on certain expenses
22 for certain aspects of certain of the products for
23 certain of the banks?
24    A.   Not expenses, operational process flow.
25    Q.   What does operational process flow mean?

17

1    A.   The tracking of the insurance information,
2 how that works, the lender-placed cycle, phone calls.
3    Q.   Why don't you consider that an expense?
4    A.   I'm not in charge of the expense.  I'm
5 charge of the -- managing the agreed-upon contractual
6 obligations with our servicers and lenders.
7    Q.   So you don't know how much it costs to
8 perform the operational process flow?
9    A.   I do not.
10    Q.   That question would have to be asked to
11 Michael, Dave, John, and Angela?
12    A.   Yes.
13    Q.   How does it vary between Wells, JPMorgan
14 Chase, and the other banks that Assurant does business
15 with?
16        MR. BURT:  Objection as to form.  What do
17    you mean by it?
18        MR. MOSKOWITZ:  Okay.  You can put your
19    form, and then we'll -- under the Federal Rules,
20    if that's okay.
21        THE WITNESS:  I don't know.
22    Q.   (By Mr. Moskowitz) Does it vary at
23 Assurant the different products that are used for each
24 of the different lenders?
25        MR. WINSTON:  Object to form.

UNEDITED TRANSCRIPT

18

1    THE WITNESS:  Define the product.
2    Q.  (By Mr. Moskowitz)  Lender-placed
3    insurance.  We're going to stick all day today.  If I
4    want to find out about the expenses for each of the
5    lender-placed products, are you telling me that I'm
6    going to have to ask a different person for the
7    different lender?
8        If we're talking about the policies of
9    Wells, is that going to be a different person for the
10   policies of JPMorgan Chase and a different person with
11   Bank of America or any of the other lenders that
12   Assurant does business with?
13       MR. WINSTON:  Object to form.
14       THE WITNESS:  No, shouldn't be, no.
15   Q.  (By Mr. Moskowitz)  Okay.  So the person
16   that I find with the knowledge, it's not going to vary
17   by lender?
18       MR. WINSTON:  Object to the form.
19       THE WITNESS:  Are we talking about
20   expenses, or are we talking about operational
21   process flow in contractual obligations?
22   Q.  (By Mr. Moskowitz)  Let's start with
23   expenses.
24   A.  Expenses vary by client.  Those would be
25   the individuals you would need to speak to.

19

1    Q.  Is there a particular individual for a
2    particular lender?
3    A.  No.
4    Q.  So if I talk about Wells Fargo, is it
5    going to be Michael, Dave, John, or Angela?
6    A.  Could be any one of those four.
7    Q.  The same JPMorgan Chase, it would be
8    Michael, Dave, John, or Angela?
9    A.  Could be any one of those four.
10   Q.  Bank of America, any one of those four?
11   A.  Bank of America is not our client.
12   Q.  So just so we're clear, give me the list
13   of your top five lenders for lender-placed insurance.
14       MR. BURT:  Objection as to form.  Which
15   product?  That's another important -- hazard?
16   Q.  (By Mr. Moskowitz)  Do you need that?
17   A.  I would ask you which top five ranked by
18   what?
19   Q.  Let's go with hazard first.  Then we'll go
20   with flood, and then we'll go with other.  So let's
21   start with hazard.
22       MR. WINSTON:  Object to form.
23       THE WITNESS:  When you say ranked for
24   hazard, ranked by what for hazard?
25   Q.  (By Mr. Moskowitz)  Size.

20

1    A.  Loan count?  Number of policies?
2    Q.  Let's go with loan count, and then we'll
3    go with number of policies and see if it varies.
4    Let's just go with loan count for hazard.  What are
5    the top five?
6    A.  Wells Fargo.
7    Q.  Is one?
8    A.  Uh-huh (affirmative).  Chase, Citi.  These
9    last two, I don't know if they would fall in the right
10   order because I do not have loan counts memorized.
11   Q.  Okay.  But who would be four and five?
12   A.  HSBC, and then it would, I believe, would
13   be Nationstar.
14   Q.  Who would be number six or around that
15   area?
16   A.  You start getting into the middle-tiered
17   servicers and loan count fluctuates, so it would just
18   be a guess.
19   Q.  Okay.  How about SunTrust?  Is that one of
20   your clients?
21   A.  No, it was not.
22   Q.  Then if we're going with number of
23   policies, would that order change?
24   A.  Possibly, but I don't know policy counts
25   by client.

21

1    Q.  Now let's talk about flood policies.  Who
2    are the top five?
3    A.  I wouldn't be able to rank them that way.
4    I'm not sure of their breakdown by flood -- required
5    flood zones in each of their portfolios.
6    Q.  Without saying the number, who are some of
7    the biggest in terms of loan count?
8    A.  Those five are all large servicers in the
9    industry.
10   Q.  Of flood?
11   A.  Of large portfolios, loan portfolios.
12   Q.  For flood policies?
13   A.  I can't rank by flood.  I don't have flood
14   loan record counts.
15   Q.  Who would?
16   A.  It's information our organization has.  I
17   just don't have them ranked that -- I don't know their
18   ranking by that number.
19   Q.  But you think that those same five would
20   probably be in the top five for flood policies?
21   A.  By the law of averages, yes.
22   Q.  Okay.  Do you have any knowledge in terms
23   of the expenses and the commissions that are passed on
24   by your lenders such as Wells Fargo to their
25   homeowners?

---

**22**

1      MR. WINSTON: Object to form.
2      THE WITNESS: I do not.
3   Q. (By Mr. Moskowitz) Let's mark as
4   Exhibit 1 -- before we do that, do you ever see
5   reports of profitability such as revenues or expenses
6   for any of the lender-placed insurance products?
7   A. I do not.
8   Q. Do you know if anybody produces those
9   types of reports for your company?
10  A. Yes.
11  Q. And who does?
12  A. The reports are produced, I believe, by
13  Bill Shouldice.
14  Q. How do you spell his last name?
15  A. S-h-o-u-l-d-i-c-e.
16  Q. S-c-h --
17  A. S-h-o-u-l-d-i-c-e.
18  Q. And where is Bill physically located?
19  A. Atlanta.
20  Q. And what is his title?
21  A. He's director of product management, I
22  believe, in the product management department.
23  Q. Director of product --
24  A. Product management.
25  Q. In the --

---

**23**

1   A. Director of product management.
2   Q. Anything more to his title? Just director
3   of product management?
4   A. Not that I'm aware of.
5   Q. And what type of profitability reports
6   does he generate?
7   A. I don't know.
8   Q. So how do you know he produces them,
9   generates them?
10  A. Was told once.
11  Q. By who?
12  A. Dave Madigan.
13  Q. Why did Dave tell you that these reports
14  are generated?
15  A. I don't recall.
16  Q. Do you know how often they're prepared?
17  A. I do not.
18  Q. Do you know anything more about the
19  reports, what they say besides just --
20  A. I do not.
21  Q. Are they by lender?
22  A. I don't know.
23  Q. Are they by product?
24  A. I don't know.
25  Q. You just know Dave Madigan one day said,

---

**24**

1   Bill Shouldice generates profitability reports?
2   A. Yes.
3   Q. Did you have any questions?
4   A. No.
5   Q. Was it within this past year?
6   A. I don't recall.
7      (Plaintiff's Exhibit 1 was marked for
8   identification.)
9   Q. (By Mr. Moskowitz) Mr. Wilson, I marked
10  Exhibit 1, which is a declaration of yourself,
11  Declaration of Ronald K. Wilson in our Kunzelmann
12  versus Wells Fargo case. It's dated January 26th,
13  2012. Is this your affidavit?
14  A. Yes, it is.
15  Q. Okay. On number two it say, "I am the
16  vice president of account management at Assurant
17  Specialty Property, an operating division providing
18  management and other services to ASIC."
19      Can you explain the relationship between
20  Assurant Specialty Property and ASIC?
21  A. Assurant Specialty Property is a trade
22  name. American -- ASIC, American Security Insurance
23  Company, is the physical carrier under our corporate
24  umbrella. It's the insurance company that we write
25  business on.

---

**25**

1   Q. Okay. The next sentence says, "My duties
2   include managing the mortgage insurance program for
3   Wells Fargo Bank." What does that mean? Because we
4   discussed a little bit in the beginning you're also in
5   charge of operational process flow.
6   A. I'm not in charge of it.
7   Q. Okay.
8   A. It means that I manage the contractual
9   obligation with each of our servicers or lenders
10  within our organization through the various
11  departments.
12  Q. This affidavit says you do it for Wells
13  Fargo Bank. Do you do the same duties for other
14  lenders?
15  A. Servicers and lenders, yes.
16  Q. Who are those that you're in charge of?
17  A. It would be all of our servicers and
18  lenders that we have a contractual agreement with to
19  outsource our lender-placed insurance on.
20  Q. Are there some that you have agreements
21  that are not contractual agreements?
22  A. No, sir.
23  Q. So the ones that we discussed before, the
24  top five, Wells, Chase, Citi Mortgage, HSBC, and
25  Nationstar, you're in charge of handling the

---

26

1   contractual agreements for all five of those?
2          MR. WINSTON: Object to form.
3          MR. BURT: Object to form. You said Citi
4   Mortgage. There are various Citi entities. He
5   was more general. He said Citi.
6   Q.    (By Mr. Moskowitz) What are the Citi
7   entities that you deal with?
8   A.    Citi Mortgage.
9   Q.    Any others?
10  A.    Citi Financial, and I believe there's
11  still a Citi Mortgage North America division.
12  Q.    Okay. So you're in charge of working with
13  all of those in terms of their lender-placed policies?
14  A.    My department manages the day-to-day
15  relationship and oversight of our processes and
16  procedures through our contractual obligations with
17  each of those servicers or lenders.
18  Q.    What are your contractual obligations with
19  those servicers?
20  A.    They vary dependent upon the agreement and
21  the servicer and the lender.
22  Q.    For example, how does Wells vary from
23  Chase?
24  A.    They can vary in very many different
25  aspects in terms of the services they want us to

27

1   provide to terms of the loans that they want us to
2   monitor and/or track, to the portfolios that they want
3   us to work in, to the servicing platforms they want us
4   to work on.
5   Q.    Can you give me an example how Wells
6   varies from Chase?
7          MR. BURT: He was just --
8          THE WITNESS: Those, what I stated before,
9   are all examples of differences, yeah. It can
10  be differences.
11  Q.    (By Mr. Moskowitz) Can you give me a
12  specific example for specifically Wells and Chase? I
13  know you're talking generally. I'm saying do you know
14  right now some of the different duties or
15  responsibilities that you do for Wells that you don't
16  do for Chase?
17  A.    Yeah, we handle their portfolios
18  differently based upon their specific defined
19  procedure manuals.
20  Q.    I'm just asking if you have a specific
21  example, if there's one thing that you do for Wells
22  specifically that you don't do for Chase or
23  vice-versa. That's all.
24  A.    Yeah, in their lender-placed process, we
25  do additional things for Chase in their process that

28

1   we don't do for Wells.
2   Q.    Can you give me one example, just one?
3   A.    Send a letter.
4   Q.    You send a letter for Chase that you don't
5   send for Wells?
6   A.    Yes.
7   Q.    Which letter? In the three-letter cycle
8   is there some --
9   A.    Pre-expiration letter or a cancellation
10  letter notice can be a difference. I don't have the
11  exact procedures for each client memorized.
12  Q.    Okay. If we turn to the second page,
13  number four, you write, "I am familiar with ASIC's
14  operations and its organization. ASIC is a Delaware
15  corporation whose principal place of business is
16  Atlanta, Georgia. ASIC is an indirect subsidiary of
17  Assurant, Inc., a public holding company."
18         Do you know what that means, indirect
19  subsidiary?
20  A.    Yes --
21  Q.    What is it?
22  A.    I believe.
23  Q.    This is your affidavit; right?
24  A.    Yeah.
25  Q.    What did you mean by indirect subsidiary?

29

1   A.    It's just a sub company.
2   Q.    What does indirect subsidiary mean?
3   A.    To me, it means sub company, a sub
4   organization within a -- under a larger umbrella.
5   Q.    And the umbrella is the Assurant
6   organization?
7   A.    Assurant, Inc.
8          MR. BURT: Counsel, you can find the
9   corporate structure just by looking at
10  Schedule Y on the Assurant public filings. It
11  will give you all the directs and the direct
12  subsidiaries.
13         MR. MOSKOWITZ: Okay. Thank you.
14  Q.    (By Mr. Moskowitz) "ASIC's immediate
15  parent is Interfinancial, Inc." What is that? How
16  does Interfinancial, Inc., fit in with Assurant?
17  A.    You know, I don't recall right now how
18  that came to be.
19  Q.    How did you write this affidavit? Did
20  someone ask you to write it?
21  A.    No.
22  Q.    Okay. How did it happen?
23  A.    The affidavit was provided to me, and I
24  read it.
25  Q.    So you didn't draft --

NOT CERTIFIED

---

30

1     A.   I did not.
2     Q.   Did you have any involvement in drafting
3   this affidavit?
4     A.   Yes.
5     Q.   What did you do?
6     A.   Provided information to the questions that
7   I was asked.
8     Q.   Were you asked any questions about the
9   corporate structure of ASIC?
10     A.   Not at the time, no.
11     Q.   At any time?
12     A.   I mean, yes.  I mean, just in daily
13   business I may get -- day-to-day business I may get
14   asked, not necessarily specific to any type of
15   litigation case or anything.
16     Q.   How did this affidavit come up?  Did
17   someone say, Mr. Wilson, we're going to need an
18   affidavit from you?
19     A.   Through counsel.
20     Q.   Okay.  And you had a discussion with
21   counsel?
22     A.   Uh-huh (affirmative).
23     Q.   And you provided certain information?
24     A.   I did.
25     Q.   And then you were given this affidavit to

---

31

1   review and sign?
2     A.   Correct.
3     Q.   But in terms of paragraph four, you didn't
4   provide any information on the corporate structure of
5   ASIC?
6     A.   I don't believe so.
7     Q.   So do you have personal knowledge whether
8   ASIC's immediate parent is Interfinancial, Inc.?
9     A.   I do not.
10     Q.   The same goes for the rest of the
11   paragraph, this isn't from your personal knowledge or
12   any research that you performed?
13     A.   That would be -- that statement would be
14   the only one that I don't have any personal knowledge
15   of.  The rest of it I agree with completely.
16     Q.   "ASIC pays its own bills and legal fees,
17   enters into its own business arrangements, and funds
18   its own operations without capital contributions from
19   Assurant."
20     A.   Correct.
21     Q.   How do you know that?
22     A.   Through the course of our business and our
23   organization and our 10-K filings and our financial
24   information.
25     Q.   In preparing this affidavit, you went back

---

32

1   and reviewed all the documents regarding
2   Mr. Kunzelmann?
3     A.   I did.
4     Q.   And you found that Mr. Kunzelmann was
5   charged a lender-placed policy by Wells Fargo?
6       MR. WINSTON:  Object to form.
7       MR. BURT:  Yeah.  I don't think he says --
8     Q.   (By Mr. Moskowitz)  You don't believe that
9   a policy was force placed on Mr. Kunzelmann at any
10   time from Wells Fargo?
11       MR. WINSTON:  Object to form.
12       MR. BURT:  Object to form.
13     Q.   (By Mr. Moskowitz)  Take your time and
14   read the paragraphs.
15       MR. BURT:  Do you mean did ASIC issue a
16   policy on Mr. Kunzelmann's property?
17       MR. MOSKOWITZ:  Yeah.
18       MR. BURT:  That's a different question
19   than what you just asked.
20     Q.   (By Mr. Moskowitz)  Did ASIC -- well,
21   through Wells Fargo, but did ASIC provide a policy to
22   Mr. Kunzelmann?
23       MR. WINSTON:  Object to form.
24       THE WITNESS:  Yes.
25     Q.   (By Mr. Moskowitz)  And he was charged a

---

33

1   certain amount for that policy?
2       MR. WINSTON:  Object to form.
3       MR. BURT:  Object to form.
4       THE WITNESS:  Yes.
5     Q.   (By Mr. Moskowitz)  That's all.  Pretty
6   clear.  Let me show you what we'll mark as Exhibit 2.
7       Mr. Wilson, how is your performance
8   evaluated?  Do you have a review at the end of the
9   year?  Do they go through certain numbers or figures
10   for the past year?
11     A.   I do have a review at the end of the year.
12     Q.   Who performs your review?
13     A.   Michael Campbell.
14     Q.   And if you can kind of walk us through.
15   What does that review process include?
16     A.   It's -- the review process is defined by
17   individual defined goals that are established in our
18   ATM system.  I don't know what that stands for.
19       And the goals are monitored regularly
20   throughout the year.
21     Q.   What are some of those goals?  As a
22   lawyer, I may have hours that I have to bill in a
23   certain year.  What are the goals that you have to try
24   to meet each year?
25     A.   Client retention, client satisfaction

UNEDITED TRANSCRIPT

NOT CERTIFIED

---

34

1   goals, internal project goals, corporate project goals
2   relative at the given point in time when the ATM is
3   established.
4       Q.   How is the ATM established?
5       A.   Conversations and agreements between
6   myself and Mike Campbell.
7       Q.   And when is this done?  In the beginning
8   of each year?
9       A.   Yes.
10      Q.   Is there a written form that you go over,
11  or is it in the computer?
12      A.   It's all -- yeah, it's all contained
13  within the system.
14      Q.   Is there a physical form that says, here
15  are the goals for you for this year?
16      A.   I believe you can print off -- print
17  information off of that, but I've never done it, so --
18  it's all in the system.  It's all -- we manage goals
19  through that system.
20      Q.   Are there any revenue expense or
21  profitability metrics in your job performance
22  evaluation?
23      A.   No.
24      Q.   So client retention is the first one?
25      A.   Uh-huh (affirmative).

35

1       Q.   That means like did Chase leave Assurant
2   in terms of their product?
3       A.   Yeah, or contract renewals.
4       Q.   Contract renewal?
5       A.   Uh-huh (affirmative).
6       Q.   What would be the other ones?  You said
7   there's an internal project goal.
8       A.   Those would vary year over year based on
9   corporate initiatives.
10      Q.   Okay.  The third one was -- I didn't
11  understand.  What else were you evaluated on?
12      A.   That would be the majority of them, those
13  two and --
14      Q.   So whether the clients stay or not?
15      A.   Uh-huh (affirmative).
16      Q.   What about do you bring in new clients?
17      A.   I can assist with that.  That's not a
18  primary goal of my job function.
19      Q.   Anything more specific in terms of does
20  Wells Fargo stay or leave?  Is there anything more in
21  terms of how they did or their performance?
22      A.   No.
23      Q.   Where is that recorded?
24      A.   I don't know.
25      Q.   And then do you get a bonus based upon how

36

1   well you did with these goals?
2       A.   No.  The bonus would be based upon other
3   factors.
4       Q.   What are those?
5       A.   I'm trying to remember what they are.
6   There's four components.  There is a general corporate
7   profitability goal.  There is a general -- call it a
8   business channel goal, and then there's two -- can be
9   two variable goals.
10      Q.   Like what?
11      A.   Like collection of outsourcing fees --
12      Q.   What else?
13      A.   -- timely.
14      Q.   What are other variable goals?
15      A.   I don't recall right now.
16      Q.   What about profitability?
17      A.   That's not specifically stated.  I don't
18  know if it's a component of the calculation that's
19  used in the first two goals that I stated.
20      Q.   So you get a salary.
21      A.   That's correct.
22      Q.   And then your goals are to be met to get
23  your salary?
24      A.   Merit increase.
25      Q.   And then separate from the merit increases

37

1   are these bonuses?
2       A.   Correct.
3       Q.   And who awards you the bonus?  Michael
4   Campbell?
5       A.   He communicates it to me as my direct
6   manager, yes.
7       Q.   Have you gotten bonuses over the last five
8   years?
9       A.   Yes.
10      Q.   Have you gotten merit increases over the
11  last five years?
12      A.   Yes.
13      Q.   Going back to the bonuses then, are those
14  set out in some form that you get handed when you get
15  hired?
16      A.   The structure is given to us, but the
17  actual calculation and components of the individual
18  components is not provided because it's deemed forward
19  thinking.
20      Q.   So you get some basic structure saying you
21  may be entitled to a bonus if you meet these
22  components?
23      A.   Correct.
24      Q.   And is that in a manual that you get when
25  you get hired?

UNEDITED TRANSCRIPT

NOT CERTIFIED

38

1    A.    No.
2    Q.    What is it in?
3    A.    It's communicated to us by our direct
4  manager.
5    Q.    Orally or in writing?
6    A.    Both.
7    Q.    If I wanted to ask your counsel for a copy
8  of it, what would I call it?
9    A.    It's referred to as the STIP, but I'm not
10  sure what STIP stands for.
11    Q.    S-T-E-P?
12    A.    I-P.
13    Q.    S-T-I-P.  That's the name of the document?
14    A.    That's what the bonus program is referred
15  to internally.
16    Q.    The STIP program.  And is that throughout
17  your whole company?
18    A.    No, it is not.
19    Q.    What is it for?  Just your department?
20    A.    No, not just my department.  It's for
21  various managers within the organization as deemed
22  appropriate by those different areas.
23    Q.    Okay.  And then each year, they go through
24  with you what bonus you're going to get, and then do
25  they give you a printout showing how it was

39

1  calculated?
2    A.    It can be provided again.  That's done
3  through the ATM system, so it's all contained within
4  there.
5    Q.    Within there?
6    A.    Within ATM.
7    Q.    So the first one is general corporate
8  profitability goal.  What does that mean?
9    A.    I don't have any further information on
10  that.  It's considered forward thinking, so -- being a
11  publicly-traded company, it's not provided.
12    Q.    Okay.  So the general corporate
13  profitability is of Assurant.  It's not of ASIC or of
14  any of the -- like Assurant Specialty Property only?
15    A.    Again, I'm not sure of the exact
16  components of each of those.  I just know the general
17  line item per se.
18    Q.    So if Assurant Specialty Property has a
19  great year, does that affect your bonus or your
20  compensation or your merit increases in any way?
21    A.    I don't know.  I can't tell you how it
22  affects it.
23    Q.    What's the business channel goal?  Do you
24  know what that means?
25    A.    That would be lending solutions within

40

1  Assurant Specialty Property.
2    Q.    What does that mean?  Lending solutions
3  has a goal each year?
4    A.    Yes, we have business goals.  So that
5  would be -- lending solutions is run by John Frobose.
6        (Plaintiff's Exhibit 2 was marked for
7      identification.)
8    Q.    (By Mr. Moskowitz)  Okay.  Let me show you
9  what we'll mark as Exhibit 2.  I'm showing you,
10  Mr. Wilson, what we marked as Exhibit 2.  It's a
11  document produced by your counsel.  It's marked
12  ASR-KUNZ 3439 until 3506.
13        And it's an Assurant document.  The title
14  is, Building on Success, Wells Fargo Home Mortgage
15  Annual Business Review.  Are you familiar with this
16  document?
17    A.    Yes.
18    Q.    Okay.  I want to quickly move to something
19  that you were just talking about, and then we'll start
20  in the beginning.  If you'll turn to page 3446.  That
21  page has a heading, Lending Solutions Insurance
22  Capacity, and I believe there's a picture of you?
23    A.    Yes.
24    Q.    Is that right?
25    A.    Yes, that's correct.

41

1    Q.    It's not a clear picture, but it looks
2  like you.  Okay.  So this is the lending solutions
3  division?  How do we describe lending solutions?
4    A.    Not in totality.  This is the team,
5  executive senior and account -- sales and account
6  management that support and manage the Wells
7  relationship.
8    Q.    The page says, "Lending Solutions
9  Insurance Capacity, Assurant is the largest provider
10  of lender-placed hazard and flood insurance."  Is that
11  accurate?
12    A.    Yes.
13    Q.    And that's, is the largest provider in the
14  country?
15    A.    I don't know if that's based upon the
16  country or competitors or a competitor comparison.
17    Q.    But your opinion is that Assurant is the
18  largest provider of lender-placed hazard and flood
19  insurance?
20    A.    Yes.
21    Q.    The first says, "Assurant writes 1.9
22  billion in hazard and flood insurance annually."  Is
23  that correct?
24    A.    That would have been accurate at the time
25  that this document was prepared.

UNEDITED TRANSCRIPT

NOT CERTIFIED

42

1    Q.   In 2011?
2    A.   Yes.
3    Q.   Do you know what the number is for 2012?
4    A.   I do not.
5    Q.   Did it go up or down?
6    A.   I don't know.
7    Q.   Do you know what the division is between
8    hazard and flood -- do you know what the division of
9    the 1.9 billion is between hazard and flood?
10   A.   I do not.
11   Q.   Do you have any idea?
12   A.   I do not.
13   Q.   Could it be 90/10, or just no idea?
14   A.   I have no idea.
15   Q.   The next bullet, "Assurant is underwriter,
16   and we control rates, coverages, and capacity." What
17   does that mean?
18   A.   That means that the hazard and flood
19   lender-placed product are our own.  It's owned by us.
20   We underwrite it.  There are filed rates.
21   Q.   "We control rates," you interpret that to
22   me filed rates?
23   A.   Yes.
24   Q.   What is coverages and capacity?
25   A.   We write the product, and we manage our

43

1    capacity within our portfolio.
2    Q.   Okay.  "Assurant's national client base
3    provides a greater spread of risk," what does that
4    mean?
5    A.   It means due to our market share, we have
6    a large portfolio across the country --
7    Q.   So if something happens --
8    A.   -- to manage risk.
9    Q.   So if something happens, a hurricane in
10   Florida, you have other property in California?
11   A.   That bullet means that we have a large
12   base that we're able to manage risk through.
13   Q.   Okay.  And the final bullet, "Assurant
14   maintains a conservative reinsurance strategy," what
15   does that mean?
16   A.   That means we buy reinsurance for our
17   portfolio, our insured portfolio.
18   Q.   Who do you buy reinsurance from?
19   A.   I don't know the name of the organizations
20   or the companies.
21   Q.   Do you know any of them?
22   A.   No, I do not.
23   Q.   We're going to get to reinsurance a little
24   later.
25         The chart here, explain to me what we're

44

1    seeing here.  We have John Frobose at the top of
2    lending solutions, and then all these other people
3    work under him specifically in lending solutions?
4    A.   That's correct, yes.
5    Q.   Okay.  Angela Burgess, she's not
6    particularly involved specifically with lending
7    solutions?
8    A.   She is not.
9    Q.   These other people on the chart, this
10   morning when we asked if we were going to take
11   depositions of people to make sure we understand
12   everything about expenses and commissions, you said
13   Michael Campbell, David Madigan, and John Frobose.
14        Would that mean we do not need to take the
15   depositions of the other people that are pictured on
16   the chart?
17        MR. BURT:  Do you mean as to commissions
18   and expenses?
19        MR. MOSKOWITZ:  Yes, sir.  Just that
20   specific question.
21        THE WITNESS:  Again, it would depend upon
22   what questions you're going to ask for and what
23   information you're looking for.
24   Q.   (By Mr. Moskowitz)  What are the expenses
25   and commissions for the lender-placed products for the

45

1    top five lenders?
2         If we deposed John Frobose, Michael
3    Campbell, Dave Madigan, and yourself, do we cover it
4    or do we need to notice for deposition Gary Turner,
5    Dawn Lamnin, Jody Gunderson, Ron Mary, Michelle
6    Phillips, and Patrick Lane?
7         MR. WINSTON:  Object to form.
8         THE WITNESS:  Again, it would depend upon
9    the question and the information that you're
10   looking for.
11   Q.   (By Mr. Moskowitz)  The question would be:
12   What are the expenses and commissions for the
13   lender-placed products for the top five lenders?
14   A.   It would depend upon your specific
15   questions of the information you're looking for.
16   Q.   So we may need to depose all of these
17   people?
18        MR. WINSTON:  Object to form.
19        THE WITNESS:  I can't answer that question
20   for you.
21   Q.   (By Mr. Moskowitz)  I'm trying to
22   streamline it.  If you don't know for sure that if we
23   just depose these four, you would have confidence that
24   they'd be able to answer all of our questions, that's
25   fine because then we'll notice some other people.

UNEDITED TRANSCRIPT

Case 9:11-cv-81373-DMM   Document 83-1   Entered on FLSD Docket 07/23/2012   Page 13 of 79

NOT CERTIFIED

13 (Pages 46 to 49)

**46**

    1    I just want to try to understand if
    2  there's a certain select group that we could go after
    3  and get the answers.  But if not, please tell me.
    4         MR. WINSTON:  Object to form.
    5         THE WITNESS:  Those that I mentioned
    6      before should be able to answer your questions.
    7    Q.  (By Mr. Moskowitz)  Okay.  Going back to
    8  what you said that there's a business channel goal,
    9  and you said that part of your bonus is based on the
   10  business channel goal, and I asked you what would that
   11  mean, and you said for lending solutions.
   12         So explain to me how this group on this
   13  page, 3446, has a business channel goal.
   14         MR. BURT:  Objection as to form.  I mean,
   15      lending solutions is the business channel he was
   16      referring to, not to these specific people.
   17         MR. WINSTON:  Join in the objection.
   18    Q.  (By Mr. Moskowitz)  Please explain.
   19    A.  Lending solutions is a business channel
   20  under Assurant Specialty Property, who is a -- which
   21  is a trade name under the Assurant, Inc., umbrella.
   22         There are other organizations or other
   23  divisions within the organization that provide
   24  services and insurance products, sister companies.
   25  Within each of the sister companies there are

**47**

    1  departments or divisions.
    2         Mine is lending solutions.  We have a goal
    3  established for our book of business relative to the
    4  overall corporation's book of business.
    5    Q.  Lending solutions is the only company
    6  within Assurant that provides lender-placed hazard and
    7  flood insurance policies?
    8         MR. WINSTON:  Objection to form.
    9         MR. BURT:  Objection as to form.  It's not
   10      a company.  It's a channel.
   11    Q.  (By Mr. Moskowitz)  Channel, department,
   12  division, whatever you want to call it, the group,
   13  there is no other group within the Assurant family
   14  that provides lender- placed hazard and flood
   15  policies?
   16         MR. WINSTON:  Object to form.
   17         THE WITNESS:  That's not correct.
   18    Q.  (By Mr. Moskowitz)  Tell me who else does.
   19    A.  Our property solutions channel.
   20    Q.  What type of lender-placed hazard and
   21  flood insurance policies does the property solutions
   22  channel provide?
   23    A.  Primarily on mobile home portfolios.
   24    Q.  Any others?
   25    A.  Not that I can think of, no.

**48**

    1    Q.  So if we cut out mobile homes, is there
    2  any other channel or subgroup in Assurant that
    3  provides lender-placed hazard and flood insurance
    4  policies besides lending solutions?
    5    A.  Not that I'm aware of, no.
    6    Q.  So all of the lender-placed hazard and
    7  flood insurance policies that are offered, that group
    8  has a certain goal which they have to meet each year?
    9    A.  Yes.
   10    Q.  What is the goal?  Is it profitability?
   11    A.  I don't know.  Again, I do not know the
   12  components.
   13    Q.  But you know there's a goal?
   14    A.  Well, goals are individualized.  STIP is
   15  not.
   16    Q.  And STIP is for the lending solutions
   17  channel?
   18    A.  STIP is the bonus --
   19    Q.  Right.
   20    A.  -- component.
   21    Q.  So the bonus component depends upon how
   22  lending solutions does in terms of profitability each
   23  year?
   24    A.  I can't answer the components of the
   25  lending solutions segment of the STIP program.  I do

**49**

    1  not know what those -- I do not -- don't know what's
    2  included in the calculation or information around that
    3  component.
    4    Q.  But you know there's a goal?
    5    A.  I know there's a component of my STIP that
    6  is tied to the success of the business channel lending
    7  solutions.
    8    Q.  Do you know how they've done in the last
    9  five years?
   10    A.  I don't recall.
   11    Q.  Do you know if they've met the goals?
   12    A.  I believe so, yes.
   13    Q.  How do you know that?
   14    A.  Through the bonus that's been provided.
   15    Q.  The bonus tells you the goals have been
   16  met?
   17    A.  Yes.  It's -- the STIP program is based
   18  upon a metric of, you know, calculations and numbers.
   19    Q.  Would John Frobose know what the goal was
   20  and whether it was met or not?
   21    A.  I believe he would.
   22         MR. MOSKOWITZ:  Okay.  Why don't we take a
   23      five-minute break.
   24         (Deposition in recess, 9:35 a.m. to
   25      9:42 a.m.)

---

**50**

1    Q.   (By Mr. Moskowitz)  Before the break we
2    talked a little about the ATM system.  Can you tell me
3    a little bit more about what it is?
4        A.   It's just our internal in-house system
5    that we use to track -- I do remember now what it
6    stands for, Assurant Talent Manager is what ATM stands
7    for, that tracks goals and performance around those
8    goals established in commentary around meeting,
9    exceeding.
10       Q.   Can anybody access it?
11       A.   No.
12       Q.   Who has access?
13       A.   Managers who have direct reports.
14       Q.   Do you have access to it?
15       A.   Yes.
16       Q.   So when you get back to your office, you
17   can log into the ATM system?
18       A.   Yes.
19       Q.   And it will show what your personal goals
20   are as well as what the STIP's goals are for the
21   bonuses?
22       A.   Yes.  The STIP components will be very
23   generic and very general.
24       Q.   How could you find what the business
25   channel goal of lending solutions is?

---

**51**

1        A.   That would be the only information I have.
2    I wouldn't be privy to any further details about those
3    components.
4        Q.   What would you be able to see in the ATM
5    system?
6        A.   The title of the goal itself, or, I'm
7    sorry, the title of the STIP component itself.
8        Q.   So it would say lending solutions goals?
9        A.   It would say whatever the STIP component
10   is.  It can change year over year.
11       Q.   But it wouldn't have a number?
12       A.   It would not.
13       Q.   So how can you, if you go back to the
14   office now, find out what is the goal this year
15   lending solutions?
16       A.   I wouldn't know.
17       Q.   How could you find out?  Someone must know
18   what the goal is.
19       A.   I could certainly call and ask, but it
20   would not be information that I would be privy to
21   because it's forward thinking and being a publicly
22   traded company, we're not privy to that information.
23       Q.   Who would know?  You said you could call.
24   Who would you call?
25       A.   I would believe someone in our executive

---

**52**

1    team would have that information.  I don't know who
2    specifically.
3        Q.   Okay.  Is the executive team John Frobose?
4        A.   He would be one of them.
5        Q.   Who else is on the executive team?
6        A.   Gene Mergelmeyer.
7        Q.   I'm sorry.  How do you spell that?  And is
8    that a man or a woman?
9        A.   It's a man.  G-e-n-e is his first name.
10   Mergelmeyer, M-e-r-g-e-l-m-e-y-e-r.
11       Q.   Is it a formal, something called an
12   executive team, or is that a term you just came up
13   with?
14       A.   These those two gentleman are my executive
15   managers.
16       Q.   Do you know how lending solutions, the
17   success of lending solutions is ever measured?
18       A.   I do not.
19       Q.   Do you ever have team meetings with the
20   people in lending solutions?
21       A.   Yes.
22       Q.   Are those weekly?  Are they monthly?
23       A.   I have meetings every day with lending
24   solutions team members.
25       Q.   What about the group?  Do you ever have

---

**53**

1    like a weekly or monthly group meeting for everybody
2    that's pictured on page 3446 that attends?
3        A.   No.
4        Q.   Do you ever have an annual meeting for the
5    group?
6        A.   No.
7        Q.   What's the closest to a formal meeting
8    with people in your --
9        A.   We have regular -- we have staff meetings
10   based upon, you know, who you report to.
11       Q.   And have you ever attended a staff meeting
12   where the profitability of lending solutions is
13   discussed?
14       A.   I have not.
15       Q.   If we turn to the third page, which is
16   3444, we've got another picture chart.  So there we've
17   got -- that's Gene Mergelmeyer on the top in the
18   chart.
19       A.   That's correct.
20       Q.   And John Frobose reports to Gene?
21       A.   That's correct.
22       Q.   And again, you said the executives who
23   would probably know information in terms of the
24   specific amount of goals would be Gene and John?
25       A.   Correct.

---

54

1    Q.   What about Robert and Kathy, or do they
2    deal with other areas?
3    A.   They deal with other areas.
4    Q.   Okay.  Turning to the fifth page, which is
5    3447, can you explain to me what this chart shows?
6    It's entitled Mortgage Clients.
7    A.   This is just a map representing the
8    mortgage clients that we have contractual obligations
9    with and where their primary corporate office is
10   located.
11   Q.   Which of these that are listed as mortgage
12   clients do you also provide lender-placed policies
13   for?
14        MR. BURT:  Objection as to form.  Do you
15   mean which underwriter?
16        MR. WINSTON:  Join in the objection.
17        MR. MOSKOWITZ:  Assurant or any of
18   Assurant's companies.
19        MR. BURT:  Objection as to form.  Assurant
20   isn't an underwriter.
21        MR. WINSTON:  Same objection.
22   Q.   (By Mr. Moskowitz)  Do you know my
23   question?
24   A.   Can you restate it, please?
25   Q.   Yeah.  You said that these are our

55

1    mortgage clients.  What did you mean by that?
2    A.   These are mortgage servicers and lenders
3    that we have a contractual obligation to do business
4    with.
5    Q.   Who's we?
6    A.   American Security Insurance Company,
7    Standard Guaranty Insurance Company, and Voyager
8    Indemnity.
9    Q.   ASIC, Standard Guaranty, and Voyager?
10   A.   Correct.
11   Q.   Which of those companies does ASIC,
12   Standard Guaranty, Voyager provide lender-placed
13   policies for?
14   A.   All of them.
15   Q.   So before when we talked about the big
16   five, they're on here, and then you said there's a
17   second middle tier, the rest of the lenders on this
18   list would be included in that mid tier?
19   A.   Not necessarily if you're talking loan
20   count, no.
21   Q.   What would they be?
22   A.   These -- the lenders listed on this page
23   vary in size from a loan count perspective to large --
24   from large to small.
25   Q.   Okay.  But just so we're clear, every one

56

1    of the lenders listed on this sheet have lender-placed
2    policies placed through ASIC, Standard Guaranty, and
3    Voyager?
4    A.   That's correct.
5    Q.   Okay.  Let's turn about 20 pages later.
6    It's 3461.  Did you have any personal involvement in
7    helping draft anything in this document or this page?
8    A.   I don't recall.
9    Q.   Okay.  The top is labeled, Lender Placed
10   Operations, and the second sentence says, "We provide
11   insurance on the collateral if the homeowner does not
12   obtain insurance to protect the mortgaged property as
13   well as offer coverage for properties that may move
14   into REO status."  What is REO status?
15   A.   Real estate owned.
16   Q.   And that's real estate owned by the
17   lender?
18        MR. WINSTON:  Object to form.
19   Q.   (By Mr. Moskowitz)  Real estate owned by
20   who?
21   A.   Real estate owned is an industry term, and
22   the asset, it's the asset changing ownership to
23   various investors.
24   Q.   Would that include the lender itself?
25   A.   No -- it could.  Yes, it could.

57

1    Q.   Does the type of product that's offered by
2    your company regarding lender-placed policies change
3    when the property goes into an REO status?
4    A.   It can, yes.
5    Q.   How can it change?
6    A.   Just in change -- it can change in terms
7    of deductibles.  It can change in terms of the -- the
8    way it's billed, annual versus monthly.
9    Q.   Looking at a few of those accomplishments,
10   the first one says, "In June, established a
11   synchronization process to reconcile the servicing
12   system and the lender-placed tracking system portfolio
13   information to ensure timely correction of data
14   integrity and timing discrepancies."
15        Do you know anything about that?
16   A.   Yeah.  It's just a sync process between
17   the Wells Fargo servicing system platform and
18   Assurant -- lending solutions' in-house lender-placed
19   tracking system.
20   Q.   Were you personally involved in the
21   synchronization process?
22   A.   No.
23   Q.   Four down, in July it says, "A quality
24   control analyst was added to the lender-placed
25   operations team to focus on the processes and

58

1   controls." Who is that analyst? Do you know?
2       A.   I do not.
3       Q.   "Quality control processes are designed to
4   review and periodically check to make sure the
5   controls that are in place continue to work
6   effectively."
7           What does that mean? Can you give me an
8   example of a quality control process?
9       A.   Quality control process would be -- one
10  would be when we receive notification of outside
11  insurance, that the cancellation occurs timely and
12  accurately.
13      Q.   Two down in August/September it says,
14  "Management changes occurred. A seasoned unit manager
15  from the Wells Fargo outsourcing operation joined the
16  lender-placed operation."
17          Do you know who that is?
18      A.   I do not.
19      Q.   What's the lender-placed operation? Is it
20  lending solutions or something else?
21      A.   It's a department within lending solutions
22  that manages the lender-placed tracking system and
23  information and data.
24      Q.   Okay. The lender-placed operation is a
25  department within lending solutions --

59

1       A.   Correct.
2       Q.   -- that manages tracking of loans?
3       A.   Manages the lending -- the lender-placed
4   insurance information on our internal tracking system.
5       Q.   Who is in the lender-placed operation? Do
6   we go back to that page on the chart with your
7   picture? Are people here on it?
8       A.   No.
9       Q.   Okay. Where are those listed, anywhere?
10      A.   In this document?
11      Q.   Yeah.
12      A.   They aren't.
13      Q.   Okay. Who's in the lender-placed
14  operations teams?
15      A.   One moment. I don't believe they are.
16  Let me just -- they are not.
17      Q.   Who's on the team?
18      A.   Bob Sullivan -- Robert Sullivan is the
19  director over that area, and Bob Sullivan reports to
20  Gary Turner, who's our senior vice president of
21  operations.
22      Q.   Are they both in Atlanta?
23      A.   Yes.
24      Q.   Do you interact with them?
25      A.   Yes.

60

1       Q.   What is your interaction with them?
2       A.   It would be based upon initiatives that we
3   are working on together, either individually for a
4   servicer or lender or on a particular loan.
5       Q.   Do they work on various lenders or only
6   Wells Fargo?
7       A.   Bob Sullivan manages the department, and
8   he manages the various servicers and lenders tracking
9   portfolios within our system. He manages and oversees
10  the operation.
11      Q.   For all lenders?
12      A.   Yes.
13      Q.   And Gary Turner is his boss?
14      A.   That's correct.
15      Q.   And do they report to you?
16      A.   They do not.
17      Q.   Who do they report to?
18      A.   Bob reports to Gary. Gary reports to John
19  Frobose.
20      Q.   Okay. I see Gary Turner on the picture
21  page, 3446.
22      A.   Yes.
23      Q.   But Bob Sullivan is not on this chart;
24  right?
25      A.   He is not.

61

1       Q.   He would be lower than this chart if there
2   was a hierarchy?
3       A.   He would be a direct report of Gary
4   Turner's.
5       Q.   Okay. But when we went back to the list
6   of the people, if we wanted to find out the expenses
7   and commissions, and I gave an example, how much it
8   cost to track the loans, would we now put Gary Turner
9   as someone who may have personal knowledge about that
10  issue?
11      A.   I don't know if Gary has personal
12  knowledge of that or not.
13      Q.   But Gary is in charge of Bob Sullivan,
14  who's in charge of the lender-placed operations team
15  that's in charge of tracking the loans?
16      A.   The lender-placed records.
17      Q.   What's the difference?
18      A.   The difference is that you have an
19  outsourcing operation that's tracking the insurance
20  information, and then you have, when there's known
21  exposures and risks, those records transfer to our
22  lender-placed tracking system where your lender-placed
23  notice cycle begins.
24      Q.   The outsourcing system, that's separate
25  and apart from your company?

NOT CERTIFIED

---

**62**

1     A.   Outsourcing operation, no, it's not
2  separate.
3     Q.   So what does it mean when you say
4  outsourcing? I'm just unsure what that term means.
5     A.   Outsourcing means that we are performing
6  functionality as defined by our agreement with our
7  lenders and servicers for outsourcing services for
8  tracking, last drafts, call outs, open items.
9     Q.   My only confusion, if I have a company,
10  sometimes the term outsourcing means I don't do it
11  myself, I hire somebody else to do it for me.
12     A.   Just an industry term where the lender or
13  servicer is outsourcing to us the insurance tracking
14  functionality.
15     Q.   But everyone in the lender-placed
16  operations team works for you and your company?
17     A.   Works for lending solutions reporting to
18  Bob Sullivan, reporting to Gary Turner.
19     Q.   Okay. The bottom of the page, it says,
20  Goals & Initiatives. Do you have any involvement in
21  setting the goals and initiatives for the
22  lender-placed operations each year?
23     A.   I do not.
24     Q.   The bottom one says, "March 2011, complete
25  the migration of lender-placed system processing to

---

**63**

1  TrackAll."
2        Can you tell us what that means and what
3  TrackAll is all about?
4     A.   We changed -- internally we changed the
5  system platform with which we tracked our
6  lender-placed records and exposures from a system
7  called the Hazard Plus system to a system called
8  TrackAll.
9     Q.   When did you make the change from Hazard
10  Plus to TrackAll?
11     A.   It was a migration over 18 months.
12     Q.   Why did you make the change? Is it a
13  better system?
14     A.   Yes, more up-to-date programming language
15  I guess you would refer to it as.
16     Q.   Are you familiar with the American Banker
17  article that came out about two years ago regarding
18  lender-placed policies?
19     A.   I'd have to see it.
20     Q.   That's no?
21     A.   Yeah. I'd have to see the article. I've
22  read many articles about lender placement through
23  American Bankers. But I don't know which one you're
24  referring to.
25     Q.   Did you ever have any meetings with anyone

---

**64**

1  that you work with about any of these articles and
2  that suggested changes that need to be made at your
3  company as a result?
4     A.   No.
5     Q.   Are you aware of any changes that have
6  been made in lending solutions in the past two years
7  as a result of any of these articles or complaints
8  about lender-placed insurance?
9     A.   Not as a result of an article, no.
10     Q.   There were changes made?
11     A.   Yes.
12     Q.   And what were those a result of?
13     A.   They would vary based upon the regulatory
14  changes in the industry that are occurring.
15     Q.   And can you give us some of those changes?
16     A.   Fannie Mae or Freddie Mac servicing
17  guideline changes; OCC, OTS regulatory changes, they
18  can vary; federal law that's passed; Dodd-Frank.
19     Q.   Okay. We'll get into Fannie Mae in a
20  little bit. Let's turn to the next page from where we
21  were, page 3474. Do you know what this page is
22  showing? It's entitled, Lender-Placed Insurance
23  Yearly Premium Comparison, HazardPLUS in millions,
24  CompliancePLUS in millions, Choice in millions. And
25  it says, Net Written Premium, Earned Premium, Loss

---

**65**

1  Incurred, Loss Ration. Do you know what this chart is
2  showing us?
3     A.   Yes. It's showing you the lender-placed
4  production volume in a given time period.
5     Q.   What is HazardPLUS?
6     A.   HazardPLUS is our lender-placed hazard
7  insurance program.
8     Q.   What's the plus? It's just called
9  HazardPLUS?
10     A.   It's the tame of the program.
11     Q.   What is CompliancePLUS?
12     A.   That's our lender-placed flood program.
13     Q.   What is Choice?
14     A.   Choice is on alternative to lender
15  placement that is offered to -- for Wells
16  specifically, Wells Fargo borrowers to obtain
17  coverage.
18     Q.   Can you explain that a little more?
19     A.   In the lender-placed cycle process, Wells
20  borrowers are given a choice, not Choice here, but
21  given an option to contact an insurance agent, as
22  defined in the letter, to potentially write coverage
23  for their property outside of being lender-placed or
24  instead of being lender-placed.
25     Q.   And who is the agent that they're told to

---

UNEDITED TRANSCRIPT

NOT CERTIFIED

66

1   contact in that letter?
2       A.   It's a Wells Fargo insurance agent.  I do
3   not know their name.
4       Q.   And is that policy provided through your
5   company?
6       A.   If written, yes.
7       Q.   So what's the difference between the
8   policy that's written by your company when they call
9   the agent and the policy that's written by your
10  company that's lender-placed?
11      A.   Depending upon the property and the
12  structure, it's -- there's minimal underwriting that
13  occurs within this program, which there is no
14  underwriting with the lender-placed program.  So it is
15  referred to an agent for handling.
16      Q.   What is the minimal underwriting that's
17  performed?
18      A.   I do not know.
19      Q.   Okay.  So going back to the top, this is
20  for the year in the millions how much net written
21  premiums for hazard policies was issued solely to
22  Wells Fargo Home Mortgage?
23          MR. WINSTON:  Object to form.
24          THE WITNESS:  These numbers would be
25  relative to the Wells portfolios that we were

67

1   handling at the time.
2           MR. BURT:  This document is an annual
3   business review for Wells Fargo Home Mortgage.
4           THE WITNESS:  Yes.  So it would be home
5   mortgage.
6       Q.   (By Mr. Moskowitz)  So it wouldn't include
7   the other entities of Wells Fargo?
8       A.   It would not.
9       Q.   Do you know if there's an Assurant
10  document like what we're looking at for each of the
11  different Wells Fargo entities?
12      A.   I don't believe so, no, not for each of
13  them, no.
14      Q.   Why not?
15      A.   There has never been a request or a need
16  to produce.
17      Q.   What does earned premium mean?
18      A.   Earned premium is the amount of premium
19  that is earned over the course of the time period at
20  hand for the policies that have been issued.
21      Q.   How does that differ from net written
22  premium?
23      A.   Net written premium is premium that is a
24  product of gross written premium minus cancellations
25  for a given time period.

68

1       Q.   So what's included in net written premium
2   that's not included in earned premium or vice-versa?
3       A.   The best way for me to explain, earned
4   premium, if you have a lender-placed policy that's
5   $1,200, you're in essence charging a hundred dollars a
6   month for that coverage.
7           Depending upon the time that the policy is
8   written or placed, there are months that have
9   transpired since the original expiration.  For
10  conversation, let's just say that's three months.  So
11  if I issued the policy today and the policy is
12  effective three months in arrears, I've earned $300 of
13  my $1,200 premium.  I earned the premium as the policy
14  ages.
15          Net premium is just a product of gross
16  written premium for that given time period minus
17  cancellations that have come in for premium equals the
18  net for that given time period.
19      Q.   Do either of these charts show how much
20  was actually collected from those premiums?
21      A.   Define collected.
22          MR. WINSTON:  Object to form.
23      Q.   (By Mr. Moskowitz)  Paid.
24          MR. BURT:  Paid from whom?  That's the
25  thing.

69

1       Q.   (By Mr. Moskowitz)  From someone.
2           MR. WINSTON:  Same objection.
3       Q.   (By Mr. Moskowitz)  These are amounts that
4   were paid by Wells Fargo to Assurant?
5       A.   Yes.
6       Q.   And collected by Assurant?
7       A.   Wells Fargo -- these numbers would
8   represent the dollar amount of premium Wells Fargo
9   paid to Assurant.
10      Q.   And how is the loss ratio calculated?
11      A.   There's various components.  The loss
12  ratio is a percentage of your losses incurred.  It's
13  product of your losses incurred compared to your
14  earned premium for the given time period.
15      Q.   Are there any goals in terms of what the
16  loss ratio should be each year?
17          MR. WINSTON:  Object to form.
18          THE WITNESS:  No, there are not.
19      Q.   (By Mr. Moskowitz)  Do you personally work
20  with loss ratios?
21      A.   Define personally work with.
22      Q.   You said you work with tracking.  You said
23  you work with operational process flow.  You're not in
24  the department that sets what a proper loss ratio
25  should be for each of the product --

UNEDITED TRANSCRIPT

NOT CERTIFIED

---

70

1        MR. WINSTON: Object to form.
2        THE WITNESS: No, I am not.
3    Q.   (By Mr. Moskowitz) You stated that
4  sometimes the lender-placed product changes when the
5  property goes into REO status. How does it change for
6  Wells Fargo Home Mortgage?
7    A.   I'm not -- I can't answer that. I'm not
8  sure. I'm not certain.
9    Q.   Does the coverage provided under the
10 lender-placed policy change for Wells Fargo Home
11 Mortgage when the property goes into REO status?
12       MR. WINSTON: Object to form.
13       MR. BURT: Could you repeat that? I'm
14 sorry.
15    Q.   (By Mr. Moskowitz) Does the coverage that
16 was provided under the lender-placed policy, the
17 coverage, what's actually in the coverage, does it
18 change when it goes into REO status for Wells Fargo
19 Home Mortgage?
20       MR. BURT: It's a different policy. I
21 mean it's a completely different --
22    Q.   (By Mr. Moskowitz) It's a completely
23 different policy?
24    A.   Yes, it can be a completely different
25 policy.

---

71

1    Q.   Why do you track voluntary policies that
2  are written through Wells Fargo Insurance in the
3  Choice category?
4    A.   Could you restate that?
5    Q.   Why do you track voluntary policies?
6  These would be the ones you said where somebody picked
7  up a phone, called an agent. Why do you track those
8  policies written through Wells Fargo Insurance in the
9  Choice category?
10    A.   It's a requirement of our agreement.
11    Q.   With Wells Fargo?
12    A.   Wells Fargo.
13    Q.   They say you must track these?
14    A.   Okay. Define track.
15    Q.   Here you have a column for hazard
16 policies, flood policies, and then a third one for
17 voluntary policies where people pick up a phone and
18 actually go ahead and get it through Wells Fargo
19 Insurance and through your company. Why do you track
20 those?
21    A.   As it relate to the numbers on this page,
22 3437, these numbers are tracked because this is
23 insurance that is written on our paper and is part of
24 our product -- it's one of our products, so it's a
25 risk that we need to manage and understand.

---

72

1        So in doing so, we have to track it
2  separately.
3    Q.   Okay. Just for the record you had said
4  3447.
5    A.   I'm sorry. 3474.
6    Q.   When the people pick up the phone and they
7  call the agent, are they able to obtain insurance
8  other than from your company when they call the agent
9  that is designated in that letter?
10    A.   I'm not familiar with what conversations
11 occur between the Wells Fargo borrower and the Wells
12 Fargo insurance agent when they're referred.
13    Q.   In terms of Wells Fargo for the hazard
14 compliance and Choice, is the 11 percent commission
15 that's paid by your company to Wells Fargo Insurance
16 the same for each of these three products?
17       MR. WINSTON: Object to the form.
18       THE WITNESS: We don't pay 11 percent
19 commission to Wells Fargo.
20    Q.   (By Mr. Moskowitz) When you say we --
21    A.   Assurant.
22    Q.   Who are you technically saying --
23    A.   Assurant Specialty Property doesn't pay
24 commissions to Wells Fargo.
25    Q.   Who pays the 11 percent?

---

73

1        MR. WINSTON: Object to form.
2        THE WITNESS: We currently don't pay
3  commission to Wells Fargo.
4    Q.   (By Mr. Moskowitz) Prior to the change
5  after the Fannie Mae regulations, who was paying the
6  11 percent to Wells Fargo Insurance?
7        MR. WINSTON: Object to form.
8        MR. BURT: Objection as to form.
9        THE WITNESS: It would be American
10 Security Insurance Company, Standard Guaranty,
11 or Voyager based upon the product.
12    Q.   (By Mr. Moskowitz) So let me repeat the
13 question. Would ASIC, Standard Guaranty, and Voyager
14 pay the 11 percent for all three products that are on
15 page 3474, hazard, flood, and the choice?
16       MR. WINSTON: Object to form.
17       THE WITNESS: Yes, to HazardPLUS and
18 CompliancePLUS. I do not recall on Choice.
19    Q.   (By Mr. Moskowitz) How would we know? I
20 mean, what can we look up to find out?
21    A.   I would have to review the contract, the
22 agency agreement.
23    Q.   The statement of work?
24    A.   Yes.
25    Q.   And in the statement of work that

---

74

1    discusses specifically this Choice program, it will
2    say whether there's an 11 percent or not?
3         MR. BURT:  If you know.
4    Q.  (By Mr. Moskowitz)  If you know.
5         MR. WINSTON:  Object to form.
6         THE WITNESS:  I don't know.
7    Q.  (By Mr. Moskowitz)  Are loss ratios ever
8    part of your responsibility for managing the
9    contracts?
10   A.  No.
11   Q.  Okay.  Let's turn to --
12   A.  Can we take a quick break before you ask
13   your next question?
14        MR. MOSKOWITZ:  Of course.  Any time you
15   want to take a break.
16        (Deposition in recess, 10:10 a.m. to
17   10:12 a.m.)
18        (Plaintiff's Exhibit 3 was marked for
19   identification.)
20   Q.  (By Mr. Moskowitz)  We've marked as
21   Exhibit 3 a document produced by Assurant, ASR-KUNZ 7,21
22   8, 10, and 16, and these are documents that were sent
23   to Mark Kunzelmann.
24        Mr. Wilson, are you familiar with these
25   pages?

75

1    A.  Yes.
2    Q.  Is this the standard form which is sent
3    out by your company when you track the loans for
4    lender-placed insurance?
5         MR. WINSTON:  Object to form.
6         MR. BURT:  Objection as to form.  This is
7    one of them.  I mean, can you be more specific?
8    Q.  (By Mr. Moskowitz)  Does this appear to be
9    form letters that are sent out by your company?
10   A.  Yes.
11   Q.  I'm bringing this out because I want to
12   talk about what we just left, which is the Choice
13   program.
14        Is there information in this letter which
15   relates to the Choice program so we can kind of
16   understand how it works?
17   A.  Not in this one, no.
18   Q.  It would be in the first or the second of
19   the cycle letters?
20   A.  I believe so, yes.  It will be on a Wells
21   Fargo Insurance letterhead.
22   Q.  So one of the first two letters in the
23   cycle will say, we've noticed that you don't have
24   insurance, you can buy insurance, here's a phone
25   number of someone if you'd like to speak to, or if you

76

1    don't, we're going to place it for you?
2    A.  Yeah.  I'm not -- I don't have it
3    memorized as to what it states.  I'd have to see it.
4         MR. WINSTON:  Object to form.
5    Q.  (By Mr. Moskowitz)  I don't want to know
6    exactly.  But I'm just talking the idea so I can
7    understand what the Choice program, how it works.
8         You give homeowners the option to either
9    wait, and then you're going to force the insurance, or
10   you give them an agent to call?
11        MR. WINSTON:  Object to the form.
12        THE WITNESS:  Wells Fargo has requested
13   that we -- that that option be afforded to their
14   borrowers entering the lender-placed cycle
15   process.
16        All information relative to -- or
17   information relative on how the borrower can
18   obtain that coverage is identified on a separate
19   letterhead as defined in the lender-placed
20   letter cycle by Wells Fargo.
21   Q.  (By Mr. Moskowitz)  But all of those
22   policies are underwritten by your company --
23        MR. WINSTON:  Object to form.
24   Q.  (By Mr. Moskowitz)  -- by ASIC?
25   A.  They're underwritten by us, yes, little

77

1    underwriting.
2    Q.  So this varies from some of the other
3    borrowers such as Chase or Citi.  They don't have that
4    provision in their policies?
5    A.  It can vary.  I don't have specifics to
6    the lenders on what they do or not do.
7    Q.  Have you ever looked at the premiums to
8    see how they compare in terms of the lender-placed
9    policies in hazard that your company underwrites and
10   the Choice policies that your companies underwrite?
11   A.  I have done no analytics on that, no.
12   Q.  Do you know if anybody has?
13   A.  I don't know.
14   Q.  Who does the minimal underwriting in the
15   Choice policies?  You said there's minimal.
16   A.  The Wells agent.
17   Q.  Does your company, ASIC, have any
18   involvement in that underwriting process?
19   A.  We define it.
20   Q.  What do you mean by define it?
21   A.  We set the components of the information
22   that we need.
23   Q.  Okay.  And then who sets what the premium
24   is going to be?
25   A.  It's our filed and approved program.

Page 78

```
 1      Q.   Filed in each state?
 2      A.   I believe so, yes.
 3      Q.   So they're not issued by Voyager or a
 4 surplus line insurer?
 5      A.   I do not believe so, no.
 6      Q.   Going back to Exhibit 3 for
 7 Mr. Kunzelmann, every lender-placed policy that's
 8 placed through Wells Fargo is always underwritten by
 9 American Security Insurance Company?
10           MR. WINSTON:  Object to form.
11           THE WITNESS:  No.
12      Q.   (By Mr. Moskowitz)  Who are the other
13 companies?
14      A.   Standard Guaranty Insurance Company or
15 Voyager Indemnity.
16      Q.   And how is a decision made which of the
17 three is going to underwrite the policy?
18      A.   Based upon the product and the filing.
19      Q.   So if it's hazard in Florida?
20      A.   It's going to be American Security.
21      Q.   If you turn to the third page where it
22 sets the coverage amount, how is that coverage amount
23 determined?
24      A.   The coverage amount is determined by the
25 last known coverage amount of the hazard insurance
```

Page 79

```
 1 line.
 2      Q.   Explain to me if Mr. Kunzelmann had
 3 672,000 in prior coverage and it was a policy that
 4 covered personal property and the dwelling, how does
 5 that compare with the policy that you're underwriting
 6 now?
 7           MR. WINSTON:  Object to form.
 8           MR. BURT:  Yeah.
 9      Q.   (By Mr. Moskowitz)  If you say the
10 coverage amount is hypothetically 700,000, forget 672,
11 how do you compare with the type of policy that you're
12 putting on him, which doesn't include personal
13 property?
14           MR. WINSTON:  Object to form.
15           THE WITNESS:  In our outsourcing centers,
16      we track the dwelling coverage of the insurance
17      line, not to include that personal property
18      liability or additional insurance that an
19      individual borrower may have tied or added to
20      their homeowner's policy.
21      Q.   (By Mr. Moskowitz)  So if Mr. Kunzelmann
22 had a homeowners policy of 672, when you force an
23 insurance policy on him, you would take out that
24 percentage of the policy that related to personal --
25           MR. BURT:  Objection as to form.
```

Page 80

```
 1           MR. MOSKOWITZ:  Can I finish it first?
 2           MR. BURT:  Well, force it on him.
 3           MR. MOSKOWITZ:  You can object to form.  I
 4      understand that.
 5      Q.   (By Mr. Moskowitz)  But when you force a
 6 policy on him, do you then subtract out the personal
 7 property aspect of what he had?
 8           MR. WINSTON:  Object to form.
 9           MR. BURT:  Objection as to form.  You can
10      answer.
11           THE WITNESS:  In the outsourcing center,
12      we track the dwelling coverage on the insurance
13      lines.  That is the number that we would use to
14      determine the lender-placed coverage amount,
15      which is dwelling coverage.
16      Q.   (By Mr. Moskowitz)  That's my question to
17 you.  So you have a number for what just the dwelling
18 aspect of his policy is?
19      A.   Yes.
20      Q.   And that's separate and apart from any
21 personal properties aspect?
22      A.   That's correct.
23      Q.   Going back to what we marked Exhibit 2, if
24 you can turn to page 3483.  3483 -- I'm sorry.  3477,
25 let's start there.  Page 3477, the top is titled, In
```

Page 81

```
 1 Force Summary, and there's a map of the United States.
 2 What do these charts show us?
 3      A.   This map would represent the five largest
 4 states that policies are written in for the Wells
 5 Fargo Home Mortgage portfolio.
 6      Q.   So if we look in the middle of the left,
 7 "Policies in force total as of December 31st, 2010,"
 8 there's 118,053 policies, and then number one,
 9 Florida, 19,184.  That would be policies specifically
10 for the state of Florida?
11      A.   Correct.
12      Q.   And that's just for the hazard product?
13      A.   Yes.
14      Q.   And then on the right of that it says, top
15 five states, amount of insurance in force.  Florida
16 has $3.54 billion.  That would be for, again, just the
17 hazard policies?
18      A.   Yes.
19      Q.   Do you know if this data was already
20 calculated for the year 2011?
21      A.   I do not.
22      Q.   Do you know if it changed in 2011 in terms
23 of what the top five states are in terms of policies?
24      A.   No, I do not.
25      Q.   What does lender-placed letters mean down
```

---

82

1  below?
2      A.    Those are your lender-placed cycle
3  letters.
4      Q.    What's the difference between expiration,
5  binders, and policies?
6      A.    That's the Wells Fargo Home Mortgage
7  defined three -- the three-letter cycle, the cycle
8  letters, the three of them that we utilize in the
9  lender-placed program for notification purposes.
10     Q.    And these letters don't vary by state?
11     A.    They can.
12         MR. WINSTON:  Object to form.
13     Q.    (By Mr. Moskowitz) Do they vary?
14     A.    The content of -- within the envelope can
15  vary by state due to state department of insurance
16  disclosure requirements.
17     Q.    Sitting here today, do you know of any
18  differences in the letters, specific examples you can
19  give us?
20     A.    Wisconsin has a disclosure.  I'm not sure
21  what the disclosure is.  But on all Wisconsin policies
22  we have to send a separate disclosure as an insurance
23  carrier writing in that state.
24     Q.    Is the main substance of the letters the
25  same?

---

83

1         MR. WINSTON:  Object to form.
2         MR. BURT:  Object to the form.  Define
3  main substance.
4         MR. MOSKOWITZ:  I think the witness can
5  understand it.
6      Q.    (By Mr. Moskowitz)  These are form letters
7  that you draft for all states, and then you add on
8  certain things that a state my require?
9      A.    Yes.
10         MR. WINSTON:  Object to form.
11     Q.    (By Mr. Moskowitz)  If you turn four pages
12  more to KUNZ 3481, it's now Flood Gap.  What are
13  these?  Are these flood policies that are written?
14     A.    They're flood gap policies.
15     Q.    What is a flood gap policy?
16     A.    Flood gap is defined as there's a required
17  amount of flood coverage that is needed on the
18  property.  The borrower has flood coverage with an
19  outside carrier but the amount of coverage is
20  insufficient.
21         So this is the deficient amount for that
22  coverage.  It's the gap between what they have and
23  what they need.
24     Q.    Is this different when we look at the
25  prior chart we had, HazardPLUS, CompliancePLUS, is

---

84

1  this within CompliancePLUS?
2      A.    This would be within CompliancePLUS, yes.
3  The prior map we looked at was HazardPLUS.
4      Q.    But when we looked at the figures in terms
5  of how much net written premium was written for each
6  year for CompliancePLUS --
7      A.    These numbers would be included.
8      Q.    Two pages later, 3483, this shows the
9  flood gap policies, and this is accurate for Florida
10  as the number one state, there's 2,344 policies with a
11  value of 83 million?
12     A.    That's correct at the point in time this
13  was drafted.
14     Q.    If you turn about five pages later, 3485
15  is a section on claims.
16     A.    Yes.
17     Q.    Do you know if there's any data broken
18  down for claims for lender-placed policies?
19     A.    That's what this section is.
20     Q.    So all of the claims on page 3486 through
21  3492, these are only for lender-placed policies?
22     A.    I'm sorry.  Through what page again,
23  please?
24     Q.    I think the claim section goes until the
25  risk assessment center, which is on 3493.

---

85

1      A.    Yes.
2      Q.    Which department is in charge of
3  calculating this information?  I take it it's not
4  yours.
5      A.    That's correct.  It would be our claims
6  area.
7      Q.    Who's in charge of the claims area?
8      A.    Steven Johnson.
9      Q.    Which office is Mr. Johnson physically
10  located in?
11     A.    In Atlanta.
12     Q.    Going back quickly to the Choice program,
13  and I know you don't have it in front of you, but the
14  borrower gets a letter that has a phone number to
15  call.  Who answers that phone call?
16     A.    I believe that call comes in to our
17  customer service department area, the Wells Fargo Home
18  Mortgage customer service team members that we have
19  on -- in our outsourcing center.
20     Q.    Yours meaning Assurant?
21     A.    Yes.
22     Q.    And going back to Exhibit 3, even though
23  the top left has Wells Fargo Home Mortgage on it and
24  it has Wells Fargo's address on it, this document was
25  generated and is sent out by Assurant?

---

---

86

1      A.   Yes.
2      Q.   And the same is true with all three cycles
3  of letters?
4      A.   All lender-placed cycle letters and the
5  contents of the envelope is generated by Assurant.
6      Q.   Is there a reason why you don't put
7  anywhere on any of the three letters that this
8  document is being generated and sent out by Assurant?
9      A.   The content of the letters, the cover
10 letters themselves, are written and approved by our
11 lenders and servicers.
12     Q.   Right.  I know Wells Fargo has approved
13 these letters, but is there any reason that the letter
14 doesn't in any way or in any fashion say that it's
15 actually coming from Assurant?  Is there a reason?
16     A.   I don't know.
17     Q.   Have you ever had any discussions with
18 anybody about that?
19     A.   No.
20     Q.   So the person that answers the phone call
21 is Assurant.  Do they ever send out or seek bids for
22 that policy?
23     A.   No.
24          MR. BURT:  Are we talking --
25          MR. WINSTON:  Object to form.

---

87

1          MR. BURT:  Object to form.  Are we talking
2  about the Choice program or the HazardPLUS
3  program?
4          MR. MOSKOWITZ:  Choice.
5          MR. BURT:  Choice.
6          THE WITNESS:  Yeah, Choice.
7          (Plaintiff's Exhibit 4 was marked for
8  identification.)
9      Q.   (By Mr. Moskowitz)  We've marked as
10 Exhibit 4 a document entitled Assurant Specialty
11 Property.  It says, Lender-Placed Insurance,
12 Protecting American Homeownership and the Mortgage
13 Process.  And it was printed from Assurant's website.
14 It's a seven-page, color brochure.
15          Are you familiar with this document?
16     A.   I'm familiar with that information that's
17 contained on our website about it.
18     Q.   If you turn to the second page, a lot of
19 the language throughout the first page talks about the
20 process.  And this chart in the middle of the page,
21 which has a graph, the right section says, "Detects
22 any lapses in homeowner's coverage."  And this
23 responsibility here is for the lender/mortgage
24 servicer.
25          The bottom of the pie chart on the right

---

88

1  says, "Contacts homeowner to confirm coverage," and
2  that's Assurant Specialty Property.
3          My question is:  The top right, that's
4  really done by Assurant Specialty Property, not the
5  lender/mortgage servicer; correct?
6      A.   It can be.
7      Q.   Okay.  Your group's responsibility is to
8  track all of the loans, and your software detects
9  whether there's any lapse in the homeowner coverage,
10 and then your computers automatically send out a
11 letter.  How does Wells Fargo play any role in that
12 specific process?
13         MR. WINSTON:  Object to the form.
14         THE WITNESS:  Are we speaking to Wells
15 specific, or are we talking in general?
16     Q.   (By Mr. Moskowitz)  Let's go first just
17 with Wells specific.
18     A.   Wells specific, the monitoring of
19 coverage, homeowner's insurance, flood coverage, wind
20 coverage for that particular borrowers is a
21 contractual obligation and out sourced to Assurant.
22     Q.   So really this chart, at least for Wells
23 Fargo, should have a line that says Assurant Specialty
24 Property, not lender/mortgage servicer?
25         MR. WINSTON:  Object to form.

---

89

1          THE WITNESS:  This document isn't specific
2  to Wells Fargo.
3      Q.   (By Mr. Moskowitz)  Right my question was:
4  If it was specific for Wells Fargo, the chart would be
5  accurate if on the top right it said, Assurant
6  Specialty Property?
7      A.   If you wanted to draft it that way, you
8  could.
9      Q.   Okay.  How do -- or give me an example.
10 What other lenders do things differently?
11     A.   We have lenders that we don't -- that have
12 not -- have chosen not to outsource insurance tracking
13 functionality to us.
14     Q.   Are any of those of the top five?
15     A.   No.
16     Q.   So are they the middle tier?
17     A.   Again, we have lenders that don't -- that
18 have contracted with us not to provide that service.
19     Q.   So if we had a graph as we see on page two
20 for the top five, Wells, Chase, Citi, HSBC, and
21 Nationstar, to be accurate the top right of the chart
22 would say Assurant Specialty Property for all of those
23 functions?
24         MR. WINSTON:  Object to form.
25         THE WITNESS:  If you wanted to change the

---

90

```
 1        form, I would change it to say that can be the
 2     lender/mortgage servicer obligation or it could
 3     be Assurant.
 4        Q.   (By Mr. Moskowitz)  With the top five in
 5     terms of loan count, that's always Assurant Specialty
 6     Property's responsibilities under the contract?
 7           MR. WINSTON:  Object to form.
 8           THE WITNESS:  Yes.
 9        Q.   (By Mr. Moskowitz)  How does Assurant get
10     paid for doing these functions of detecting any lapses
11     in the homeowner's coverage and contacting the
12     homeowners to determine coverage, and if none, issues
13     the policy?
14        A.   We charge a tracking fee.
15        Q.   How much do you charge?
16           MR. BURT:  Objection to the form as to
17        which lender.
18           MR. WINSTON:  Same objection.
19        Q.   (By Mr. Moskowitz)  Let's stick with Wells
20     Fargo.
21        A.   I don't recall offhand.  I'd have to look
22     at the agreement.
23        Q.   Do you know if it's five cents per loan
24     per month?
25        A.   I'd have to look at the agreement.
```

91

```
 1        Q.   Is it a flat amount?
 2        A.   I mean, it's an amount.  I'd have to look
 3     at the agreement to --
 4        Q.   We'll look at the agreements, but is it a
 5     set amount per loan?  Do you know that?
 6        A.   Yes.  It's a fee per loan per month.
 7        Q.   Is that different from Chase, Citi, HSBC,
 8     or Nationstar?
 9           MR. WINSTON:  Object to form.
10           THE WITNESS:  Each contract is different,
11        so the service fee is different or could be
12        different.
13        Q.   (By Mr. Moskowitz)  There's a service fee
14     per loan for each of the top five.  That amount may
15     vary for each company?
16        A.   That's correct.
17        Q.   But there is one set amount for each loan
18     for each of the providers?
19           MR. WINSTON:  Object to form.
20           THE WITNESS:  Yes.
21        Q.   (By Mr. Moskowitz)  Who negotiates those
22     rates?
23        A.   Sales marketing, product management, and
24     executive management.
25        Q.   Who can I depose to ask about how the rate
```

92

```
 1     was set for each of the top five companies?
 2        A.   The individuals that I mentioned earlier.
 3        Q.   Those four, Michael, David, John, Angela?
 4        A.   I'm sorry.  Not Angela.
 5        Q.   Just the other three?
 6        A.   Yeah.
 7        Q.   Do you know why they vary?
 8        A.   I do not.
 9        Q.   Do you know if their responsibilities for
10     detecting any lapses in homeowner coverage varies by
11     the five?  You know, do you do more for some lenders
12     less for others?
13        A.   Procedures vary by client, yes, by
14     servicer or lender.  They do vary.
15        Q.   And do you know if the amount, the
16     tracking fee per loan, varies depending on how much or
17     how little you have to do?
18        A.   Yes.
19        Q.   So the tracking fee bears a relationship
20     to exactly what you're doing for each lender?
21        A.   The tracking fee can vary between lender
22     or client based upon what we're doing.
23        Q.   Okay.  I'm sorry.  The last part, it
24     varies depending on if you're doing more, it could be
25     higher, if you're doing less, it could be less?
```

93

```
 1        A.   Possibly.  I'm not familiar with how that
 2     is determined.
 3        Q.   If you turn to the sixth page of this
 4     exhibit, there is a box, and the box has Monitoring
 5     Services Group, and Insurance Group.  There's no
 6     top -- there's no heading on top of that.  Are these
 7     two separate groups within Assurant?
 8        A.   This, to me, I would categorize the
 9     monitoring services group is our outsourcing services
10     centers and the operational functionality that they
11     perform.  The insurance group would refer to the
12     lender-placed side of the house and the policies that
13     we issue.
14        Q.   Okay.  So just for the record, on page six
15     there's a blue box, and one side has a heading
16     Monitoring Services Group, and the right side says
17     Insurance Group.
18           Under Monitoring Service Group, the first
19     bullet says, "Focuses solely on monitoring activities
20     and obtaining insurance coverage in formation.  No
21     'sales'."
22           Second, "Uses highly developed technology
23     and expertise in complicated aspects of property
24     insurance."  Third, "Can monitor for insurance gaps
25     more effectively than lenders themselves."
```

94

1       And on the right side under Insurance
2   Group, the first bullet says, "Supplies policies for
3   lenders on mortgaged properties."  And second bullet,
4   "Acts in accordance with loan documents and applicable
5   insurance laws."
6       So your answer is that there's two
7   physical different groups, one that does the
8   monitoring service group and one that does the
9   insurance group?
10      A.   The lender-placed tracking and placement,
11  yes, that's correct.
12      Q.   And the outsourcing service centers, those
13  are -- I forgot the individuals' names.  Robert --
14      A.   No, Robert Sullivan is the lender-placed.
15  The outsourcing centers report up through Gary Turner
16  but are managed by three separate individuals.
17      Q.   Who are those three individual, if you
18  remember?
19      A.   Deborah Davis; a new gentleman, it's
20  either Ray or Roy.  I think it's Ray, Ray Rafferty;
21  and Michael Stilb.
22      Q.   S-t-i-l-b?
23      A.   Yes.
24      Q.   Okay.  The first responsibility under
25  Monitoring Service Group, "Focuses solely on

95

1   monitoring activities and obtaining insurance coverage
2   in formation, no sales."  What does that mean?
3       A.   That means we're -- that we would monitor
4   the individual insurance requirements at the loan
5   level.  We are not a -- our agents and representatives
6   are not actively selling insurance to any borrower.
7       Q.   Would this include the tracking the loans
8   to make sure there's coverage?
9       A.   In the outsourcing world, yes.
10      Q.   That's what monitoring activities means?
11      A.   Yes.
12      Q.   Do you know how much Assurant spends on
13  monitoring activities each year?
14      A.   I do not.
15      Q.   Where is that listed?  Do you know if
16  there's a report or --
17      A.   I do not.
18      Q.   Do you know if it's in a database?
19      A.   I do not.
20      Q.   Do you know if Bill Shouldice --
21      A.   Shouldice.
22      Q.   -- Shouldice, do you know if in his
23  profitability reports he talks about what the costs
24  are for monitoring activities?
25      A.   I do not.

96

1       Q.   Do you any think Gary Turner may know?
2       A.   I don't have personal knowledge that he
3   would or wouldn't.
4       Q.   Okay.  The second responsibility is, "Uses
5   highly developed technology and expertise in
6   complicated aspects of property insurance."  What does
7   that mean?
8       A.   That means that we have infused money into
9   our technology in the tracking or tracking of
10  insurance information utilizing what we call a smart
11  flow technology.
12      Q.   What is a smart flow technology?
13      A.   Smart flow technology is an OCR, OCI
14  cognitive recognition engine with back-in-business
15  rules engine to systematically handle the extraction
16  and updating of insurance data on each loan.
17      Q.   Is this a product that Assurant buys or
18  did they develop internally?
19      A.   We developed internally.
20      And I apologize.  I'm going to need to
21  break again.
22      (Deposition in recess, 10:39 a.m. to
23      10:42 a.m.)
24      Q.   (By Mr. Moskowitz)  Mr. Wilson, before we
25  finish that, I want to ask you a quick question.  When

97

1   we looked at the lender-placed insurance products on
2   3474, we had hazard, flood, choice.  Is there a reason
3   that wind isn't a separate category?  3474.
4       A.   It wasn't broken out at the time that this
5   was developed.  I would have to refer back to when it
6   was -- when it became part of the Wells Fargo process,
7   and --
8       Q.   Would it be within hazard?
9       A.   It possibly could be.  I'd have to
10  validate that with information that I don't have
11  today.
12      Q.   Okay.  And then one other question.  We
13  talked about the flood gap coverage.
14      A.   Yes.
15      Q.   Who determines the required amount of
16  coverage needed in flood gap policies?
17      A.   It's defined by the procedure manual
18  established by Wells Fargo for Assurant.
19      Q.   Does it differ by lender?  Does each
20  lender have different interpretations?
21      A.   Yes, it can.
22      Q.   Looking back at the page six that we were
23  on, the third bullet says, "Can monitor for insurance
24  gaps more effectively than lenders themselves."  Why
25  is that?

98

1      A.   Due to our technology that we have.
2      Q.   Okay.  Down on the bottom it has
3   Compensation.  It says, "Assurant also wants to ensure
4   fair dealing when it comes to compensating those
5   licensed agents who manage insurance programs and
6   refer business to the company."
7          Who are those licensed agents?
8      A.   Those would be licensed agents that we do
9   business with.
10     Q.   Can you give me a list of some of them?
11     A.   I do not know the names of each of the
12  agents.
13     Q.   Is Wells Fargo Insurance one of those
14  agents?
15     A.   Yes.
16     Q.   Does Chase have their own Chase Insurance
17  that serves as a license agent?
18     A.   No, they do not.
19     Q.   Does Chase have any licensed insurance
20  agents?
21     A.   No, they do not.
22     Q.   The top five, do any of the other five
23  have any licensed agents?
24     A.   I don't know.
25     Q.   You don't know if the contracts provide

99

1   for them?
2      A.   I don't know.
3      Q.   The only one that you're aware from your
4   contract work is Wells Fargo Insurance?
5      A.   No.  There are other clients that have
6   licensed agents we deal with.  I'm just not sure
7   that I can list them all out.
8      Q.   Do you know of any besides Wells Fargo
9   Insurance?
10     A.   Yes.
11     Q.   Who?
12     A.   Nationstar has a licensed agent we deal
13  with.
14     Q.   What's their name?
15     A.   Harwood.
16     Q.   How do you spell that?
17     A.   H-a-r-d-w-o-o-d, I believe, or
18  H-a-r-w-o-o-d.
19     Q.   Any others that you're familiar with?
20     A.   Not that I can think of.
21     Q.   It says, "Like other programs in the
22  general property and casualty industry, Assurant
23  follows the standard practice of paying commissions to
24  licensed agents who generate policies.  It is fair and
25  reasonable to pay some form of compensation because

100

1   financial institutions offering insurance programs
2   also have expenses such as advancement of funds,
3   billing and collection of premiums, and system costs."
4          Can you explain what those three are?
5   What's the advancement of funds, if you know?
6      A.   I mean, just by definition, advancing the
7   funds is a company that is paying something in advance
8   of collecting it from another third party or so.
9          So I can't speak to the specifics of where
10  these three functions or processes occur or don't
11  occur within any given agency.
12     Q.   You wouldn't know for, say, Wells Fargo?
13     A.   No, I would not.
14     Q.   You're not aware of Chase Insurance
15  Agency, Inc.?
16     A.   I'm aware of it.  I believe that was an
17  entity at one time.
18     Q.   Do you know if American Security Insurance
19  Company pays Chase Insurance Agency, Inc., commissions
20  on premiums for some lender-placed flood policies that
21  ASIC issues to borrowers?
22     A.   We do not.
23     Q.   And you never have?
24     A.   We have.  We do not now.  We don't
25  currently.

101

1      Q.   When did you?
2      A.   I don't remember when it stopped.
3      Q.   Do you know who Dan Wheeler is?
4      A.   I do.
5      Q.   Do you know if it stopped prior to 2011?
6      A.   I'm not certain.
7      Q.   Do you have personal dealings with Dan
8   Wheeler?
9      A.   I do.
10     Q.   But you don't know when ASIC provided
11  commissions on lender-placed flood policies for loans
12  serviced by JP Morgan Chase Bank?  Do you have any
13  idea?
14     A.   I know we did.  I don't know when it
15  stopped.  I don't recall when it exactly stopped.
16         (Plaintiff's Exhibit 5 was marked for
17  identification.)
18     Q.   (By Mr. Moskowitz)  We're going to mark
19  this composite Exhibit 5.
20         MR. WINSTON:  I need Exhibit 5 to be
21  designated as confidential, exhibits marked as
22  confidential.
23         MR. MOSKOWITZ:  Sure.
24     Q.   (By Mr. Moskowitz)  You mentioned before
25  that you would need to see the statement of work to

102

1  determine how the Choice policy works and whether
2  there's an 11 percent commission.
3          I've handed you all of the statements of
4  work between ASIC and Wells Fargo. Can you tell us
5  which one that would apply to?
6          MR. WINSTON: Object to the form.
7      Q.   (By Mr. Moskowitz) Maybe it's under
8  another name.
9      A.   That would take me to review all of these.
10 I don't refer to the agreements regularly in my course
11 of day-to-day job, so that's going to take some time.
12         MR. BURT: And this question relates to
13     the voluntary coverage; right?
14         MR. MOSKOWITZ: That specific one that's
15     on the chart that they give the phone number and
16     they'll provide under those policies.
17         THE WITNESS: It's going to be buried.
18     I know where it was under the old contract
19     format. These appear to be the contracts
20     between the specific Wells, the master service
21     agreement and SOW agreements between the
22     specific Wells portfolios and ASIC and SGIC and
23     Voyager, and not where -- not the agency
24     agreements or SOWs that would tell me where
25     the -- that's where I would think I would find

103

1      Choice information.
2      Q.   (By Mr. Moskowitz) I'm sorry. What's --
3  I'm not familiar. What's the agency agreements?
4      A.   It's a separate -- it could be a separate
5  set of agreements, but I'm not certain.
6          MR. MOSKOWITZ: Michael, any chance you
7      know if we got them?
8          MR. WINSTON: That's --
9          MR. MOSKOWITZ: He says that these are
10     Statement of Works, but then there's a separate
11     set of agreements called agency agreements.
12         MR. WINSTON: I'm going to guess those
13     were Wells Fargo insurance agreements --
14         THE WITNESS: Those would be, yes.
15         MR. WINSTON: -- with Assurant.
16         THE WITNESS: Yeah. When I look at these,
17     when I look at these Statement of Works, these
18     are all between SGIC, ASIC, and/or Voyager and a
19     division of Wells Fargo, not the agency.
20     Q.   (By Mr. Moskowitz) But at Statement of
21 Work 5-2010, that's between Wells Fargo Financial and
22 Wells Fargo Bank?
23     A.   That's between Wells Fargo Financial and
24 ASIC and SGIC.
25     Q.   So you're saying there's other agreements

104

1  between specifically Wells Fargo Insurance?
2          MR. BURT: Yes. And Counsel, because
3      you're talking about voluntary coverage, they
4      wouldn't be lender-placed policies.
5      Q.   (By Mr. Moskowitz) But it's within the
6  lender-placed program. But fine. I mean, no, I
7  understand. You're saying there's other agreements
8  that are between Wells Fargo Insurance and -- is it
9  Standard Guaranty and ASIC? And we just don't have
10 them within this set of exhibits.
11     A.   They don't appear to be in this set.
12     Q.   If we just look at the first one then,
13 Statement of Work 1-2010, if you turn to page 168,
14 which is the sixth page --
15     A.   Yes.
16     Q.   -- this statement of work discusses the
17 duties between Wells Fargo and Standard Guaranty and
18 ASIC regarding hazard insurance and flood insurance
19 tracking service.
20         MR. BURT: Which one?
21         MR. MOSKOWITZ: The first one, Statement
22     of Work 1-2010 starts on page 163.
23     Q.   (By Mr. Moskowitz) So that's what this is
24 concerning?
25     A.   Which section are you referring to?

105

1      Q.   I'm looking first at the project name,
2  which is Wells Fargo Home Mortgage Hazard Insurance
3  and Flood Insurance Tracking Service.
4          And then page six says what the duties and
5  responsibilities will be by ASIC and what duties will
6  be done by the bank; is that correct?
7          That's pages 6, 7, 8, 9, 10, and 11, and
8  12 on those charts.
9      A.   I don't see where you're exactly referring
10 to.
11         MR. BURT: Let's see if we can help you.
12     So he's referring to the first page, just
13     what -- generally. And then he's going back to
14     page 168 to look at this chart.
15     Q.   (By Mr. Moskowitz) So what the chart
16 shows is what duties ASIC has for hazard and flood
17 tracking and what duties Wells Fargo Bank has for
18 hazard and flood tracking; correct?
19     A.   This chart tells me definition,
20 measurement, and liquidated damages tied to service
21 levels, but not specific to any and all duties or
22 functionality.
23     Q.   The chart that's on the bottom of the page
24 starts on page six.
25     A.   Yes.

UNEDITED TRANSCRIPT

106

1    Q.   Okay.
2         MR. BURT:  The chart starts on page 8.
3    Q.   (By Mr. Moskowitz) Page six, are you
4    looking here?
5    A.   Page six, whatever you-all call those
6    numbers, 168.
7         MR. BURT:  Oh, 168.
8    Q.   (By Mr. Moskowitz) So there's a chart,
9    and it goes six pages, and it has two columns.  One
10   column says the vendor is going to do various things.
11   And the middle column says Wells Fargo is going to do
12   various things.  That's all I'm saying right now.  Are
13   we on the same page?
14        MR. BURT:  That doesn't say that.
15        THE WITNESS:  You're --
16        MR. WINSTON:  Object to form.
17        THE WITNESS:  No, I don't agree.
18        MR. BURT:  Object to form.
19   Q.   (By Mr. Moskowitz) Okay.  On page six,
20   the first box says, "Vendor will input accurate,
21   complete, and relevant insurance information into the
22   servicing system based upon data and documentation
23   received by vendor."
24        That's a specific task that ASIC is going
25   to do under this agreement.  You are the vendor.  It's

107

1    defined on the first page; right?
2    A.   Agree.
3    Q.   There's no confusion.  Under this
4    agreement, this is a responsibility that the vendor
5    will do, and the vendor is defined here as American
6    Security Insurance Company; right?
7    A.   Yes.  But this section is not -- does not
8    define any and all functionality that Assurant
9    performs on behalf of Wells Fargo.  This section is
10   for service-level agreements with tied liquidated
11   damages.
12        Yes, it may state what one party may or
13   may not do or who's responsible for one step of
14   segment of that process, but this section is tied to
15   the service level agreements that we've agreed to and
16   liquidated damages associated with each.
17   Q.   This was drafted in February 2010, and
18   it's updating a prior agreement from 2004.  Is this a
19   function that ASIC has done in the last five years?
20        MR. BURT:  This --
21        THE WITNESS:  What's this?  Define this.
22   Q.   (By Mr. Moskowitz) "Vendor will input
23   accurate, complete, and relevant insurance information
24   into the servicing system based upon data and
25   documentation received by vendor."

108

1    A.   One of many.
2    Q.   And then the middle column, "Wells Fargo
3    will conduct monthly audits of insurance information
4    input into the servicing system by vendor."  Is that
5    one of many functions of Wells Fargo Bank?
6    A.   Yes.
7    Q.   So if we spent the next hour and we went
8    through each of these columns, are all of these
9    functions that during the past five years ASIC has
10   done and Wells Fargo bank has done for hazard and
11   flood insurance?
12        MR. WINSTON:  Object to the form.
13        THE WITNESS:  These are definitions around
14   the agreed-upon service level measurement and
15   liquidated damages for this agreement.
16   Q.   (By Mr. Moskowitz) And where it says
17   Wells Fargo, it defines Wells Fargo as Wells Fargo
18   Bank; correct?
19   A.   This would be Wells Fargo Home Mortgage.
20   This Statement of Work number 1-2010 is between Wells
21   Fargo Home Mortgage.
22   Q.   All of the responsibilities that are set
23   out here for Wells Fargo, it's not Wells Fargo
24   Insurance.  It's Wells Fargo Home Mortgage; correct?
25        MR. WINSTON:  Object to form.

109

1         THE WITNESS:  I'd have to read each of
2    these.
3    Q.   (By Mr. Moskowitz) Okay.  You can quickly
4    scan to see that it uses the words just Wells Fargo,
5    and on the first page Wells Fargo is defined as Wells
6    Fargo Home Mortgage, a division of Wells Fargo Bank?
7    A.   Then this would be Wells Fargo Home
8    Mortgage.
9    Q.   So you personally, Mr. Wilson, because
10   you're in charge of contract, operational practice and
11   flow, these responsibilities and functions during,
12   say, the last five years, have been conducted by Wells
13   Fargo Home Mortgage, based on what you know, not Wells
14   Fargo Insurance?
15        MR. WINSTON:  Object to form.
16        THE WITNESS:  I can only state that these
17   would be the measurement -- or these would be
18   the Wells Fargo Home Mortgage responsibility
19   from the contractual obligation going forward.
20   I cannot state whether they've done them prior
21   to or not.
22   Q.   (By Mr. Moskowitz) Well, this started in
23   2004, the original agreement.  So since 2004, forget
24   going forward, 2013.  From 2004 until 2012, were these
25   functions that were completed by Wells Fargo Home

UNEDITED TRANSCRIPT

110

1  Mortgage?
2      A.   I don't know.
3          MR. WINSTON:  Object to form.
4      Q.   (By Mr. Moskowitz)  You don't know?
5      A.   I don't know.
6      Q.   I thought part of your job is operation
7  process flow on the contract obligations of the
8  parties.
9          MR. BURT:  Object to form.
10         THE WITNESS:  I manage and monitor to the
11     current agreement.  This being the current
12     agreement, all that I can state is that this is
13     the agreement that Wells Fargo Home Mortgage,
14     American Security, and Standard Insurance
15     Company agreed to from this date going forward.
16         I can't state whether Assurant or Wells
17     Fargo Home Mortgage did these things before or
18     not.
19     Q.   (By Mr. Moskowitz)  Okay.  This agreement
20  going forward, that's 2010.  So in the last two years,
21  were these things performed?
22         MR. WINSTON:  Object to form.
23         THE WITNESS:  Yes.  From the date of this
24     agreement going forward, yes.
25     Q.   (By Mr. Moskowitz)  How do you quantify

111

1  how much each of these responsibilities costs
2  Assurant?
3      A.   I do not know.
4      Q.   That would be a question for Michael,
5  Dave, or John?
6      A.   Yes.
7      Q.   Would you presume or do you believe based
8  upon your 15 years working there that somebody has
9  quantified how much each of these responsibilities
10  have cost the company for each year?
11     A.   Specific to this agreement, I don't know.
12     Q.   Not specific to this agreement.  In terms
13  of the specific functions that Assurant has performed.
14     A.   I am sure there's cost analysis activity
15  that occurs within the organization.  To what form and
16  to what degree and to what segments, I don't know.
17     Q.   And you believe there'd be a cost analysis
18  for the different functions?
19     A.   I do not know.
20     Q.   I know you don't know if they exist.  I'm
21  asking you would you expect that somebody would have
22  quantified, okay, how much is this costing us each
23  year if we keep accepting these additional
24  responsibilities?
25     A.   I don't know.

112

1      Q.   Okay.  And sitting here today, if we go
2  through each of these responsibilities, vendor shall
3  maintain sufficient telephone support, monthly
4  activity reports, you have no knowledge about how any
5  of these have been quantified in the past five years?
6      A.   Define quantified.
7      Q.   How much it cost, the expenses.
8      A.   No, I do not.
9      Q.   Or how much is set out for next year to
10  spend on these functions?
11     A.   I do not.
12     Q.   Your specific responsibilities and your
13  job is to fulfill the contractual obligations?
14     A.   Correct.
15     Q.   How do you do that?
16     A.   To monitor them.
17     Q.   How do you do that?  Do you go back and
18  look at the statement of work?
19     A.   That, and the -- yes.  We review the
20  contract.  We set procedures according, and we develop
21  procedures, process flows through our systems as
22  defined through the Wells Fargo procedure manual.
23     Q.   But in doing that monitoring, you have no
24  idea how much it cost?
25     A.   I do not.

113

1      Q.   At all?  I'm not saying specific numbers.
2  I'm saying, you don't know if it cost a dollar or
3  $10 million?
4      A.   I do not.
5      Q.   And that would be the same for every
6  statement of work we could go through?
7      A.   Yes.
8      Q.   Are there similar statement of work
9  contracts that you're in charge of for other lenders?
10     A.   Yes.
11     Q.   Are they similar?
12     A.   Every contract is different in terms of
13  the content in the agreement and what is agreed upon.
14  There is a standard master servicing SOW format that
15  lenders and services through their vendor management
16  areas are migrating to.
17         So form can be similar, content is
18  different.
19     Q.   And you personally are in charge of making
20  sure the contractual obligations for Assurant are met
21  for the agreements between Wells, Chase, Citi, HSBC,
22  and Nationstar?
23     A.   Yes.
24         (Plaintiff's Exhibit 6 was marked for
25     identification.)

NOT CERTIFIED

114

1    Q.   Let's mark the next as Exhibit 6. I've
2  shown you Exhibit 6, which is the Property and
3  Casualty Companies Association Edition, Annual
4  Statement for the year ended December 31st, 2011,
5  entitled, American Security Insurance Company. It's
6  about a 70-page document.
7         Are you familiar with this document?
8    A.   Minimally.
9    Q.   How are you familiar with it?
10   A.   I know that these -- I know that the
11 annual statements are produced being a publicly traded
12 company and an insurance provider.
13         However, I don't -- am not familiar with
14 any of the analytics or information contained within.
15   Q.   Can you turn to page 11, please.
16   A.   Yes.
17   Q.   Page 11 is entitled, Annual Statement for
18 the year 2011 of the American Security Insurance
19 Company Underwriting an Investment Exhibit. The first
20 line says, Claim Adjustment Services. And then
21 there's four columns, Loss Adjustment Expenses, Other
22 Underwriting Expenses, Investment Expenses, and Total.
23         Do you know what this means?
24   A.   I do not.
25   Q.   Do you have any personal knowledge what

115

1  claim adjustment services are?
2    A.   I'd only be guessing, so no, I do not.
3    Q.   You don't know what direct or reinsurance
4  assumed or reinsurance ceded means?
5    A.   I do not.
6    Q.   Okay. The second provision says,
7  "Commission and brokerage, direct excluding
8  contingent," and has vary categories. Do you know
9  what any of these mean?
10   A.   I do not.
11   Q.   Who would know this information about this
12 specific chart? Do you think Michael Campbell, Dave
13 Madigan, and John Frobose would know?
14   A.   I believe so, but I don't know the extent
15 of their knowledge.
16   Q.   Do you know what any of those terms mean?
17 There's a term here about reinsurance ceded. Do you
18 know what that means?
19   A.   I don't know what reinsurance ceded
20 excluding contingent means, no. I do not.
21   Q.   Do you know if your accounting system
22 keeps expenses in more detail than what we're looking
23 at on page 11?
24   A.   I don't know the specifics of our
25 accounting system.

116

1    Q.   And to any questions on this chart, you
2  would be guessing as to what they mean?
3    A.   I would be.
4    Q.   Are you responsible for managing a budget
5  for the activities that you're responsible for?
6         MR. WINSTON: Object to the form.
7         THE WITNESS: Yes.
8    Q.   (By Mr. Moskowitz) And what would that
9  be? For the operational process flow programs, or
10 what kind of budget do you set?
11   A.   My budget set around the account
12 management roles and responsibilities.
13   Q.   What does that mean. I didn't understand.
14   A.   The account management team is responsible
15 for sustaining the day-to-day relationship with the
16 client, handling large to small loan-level issues.
17 There's requirements to travel, produce, you know,
18 statistical data when needed, review audits, set
19 action plans.
20   Q.   Now, this is a budget that you set with
21 your accountant management team?
22   A.   For the accountant management team, yes.
23   Q.   Who is that?
24   A.   That's my department.
25   Q.   Who's in your department?

117

1    A.   There's a 18 of us -- or I'm sorry. 16 of
2  us.
3    Q.   Okay. So the budget of those 16 people in
4  terms of their responsibilities you set out, you have
5  a budget each year?
6    A.   That's correct.
7    Q.   What's the budget?
8    A.   I don't recall off the top of my head.
9    Q.   Roughly? I mean, is it --
10   A.   3 million.
11   Q.   And does this have to get approved by
12 somebody?
13   A.   Yes.
14   Q.   You propose it to who? Michael Campbell?
15   A.   Yes.
16   Q.   And has he approved it each year?
17   A.   Yes, with changes.
18   Q.   Last year did you meet your budget? Did
19 you go over your budget?
20   A.   I was under budge.
21   Q.   So $3 million, you say dealing day-to-day
22 relationship with the client. What does that mean?
23   A.   We monitor and engage with the client on a
24 day-to-day basis as needed for issues, concerns,
25 problems, whether they be loan related, whether they

UNEDITED TRANSCRIPT

NOT CERTIFIED

118

1  be IT related, whether they be personnel related.
2      Q.   But if you're just picking up the phone
3  and talking to someone at Wells Fargo or Chase, how is
4  that an expense?
5      A.   There's expense tied with that because
6  most of my staff, 85 or -- 85 percent of my staff is
7  remote and they work out of their home.  So I have
8  expense associated with sustaining their work
9  environment in their home.
10     Q.   Like computers, telephone?
11     A.   Computer, furniture, desk, paper,
12  supplies, Internet, cell phone, laptop.
13     Q.   None of the $3 million specifically
14  involved tracking loans for customers?
15     A.   No, it does the not.
16     Q.   Or sending out lender-placed letters?
17     A.   It does not.
18     Q.   What kind of audits do you review?
19     A.   Client audits, service -- lender/servicer
20  audits that are perform and internal audits that are
21  performed.
22     Q.   Is that specifically on the lender-placed
23  policies?
24     A.   No.  That's specific to lender-placed and
25  our outsourcing operation.

119

1      Q.   Okay.  When you set up procedures based on
2  a contract with a lender or servicer, do you have cost
3  constraints?  Can you spend unlimited amounts of money
4  to hire people, create tracking procedures?
5      A.   No, there are no constraints.
6      Q.   You can do whatever you want?
7      A.   Yeah, with the proper authority and
8  approval, yes.
9      Q.   Where is that budget?  That's what I'm
10  trying to understand.  Because the 3 million was --
11     A.   I'm not certain.  I don't know.  I don't
12  know where that would be.
13     Q.   Well, how do you know, say, for Wells
14  Fargo specifically, when you're managing the
15  contractual obligations, how do you know if you can
16  hire another 200 people for the call center or get a
17  new computer program to update a procedure?  How do
18  you know what you're allowed to do?
19     A.   That's, you know, based upon the
20  situation, that is assessed, and proper communication,
21  authority, and approval is sought and/or given or
22  denied through senior and executive management.
23     Q.   You don't have a budget?
24     A.   No, we do not.
25     Q.   So if you want to hire more people for the

120

1  call center, you just call Mike Campbell and say, I'd
2  like to hire 50 more people?
3      A.   I don't hire for the call center, no.  I
4  don't do any hiring for the outsourcing centers.
5      Q.   What do you do in terms of --
6      A.   I'm responsible for the account management
7  team and the sustaining of the relationship after the
8  contract is agreed to and the sale has been completed.
9      Q.   So if Wells Fargo or Chase complain about
10  something and something needs to be improved, do you
11  do that?
12     A.   We would work with the appropriate area
13  where the error is or the issue is to resolution.
14          (Plaintiff's Exhibit 7 was marked for
15          identification.)
16     Q.   (By Mr. Moskowitz)  Okay.  I'm showing you
17  Exhibit 7, which is a press release type of document
18  that's on the Assurant website.  If you turn to the
19  second page, there's a disclaimer about Assurant and
20  some contacts.
21          What we did is we blocked it and made it
22  into a Word document because for some reason we tried
23  printing it, and it didn't print, just so the record
24  is clear.  But it's identical to a document that
25  currently exists on the Assurant website in color.

121

1          Are you familiar with this press release
2  at all?
3      A.   I am not.
4      Q.   If you look at the back page, there's a
5  media contacts and investment relations people.  Have
6  you ever had any dealings with any of these people?
7      A.   Yes.
8      Q.   Who did you have dealings with?
9      A.   Shawn Kahle and Robert Byrd.
10     Q.   And what type of dealings do you have with
11  them?
12     A.   Issues related to media.
13     Q.   Give me -- they're not lawyers; right?
14     A.   I don't believe so.  I'm not certain.
15     Q.   So when was the last time you dealt with
16  Shawn?
17     A.   I don't recall the last time.  It's very
18  infrequent.
19     Q.   Give me one time.  What did you deal with?
20     A.   Both of these people I would interact when
21  there's a media event.  For instance, if a borrower
22  contacts someone and says they're going to the media
23  on an issue that we need to look into.
24     Q.   So if a homeowner is upset and they call
25  and they complain, Shawn or Robert may ask you if you

122

1  could help find out, like you did with Mr. Kunzelmann,
2  the background of really what happened with that
3  borrower?
4       A.   That's correct.
5       Q.   Do you ever have any dealings with the
6  investor relations people?
7       A.   I do not.
8       Q.   Does ASIC have any of their own media
9  contacts or investor relations people?
10      A.   I don't know.
11      Q.   You've never met any, have you?
12      A.   I don't know everyone that's in the media
13  relations department through all of our organizations
14  throughout the organization what entity they're tied
15  to, so I can't -- I don't know.
16      Q.   Okay.  Did you have any involvement in the
17  recent New York hearings on lender-placed insurance?
18      A.   I did not.
19      Q.   Were you asked to do any background work
20  or preparation for those hearings?
21      A.   I was not.
22      Q.   Have you ever reviewed any of the product
23  or documents that resulted from those hearings?
24      A.   Yes, I have.
25      Q.   What have you reviewed?

123

1       A.   I researched the testimony/loan of the
2  four individuals that testified -- three of the four.
3  Excuse me.
4       Q.   Is that before the hearings or after the
5  hearings?
6       A.   After.
7       Q.   Who told you to do that?
8       A.   John Frobose.
9       Q.   And why did he tell you to do that?
10      A.   He wanted to make sure that we had done
11  everything we needed to do on those loans.
12      Q.   And what did you do?  You pulled the
13  loans?
14      A.   I pulled the -- yes, the order of events,
15  researched what happened.
16      Q.   And then did you prepare a report or an
17  e-mail?
18      A.   I prepared information for John Frobose,
19  yes.
20      Q.   What did the -- was it like a five-page,
21  ten-page document that kind of gave a chronology
22  history?
23      A.   Yes.  They were chronologicals that were
24  developed for each of the three loans that we had
25  serviced.  There was also some matrix information

124

1  provided.
2       Q.   What was on the matrix?
3       A.   Different functionality and how different
4  servicers handled processes differently.
5       Q.   I'm sorry.  Different servicers, who are
6  the servicers?
7       A.   Those -- the three individual's loans that
8  I researched were three different mortgage
9  servicing -- tied to three different mortgage
10  servicing companies.  I cannot remember who the three
11  were.
12      Q.   Servicing companies meaning lenders or --
13      A.   Lenders/servicers.
14      Q.   Do you know if Chase was one of them?
15      A.   I don't believe so, no.
16      Q.   Bank of America?
17      A.   No.
18      Q.   You don't do work with them.  Wells Fargo?
19      A.   I don't recall.
20      Q.   Okay.  So you did a matrix showing how
21  those servicers do things differently?
22      A.   Uh-huh (affirmative).
23      Q.   Anything else?
24      A.   That is it.
25      Q.   Then did talk to John about your chart?

125

1       A.   No, we have not.
2       Q.   Has he asked any questions about it?
3       A.   No, he has not.
4       Q.   You said you haven't done anything else.
5  You haven't done any follow-up for your company
6  regards to anything that's requested by the New York
7  State Department of Financial Services?
8       A.   I have not.
9       Q.   So their proposed amended rates for
10  forced-placed insurance, and where they asked that
11  certain new documents be supplemented, you played no
12  role in that process?
13      A.   I may be asked for information.  It's
14  not -- I have no understanding of whether it's for the
15  New York issue or not.
16      Q.   You don't know now if you're working on
17  any submissions?
18      A.   Yeah, I don't know.
19      Q.   Do you ASIC is going to be resubmitting
20  data to New York as requested?
21      A.   I'm sorry.  Could you restate that?
22      Q.   Do you know if ASIC is going to be --
23  A-S-I-C.
24      A.   Okay.  Thank you.
25      Q.   How do you pronounce the acronym?

126

```
 1      A.  We just say A-S-I-C.
 2      Q.  Do you know if ASIC is going to be
 3  resubmitting documents to the New York authorities by
 4  the July 24th deadline that they had provided?
 5      A.  I don't know for certain, no.
 6      Q.  You don't know if the rates are going to
 7  be higher or lower?
 8      A.  I do not.
 9          (Plaintiff's Exhibit 8 was marked for
10  identification.)
11      Q.  (By Mr. Moskowitz)  I've shown you what
12  we've marked as Exhibit 8.  It's entitled Annual
13  Statement for the Year 2011 of the American Security
14  Insurance Company, Schedule F, Part 3.  It says,
15  "Ceded reinsurance as of December 31, current year."
16          Do you know which are the mortgage
17  servicers or affiliates that provide mortgage
18  servicing that are on this list?
19      MR. WINSTON:  Object to form.
20      MR. BURT:  Object to form.
21      THE WITNESS:  I do not.
22      Q.  (By Mr. Moskowitz) Are you familiar with
23  there chart at all?
24      A.  I am not.
25      Q.  Are you familiar with any reinsurers that
```

127

```
 1  work with American Security Insurance Company?
 2      A.  I know we have them, but not specific
 3  names or what our affiliation with them is.
 4      Q.  Who manages the reinsurance program?
 5      A.  Mark Schmidt.
 6      Q.  And where is Mr. Schmidt located?
 7      A.  Santa Ana, California.
 8      Q.  Is there an Assurant office in Santa Ana?
 9      A.  There is.
10      Q.  How large is that office?  50 people?  200
11  people?  Is it a small office?
12      A.  I really don't know.  It's smaller than
13  Atlanta.
14      Q.  And what's located in that office?  Is it
15  a whole like reinsurance group alone?
16      A.  Various departments, yes.
17      Q.  How large is the reinsurance group?
18      A.  I don't know.
19      Q.  You just know he's in charge of it?
20      A.  Yes.
21          And I'm going to have to take another
22  break.
23          (Deposition in recess, 11:22 a.m. to
24  11:25 a.m.)
25      Q.  (By Mr. Moskowitz)  Before the break we
```

128

```
 1  were talking about reinsurance, and you said that it
 2  was -- I'm sorry, Michael Schmidt?
 3      A.  Mark.
 4      Q.  -- Mark Schmidt that's in charge of
 5  reinsurance?
 6      A.  Yes.
 7      Q.  How does that differ from the captive
 8  reinsurance business, or does it for --
 9      A.  I don't know.
10      Q.  Do you know anything about the captive
11  reinsurance business?
12      A.  I do not.
13      Q.  So if I asked you about Pilates and Bank
14  One and HSBC, Alpine Indemnity, and ASIC's captive
15  reinsurance for them, you'd know nothing?
16      A.  I know some of those names, but not in the
17  capacity as captive reinsurance.
18      Q.  Do you know anything about any of the
19  captive reinsurance agreements?
20      A.  I do not.
21      Q.  So when you're in charge of contracts, you
22  have no involvement in terms of the contracts between
23  the reinsurers?
24      A.  That's correct.
25      Q.  You wouldn't know what the revenues are?
```

129

```
 1      A.  No, sir.
 2      Q.  All of that we should ask Mark Schmidt
 3  about?
 4      A.  Yes.
 5          (Plaintiff's Exhibit 9 was marked for
 6  identification.)
 7      Q.  (By Mr. Moskowitz)  I'll show you what's
 8  marked as Exhibit 9.  For the record, Exhibit 9 is the
 9  Fannie Mae Servicing Guide Announcement SVC-2012-04
10  that's dated March 14th, 2012.  It's a six-page
11  document.  Are you familiar with this document?
12      A.  Unfortunately, yes.
13      Q.  Okay.  Did you participate personally in
14  the meetings between Dave Franske and representatives
15  of Fannie Mae and Freddie Mac?
16      A.  I did not.
17      Q.  Do you know who did?
18      A.  I'm sorry.  We're talking Freddie Mac or
19  Fannie Mae?
20      Q.  Either.
21      A.  I did not.
22      Q.  Do you know from ASIC who were all the
23  people that had any role in those meeting?
24      A.  I do not.
25      Q.  What do you know about this announcement,
```

NOT CERTIFIED

---

130

1   when you said unfortunately?
2       A.   I know this announcement in the concept of
3   impact changes to the operation, both from a
4   servicer/lender perspective and an Assurant
5   perspective and the degree and complexity of those
6   changes to meet this requirement.
7       Q.   What are the changes that at least for
8   Assurant must meet in light of this bulletin?
9       A.   This would be a redesign of our
10  tracking -- complete redesign of our tracking system.
11      Q.   Why?
12      A.   This announcement effectively -- in
13  effect, changes and adds variables based upon
14  information that may currently not be transferred
15  between entities, meaning the lender and Assurant, at
16  this time.
17      Q.   Okay.  Besides changing in terms of
18  information which needs to be tracked, can you explain
19  the changes in terms of commissions for lender-placed
20  insurance costs and tracking fees?
21      A.   There would be no change to commissions
22  based upon this requirement.
23      Q.   There would be no change?
24      A.   There would not.
25      Q.   What does that mean?  On page four where

---

131

1   it says, Acceptable Lender-Placed Insurance Costs and
2   Insurance Tracking Fees, do you see that?
3       A.   I'm sorry?
4       Q.   Sure.  Page four, "Fannie Mae is
5   clarifying its requirement for reasonable
6   reimbursement expenses for lender-placed insurance.
7   Any servicer request for reimbursement of lender-based
8   insurance premiums must exclude any lender-placed
9   insurance commission earned on that policy by the
10  servicer or any related entity."  What does that mean?
11          MR. WINSTON:  Object to form.
12          THE WITNESS:  That's a segment of this
13      requirement that would be interpreted and
14      defined by the lender or the servicer, not
15      Assurant.
16      Q.   (By Mr. Moskowitz)  What does it mean?
17          MR. WINSTON:  Object to form.
18      Q.   (By Mr. Moskowitz)  I mean, you know now
19  ASIC cannot give the 11 percent and will not be giving
20  11 percent to Wells Fargo Insurance.
21      A.   I don't know what this means.  My
22  understanding of this servicing guide announcement,
23  it's under review by Fannie Mae for clarity, and there
24  will be forthcoming a revised, for the lack of a
25  better term, announcement from Fannie Mae.

---

132

1       Q.   Have you talked to Dave Franske about
2   this?
3       A.   No, I have not.
4       Q.   Do you know Dave Franske?
5       A.   I do.
6       Q.   First of all, you haven't read any
7   deposition transcripts that have been taken in this
8   litigation?
9       A.   I have not.
10      Q.   Have you read any transcripts from any
11  depositions taken in any lender-placed insurance
12  litigation?
13      A.   Just my own.
14      Q.   Are you aware now that Mr. Franske said
15  that Wells Fargo is no longer going to be having Wells
16  Fargo Insurance receive the 11 percent commission from
17  QBE and Assurant?
18      A.   Yes.
19      Q.   How did you hear that?
20      A.   I was advised that the commission was to
21  stop effective -- I believe it was April of this year.
22  So my team was responsible to make sure that the
23  applicable systems were updated and coded
24  appropriately to suspend that financial activity from
25  occurring.

---

133

1       Q.   Okay.  Getting to the nitty-gritty, how do
2   you do that?  How as of April did you stop charging
3   the 11 percent commission?  How did you do that in
4   your computer system?
5           MR. BURT:  Objection.
6           MR. WINSTON:  Object to form.
7           MR. BURT:  Charging?
8           MR. WINSTON:  I think you just misspoke.
9       Q.   (By Mr. Moskowitz)  You would pay an 11
10  percent commission to Wells Fargo Insurance.
11      A.   Yes.
12      Q.   So you said you had to go in technically
13  and make sure that the computer wasn't doing that
14  anymore for those policies?
15      A.   Very simplistically it would be just we
16  would go into the applicable system and set the codes
17  to zero or a negative number or whatever so that the
18  calculations and the remittances wouldn't occur.  I
19  don't know what specific fields and what specific
20  values would have to change.
21      Q.   Which system is this?
22      A.   It would be our commission system.
23      Q.   It's called commission system?
24      A.   That's what I refer to it.  I don't know
25  if it has a specific name to it in terms of the

UNEDITED TRANSCRIPT

**134**

1    company that supports the software.
2        Q.   Can you walk me through when in the
3    process was that 11 percent commission paid?  You
4    know, you have a three-letter cycle.  On the third
5    letter a binder is set with a policy for the
6    homeowner.
7        A.   Uh-huh (affirmative).
8        Q.   And then how much after that does Wells
9    Fargo pay for the policy?
10       A.   How far after that?
11       Q.   Yeah.  I mean, walk me through the policy.
12   There's three letters.  On the third letter, it says,
13   Mr. Kunzelmann, we've now purchased a policy for you.
14           MR. WINSTON:  Object to form.
15       Q.   (By Mr. Moskowitz)  Is it already
16   purchased before that letter goes out?
17           MR. WINSTON:  Object to form.
18           THE WITNESS:  Coverage is bound from the
19       date of the known exposure.  Request for payment
20       is not sent until after or until that third
21       notification is generated.  It's done
22       systematically.
23           The notice is sent to Wells or the request
24       for payment is sent to Wells.  Wells disburses,
25       sends the premium to Assurant.  We post it

**135**

1        within our systems.
2            And then we actually -- that's when the
3        actual paper, the whole fulfillment package, is
4        sent to the insured -- or to the borrower.
5        Excuse me.
6        Q.   (By Mr. Moskowitz)  The policy is already
7    covered under the master policy.  You don't go out and
8    buy an individual policy for each of the lender-placed
9    programs; right?
10           MR. WINSTON:  Object to form.
11           MR. BURT:  Objection as to form.  Which
12       state are you talking about because it's very
13       different in my state.
14       Q.   (By Mr. Moskowitz)  Florida.
15       A.   The master policy in Florida and we issue
16   certificates of insurance.  We do provide a -- when we
17   place the policy, we do provide a full fulfillment
18   package, so basically it's all the nuts and bolts and
19   the guts of and language around the policy and
20   coverages and --
21       Q.   So just technically walk me through when
22   the third notice goes out; right?
23       A.   Payment has been received and posted.
24       Q.   By Wells Fargo?
25       A.   Wells Fargo has disbursed.

**136**

1            MR. WINSTON:  Object to form.
2        Q.   (By Mr. Moskowitz)  That's why I'm just
3    trying to chronologically.  There's three letters that
4    go out.  But Mr. Kunzelmann got his third letter.  It
5    said, inclosed is your binder.
6            Say that's February 10th, hypothetically.
7    He receives that letter on February 10th.  Did Wells
8    Fargo already pay for that policy by February 10th?
9        A.   No.  The request for payment would have
10   gone out there shortly thereafter, probably the next
11   day.
12       Q.   After February 10th?
13       A.   Yes.
14       Q.   So after Mr. Kunzelmann receives the
15   letter saying here is your policy --
16           MR. WINSTON:  Object to form.
17           THE WITNESS:  The paper is not generated
18       until payment is received.  So first notice goes
19       out, second notice goes out, then the record is
20       ready to go to policy.  Billing transaction
21       request is made.
22       Q.   (By Mr. Moskowitz)  To Wells Fargo?
23       A.   To Wells Fargo.  Wells Fargo pays.  We
24   receive, we post, we send the third and final notice,
25   which includes a full fulfillment package of policy

**137**

1    information.
2        Q.   And then when does the 11 percent
3    commission get paid to Wells Fargo Insurance?
4        A.   Commission is normally paid on a monthly
5    cycle, so for -- this is July.  Commissions for July
6    would be paid around August 20th to 25th by
7    Assurant --
8        Q.   And --
9        A.   -- every month.
10       Q.   And if Assurant was going to stop the 11
11   percent commissions paid to Wells Fargo Insurance as
12   you did in April, what you have to do is you go into
13   the computer and you just enter a few zero codes and
14   that stops the process?
15       A.   Yes.  It stops commission from being paid.
16   That's correct.
17       Q.   And that would be for all the states
18   nationwide?
19       A.   Well, yes, as whatever the contractual
20   agreement is.  For Wells it was across the board.
21       Q.   So the 11 percent commission that was
22   stopped is for all policies?
23       A.   That's correct.
24       Q.   Flood, hazard?
25       A.   Yeah, I don't recall whether 11 percent

---

138

1  was the commission on flood.  All commission was
2  stopped for Wells.
3        Q.    To Wells Fargo Insurance?
4        A.    Uh-huh, that's correct.
5        Q.    Just for the record, to Wells Fargo
6  Insurance?
7        A.    That's correct.
8        Q.    Going back to the exhibit we're looking
9  at, it says, "Costs associated with insurance tracking
10  or administration."
11       A.    I'm sorry.  What page are you on?
12       Q.    Sure.  Page four.  Just to clarify, these
13  are going to be claims that are made for homeowners
14  where the loan now is owned by Fannie Mae?
15       A.    I'm not understanding your question.
16       Q.    Sure.  In terms of what the requirements
17  are now, Fannie Mae is saying, when there is a
18  reimbursable expense for lender-placed insurance, that
19  must mean that Fannie Mae is the guarantor or the
20  owner of that loan?  Do you understand that?  I
21  mean --
22       A.    Uh-huh (affirmative).
23       Q.    -- somebody is seeking money from Fannie
24  Mae.
25             MR. BURT:  I don't understand the

---

139

1        question.
2             THE WITNESS:  I'm not sure I -- yeah, I
3        don't --
4        Q.    (By Mr. Moskowitz)  These changes are now
5  going forward for loans that Fannie Mae owns or
6  guarantees.  However, the 11 percent is for all loans?
7        A.    Yes.  This requirement, the servicing
8  announcement requirement, is not enforceable at this
9  time.
10       Q.    But when it is enforceable, it's going to
11  be for Fannie Mae loans.  I just want to understand.
12       A.    Yeah.  I mean, you'd have to ask Fannie
13  Mae if that was that their intent here.  I can assume
14  it was, but they have no authority over any other
15  loans, so I would assume that, yes, this would be for
16  Fannie Mae loans only.
17       Q.    So why did Assurant make the decision to
18  longer pay the 11 percent to Wells Fargo Insurance for
19  all loans nationwide?
20       A.    Assurant didn't make that decision.
21       Q.    Who made the decision?
22       A.    Wells Fargo.
23       Q.    Did Wells Fargo tell you that you needed
24  to stop paying the commissions?
25       A.    Yes.

---

140

1        Q.    Do you know if they told QBE to stop
2  paying, and QBE said, no, we will not be stopping
3  them?
4             MR. WINSTON:  Object to form.
5             THE WITNESS:  I don't know.
6        Q.    (By Mr. Moskowitz)  Did Wells Fargo also
7  tell Assurant you are to no longer pay the 11 percent
8  commission and you are to reduce the lender-placed
9  policy by 11 percent?
10             MR. WINSTON:  Object to form.
11             THE WITNESS:  No.  I'm not -- no.
12        Q.    (By Mr. Moskowitz)  You're not aware that
13  Dave Franske testified that he told Assurant that you
14  can't make up the 11 percent in another area, but the
15  policy is going to be reduced by 11 percent?
16             MR. WINSTON:  Object to form.
17             MR. BURT:  Objection to form.  You can
18        answer if you know.
19             THE WITNESS:  I do not know.  I'm not
20        aware.
21        Q.    (By Mr. Moskowitz)  Have you at all
22  increased the price of the lender-placed policies in
23  any way besides stopping the 11 percent commission?
24             MR. WINSTON:  Object to form.
25             THE WITNESS:  No.

---

141

1        Q.    (By Mr. Moskowitz)  Do you have any plans
2  to increase the lender-placed policy premiums after
3  reducing the 11 percent commission?
4             MR. WINSTON:  Object to form.
5             THE WITNESS:  Not that I'm aware of in
6        this program.
7        Q.    (By Mr. Moskowitz)  What you said, the
8  changes that were made in April to stop it, that's
9  been in effect since April, no other changes have been
10        made?
11             MR. WINSTON:  Object to form.
12             THE WITNESS:  To commissions, no.
13        Q.    (By Mr. Moskowitz)  Is there any plans to
14  change that no commission rule?
15        A.    Not that I'm aware of.
16             MR. WINSTON:  Object to form.
17        Q.    (By Mr. Moskowitz)  And that's nationwide?
18        A.    Yes.
19        Q.    And that's for hazard and flood and all
20  types of lender-placed policies?
21        A.    Yes.
22        Q.    Are you aware of the Fannie Mae request
23  for proposal dated March 6th, 2012?
24        A.    Yes.
25        Q.    In terms of the 11 percent commission,

---

UNEDITED TRANSCRIPT

142

1   this is only paid at that one time maybe 30 days after
2   the policy is actually placed with the homeowner;
3   correct?
4          Going back to the chronology, the binder
5   is sent, you seek payment, you already sought payment
6   from Wells, you've been paid, you place the binder.
7   And then sometime in the next month when you do these
8   monthly commissions, the 11 percent is given?
9          MR. WINSTON:  Object to form.
10         MR. BURT:  Object to form.
11         THE WITNESS:  Correct.
12         MR. BURT:  If you understand.
13         THE WITNESS:  Yeah, I understand.
14   Correct.  It's a net number because the
15   calculation of commission, you know, if we've
16   paid it and then it subsequently cancels flat,
17   then the commission is reimbursed back.
18     Q.   (By Mr. Moskowitz)  And that's also
19   regardless of the status of the loan.  Once it's
20   placed, if the loan is in foreclosure, if the
21   insurance is placed on a loan, you know, regardless of
22   the status of that exact loan, once the lender-placed
23   policy is issued, the commission has stopped
24   regardless of what status the actual homeowner is in?
25         MR. WINSTON:  Object to form.

143

1     Q.   (By Mr. Moskowitz)  Do you understand
2   that?
3          MR. BURT:  If you understand.
4     Q.   (By Mr. Moskowitz)  If the homeowner is in
5   foreclosure, misses a payment, and a lender-placed
6   policy is issued --
7     A.   Yes.
8     Q.   -- that wasn't considered when the rule
9   happened in April that all commissions are going to
10   stop regardless of the status of the loan.  If the
11   insurance was missed and it was lapsed and it was
12   placed, the commission stopped, period, across the
13   board?
14         MR. WINSTON:  Object to form.
15         MR. BURT:  Object to form.  He's already
16   testified that it was Wells' decision that
17   Assurant did not have anything to do with it.
18         MR. MOSKOWITZ:  Oh, no, no.  Right, right.
19     Q.   (By Mr. Moskowitz)  But I'm telling you
20   Wells decision was regardless of anything about the
21   individual homeowner, the 11 percent has stopped?
22         MR. BURT:  If you know.
23         THE WITNESS:  I can tell you that
24   commissions stopped.  The agreement was reached
25   to cease commissions, and that was stopped.

144

1     Q.   (By Mr. Moskowitz)  On every loan?
2     A.   On all loans.
3     Q.   What about the other lenders that you work
4   with, Chase, Citi, HSBC, and Nationstar?  How have you
5   treated commissions for those lenders?
6          MR. WINSTON:  Object to form.
7          THE WITNESS:  We're abiding by our
8   contractual obligation if commissions is a
9   component of that agreement or not.
10     Q.   (By Mr. Moskowitz)  Okay.  My specific
11   question is:  Have any of these lenders told you to
12   stop paying commissions as a result of Fannie Mae
13   besides Wells Fargo?
14         MR. WINSTON:  Object to form.
15         MR. BURT:  Object to form.
16         THE WITNESS:  Yes.
17     Q.   (By Mr. Moskowitz)  Okay.  Which ones?
18     A.   Chase.
19     Q.   What did Chase say?
20     A.   I can tell you what Chase agreed to.
21     Q.   Okay.
22     A.   Stop commissions on their wind product,
23   lender-placed wind.
24     Q.   Who did the commissions go to?
25     A.   Chase.  I'm not sure the exact entity.

145

1     Q.   Do you remember what the commission was?
2     A.   No, I do not.
3     Q.   Do you know around?
4     A.   I do not.
5     Q.   And it was paid on every wind
6   lender-placed policy?
7     A.   Yes.
8     Q.   When was that change?
9     A.   I don't recall the exact date.
10     Q.   Okay.  Wells was in April.  Do you know if
11   it was before or after April?
12     A.   I don't recall.
13     Q.   Do you know if there are commissions paid
14   on hazard or flood for Chase?
15     A.   There are not.
16     Q.   Do you know why only wind policies have
17   commission?
18     A.   That was Chase's agreement with us.
19     Q.   Do you know about how much was paid in
20   commissions, not the number, but in terms of the total
21   amounts?
22     A.   I do not.
23     Q.   How about Citi, HSBC, or Nationstar?
24     A.   I don't recall for those three.
25     Q.   Do you recall anything about them?

146

1      A.   No, I don't.
2      Q.   Do you know any other lender that stopped
3  any commissions?
4      A.   No, I don't.
5      Q.   The second part we looked at, it said
6  tracking fees, that you're not to pay for tracking
7  fees. Do you know what that means? It says, "Costs
8  associated with insurance tracking or administration."
9      A.   Tracking fees is a very broad term that
10  needs to be defined by those that are making the
11  statement or asking the question.
12      Q.   Are you aware of ever seeking reimbursable
13  expenses to Fannie Mae for any costs associated with
14  insurance tracking or administration?
15      A.   Assurant doesn't have an agreement with
16  Fannie Mae.
17      Q.   How about to Wells?
18      A.   No, I'm not aware.
19      Q.   So to your knowledge, Assurant has never
20  sought reimbursement from Wells or any Wells
21  homeowners for costs associated with insurance
22  tracking or administration?
23          MR. WINSTON:  Object to form.
24          THE WITNESS:  We abide by our agreement,
25      so we charge the service fee and place the

147

1      policies and perform the outsourcing
2      functionalities. That's what we're
3      contractually obligated to do.
4      Q.   (By Mr. Moskowitz)  Is that a yes or no?
5      A.   So no, I'm not aware of any.
6      Q.   And you're not aware of any costs
7  associated with insurance tracking or administration
8  that's within any of the lender-placed policies, the
9  premiums?
10          MR. WINSTON:  Object to form.
11          MR. BURT:  Objection as to form,
12      completely different issue.
13          THE WITNESS:  I'm not aware.
14      Q.   (By Mr. Moskowitz)  Just so I'm clear
15  because your counsel objected. You're not aware of
16  any costs associated with insurance tracking or
17  administration that's included in any lender-placed
18  premiums?
19      A.   I'm not aware.
20          (Plaintiff's Exhibit 10 was marked for
21      identification.)
22      Q.   (By Mr. Moskowitz)  Okay. Going back to
23  Exhibit 10, you said you're familiar with it. Just
24  for the record, it's RFP Requirement and Response
25  Template, March 6, 2012, Fannie Mae Request for

148

1  Proposal, Lender Placed Insurance Tracking Voluntary
2  Insurance Lettering Program, March 6, 2012.
3          MR. BURT:  For the record, Counsel,
4      Assurant or ASIC is a party to a confidentiality
5      agreement with Fannie Mae about the response to
6      this RFP, and I will instruct the witness not to
7      answer any questions about the response to it.
8          However, of course, the proposal is
9      separate. It's a public document. But there
10      are confidentiality provisions, and Fannie has
11      refused or declined to provide exceptions to our
12      response for any regulator or any private party.
13          MR. MOSKOWITZ:  Okay. I definitely
14      respect that. We certainly have a lot of
15      questions in terms of what ASIC responded to
16      regarding all of these requests.
17          I was planning on going through and asking
18      the deponent --
19          MR. BURT:  Just to let you know, we're not
20      going to be able to answer any questions about
21      that because we're subject to a very strict
22      confidentiality agreement with Fannie Mae.
23          MR. MOSKOWITZ:  And even if we make the
24      obvious agreement that we have a confidentiality
25      agreement, Fannie Mae is precluding you.

149

1          MR. BURT:  They've refused to allow even
2      other regulators who've asked for the response
3      to have them, so the answer is no.
4          MR. MOSKOWITZ:  We'll have to take that up
5      with them.
6          MR. BURT:  You would have to take that up
7      with Fannie Mae.
8          MR. MOSKOWITZ:  Let ask you this. There
9      are responses and materials that have been
10      provided as a --
11          MR. BURT:  Yes.
12          MR. MOSKOWITZ:  -- as a result of this
13      request.
14          MR. BURT:  Yes.
15          MR. MOSKOWITZ:  And information has been
16      provided.
17          MR. BURT:  Yes.
18          MR. MOSKOWITZ:  But the details of that
19      information, you can't discuss it.
20          MR. BURT:  Exactly.
21          (Whereupon off-the-record discussions
22      ensued.)
23          (Plaintiff's Exhibit 11 was marked for
24      identification.)
25      Q.   (By Mr. Moskowitz)  Okay. For the record,

---

150

1    I'll just state they're just three of the former
2    amendments to various agreements between ASIC,
3    Standard Guaranty.
4         The first one was the oldest one with
5    Norwest. It's dated 1995 -- 1996. The second one --
6    well, they're marked on the bottom. The first one is
7    Wells Fargo 2092; the second, Wells Fargo 2098; the
8    third, Wells Fargo 2100 and 2101.
9         The first one is the original agreement in
10   1996. The second one is an agreement from 1995. And
11   the final one is an agreement in 2005 between American
12   Security Insurance Company, Standard Guaranty, and
13   Wells Fargo Insurance. I won't have many questions on
14   these.
15        Are you familiar with these documents?
16   A.   Yes.
17   Q.   My question, are you familiar that the
18   process by which the commission structure is set up
19   between Assurant, Wells Fargo Bank, and Wells Fargo
20   Insurance is based on the original structure that was
21   set up with Norwest Insurance and Norwest Bank and
22   ASIC and Standard Guaranty?
23        MR. WINSTON: Object to form.
24   Q.   (By Mr. Moskowitz) If you look at the
25   front page, this was the first agreement. And we've

---

151

1    gone at length with Mr. Franske about this, so I'm not
2    going to spend a lot of time. But he basically said
3    the way it's structured now is based on the prior
4    structure with Norwest. And I didn't know if you had
5    personal dealings with Norwest.
6         MR. WINSTON: Object to form.
7         THE WITNESS: I did at the time when I
8    came into the organization of American Security
9    Group, who I was hired by at the time, which is
10   now Assurant. So I had dealings with Norwest.
11   Q.   (By Mr. Moskowitz) And was the setup the
12   way it is where ASIC monitors the loans of a bank,
13   which now it's Wells Fargo Bank, prior it was the case
14   of Norwest Bank, and there was an insurance company,
15   Norwest Insurance, that would receive commissions back
16   from ASIC?
17        Are you aware that that formula was
18   existing back there for Norwest that's similar to the
19   Wells Fargo formula today?
20        MR. WINSTON: Object to form.
21        THE WITNESS: I believe the same entities,
22   though they may be under a different name, the
23   structure is consistently the same.
24   Q.   (By Mr. Moskowitz) My only question is:
25   That structure of having a bank and an insurer and

---

152

1    then ASIC monitor the loans from 1995, that basically
2    hasn't changed up to today?
3         MR. WINSTON: Object to form.
4         THE WITNESS: In terms of structure, no.
5    Q.   (By Mr. Moskowitz) Is there a reason why
6    in the middle paragraph on the front page, 2029,
7    there's set minimum monthly commission? I'm just
8    trying to figure out what that means.
9         So in 1995, it said 10 percent of the
10   commissions or a minimum monthly commission of 65,000.
11   What did that mean?
12   A.   I interpret that as there's just a cap on
13   the amount of commissions paid for the given time
14   period.
15   Q.   But it's not a cap. It's a minimum. So
16   they're going to get paid a guarantee --
17   A.   I'm sorry. I read that as maximum. It is
18   a minimum.
19   Q.   So from the beginning they would get paid
20   $65,000 a month or 10 percent of all premiums placed?
21   A.   That's correct.
22   Q.   Do you know why there's minimum monthly
23   commission?
24   A.   I do not.
25   Q.   And that minimum monthly commission has no

---

153

1    relation to how many policies are actually issued?
2         MR. WINSTON: Object to form.
3         THE WITNESS: It does not.
4    Q.   (By Mr. Moskowitz) Do you know -- if we
5    go to the second page, 2098, that minimum of 65,000 a
6    month went up to a minimum of 450,000 a month. Do you
7    know why it went up so significant?
8    A.   I do not.
9    Q.   Do you have any role in setting these
10   minimums?
11   A.   I do not.
12   Q.   Do you have any role in making the
13   payments to Wells Fargo Insurance?
14   A.   Other than insuring that the applicable
15   departments are aware of the contractual agreement and
16   any subsequent changes that occur relative to
17   commissions, that that's understood and then
18   programmed accordingly in our system so that we abide
19   by the contractual agreement.
20   Q.   Do you know if the minimum has ever been
21   paid or if it's always been above the minimum?
22   A.   I do not know.
23   Q.   Then the third document, which is 2100,
24   2101, it's dated 2005. But now it gets the minimum up
25   to $2 million. Do you see that on the second page?

154

1      A.   On the second page?  Thank you.
2          MR. WINSTON:  Object to form.
3      Q.   (By Mr. Moskowitz)  Do you know if this is
4  just a different type of agreement?
5          MR. WINSTON:  Object to form.
6          MR. MOSKOWITZ:  Is it a different
7      agreement?
8          MR. WINSTON:  This one is about equipment
9      leasing.
10          MR. MOSKOWITZ:  So it has nothing to do
11      with the hazard.
12      Q.   (By Mr. Moskowitz)  Do you know if
13  currently the hazard minimum is still 450,000 a month?
14          I was trying to track other amendments.  I
15  couldn't find them.
16      A.   I don't recall.  I'd have to review the
17  agency agreements in totality.
18          MR. MOSKOWITZ:  Okay.  Why don't we take a
19      15 minute break.
20          (Deposition in recess, 11:55 a.m. to
21      12:28 p.m.)
22      Q.   (By Mr. Moskowitz)  Mr. Wilson, we looked
23  at a few documents before we broke about monthly
24  minimum commissions.  Do you know if those still
25  exist?

155

1      A.   I do not.
2      Q.   Does American Security Insurance Company
3  place any insurance for anyone besides Assurant?
4          MR. WINSTON:  Object to form.
5          MR. BURT:  Object to form.
6          THE WITNESS:  I don't understand that
7      question at all.
8      Q.   (By Mr. Moskowitz)  American Security
9  Insurance Company is a subsidiary of Assurant.
10      A.   Yes.
11      Q.   So they don't -- they're the exclusive
12  force-placed, lender-placed insurance providers with
13  Standard Guaranty and Voyager for Assurant?
14          MR. WINSTON:  Object to form.
15          MR. BURT:  Objection to form.
16          THE WITNESS:  They are the insurance
17      carriers that we write lender-placed policies
18      on.
19      Q.   (By Mr. Moskowitz)  Okay.  Simple
20  question.  Is there anything in terms of the cycle of
21  letters that go out for Wells Fargo specifically and
22  Assurant that varies between hazard and flood?
23      A.   Yes.
24      Q.   What are the differences?
25      A.   Timing.

156

1      Q.   How does the timing differ?
2      A.   Flood requirement timing is defined by
3  Federal law and interpretation of that regulation
4  where the hazard lender-placed letter cycle is not.
5      Q.   So the timing of the three letters is
6  different?
7      A.   Yes.
8      Q.   What else is different between hazard and
9  flood?  Anything else?
10          MR. WINSTON:  Object to form.
11          THE WITNESS:  Covered perils are
12      different.
13      Q.   (By Mr. Moskowitz)  What are the
14  differences?
15      A.   Lender-placed flood covers the peril of
16  flood.  Hazard covers the perils as listed in our
17  policy, fire, wind, hail, et cetera.
18      Q.   Okay.  So we have the timing of the three
19  letters and the actual property that's covered in
20  terms of what happened.  Anything else in terms of the
21  lender-placed policies and the procedures?
22          MR. WINSTON:  Object to form.
23          THE WITNESS:  Lender-placed flood is only
24      issued or placed on properties that are in a
25      known special flood hazard area.  On the hazard

157

1      side, all loans are required to have hazard
2      insurance, unless it's a loan for land only.
3      Q.   (By Mr. Moskowitz)  Okay.  Anything else?
4      A.   The language in the cover letters
5  obviously vary and it's applicable to the product with
6  which it's trying to communicate to the borrower what
7  they're lacking, hazard versus flood.
8      Q.   Okay.  Anything else?
9      A.   Processing on the outsourcing side of the
10  house is different.
11      Q.   How?
12      A.   On the flood side, you don't necessarily
13  get a cancellation of flood from outside carriers
14  where on the hazard side you do.  So different and/or
15  additional process flows may occur to try to obtain
16  the flood insurance that may not occur on the hazard
17  side.
18      Q.   Anything else?
19      A.   I mean, there are many, many, many other
20  differences on the outsourcing side that would -- you
21  know, to go through all of them would have to be a
22  review of procedure manuals for each client to explain
23  to you the differences.
24      Q.   How about the basic assumption that you
25  track the loans to make sure that there's proper

158

1   coverage, whether it's hazard or flood, and if you
2   notice that there's not adequate protection, you
3   lender-place the policy for flood or for hazard?
4       A.   Yes.  But on the flood side we also look
5   for deficiency in coverage where we don't on the
6   hazard side.  We just look for, on the hazard side,
7   whether it's an acceptable carrier as defined by
8   Wells' procedures.
9       Q.   So if it's a deficiency of coverage and
10  whether there's coverage at all?
11      A.   Correct.
12      Q.   The policies that are lender placed are
13  always underwritten by you for either flood or for
14  hazard?
15          MR. WINSTON:  Object to form.
16          THE WITNESS:  It's either -- it's
17      underwritten by ASIC or SGIC as per the filing
18      for that product in that state.
19      Q.   (By Mr. Moskowitz)  For both flood and
20  hazard?
21      A.   Correct.
22      Q.   Do you have a separate department that
23  deals with the flood cycle of letters versus the
24  hazard cycle of letters?
25      A.   No.  The lender-placed tracking or the

159

1   lender-placed insurance department is separate from
2   the outsourcing servicing department.
3       Q.   My question was then for hazard and for
4   flood --
5       A.   No.
6       Q.   Just so --
7       A.   There is no separate -- there's no
8   separation or segregation.
9       Q.   There's no separation or segregation for
10  hazard and flood policies?
11          MR. WINSTON:  Object to form.
12          THE WITNESS:  For the departments.  The
13      same department manages the lender-placed hazard
14      and lender-placed flood program.
15          (Whereupon off-the-record discussions
16      ensued.)
17      Q.   (By Mr. Moskowitz)  Mr. Wilson, what are
18  the applicable departments at your company that were
19  involved in paying the Wells Fargo insurance
20  commissions?  Who actually was in charge of sending
21  that money over?
22      A.   No one within Assurant.
23      Q.   At ASIC, Standard Guaranty who would send
24  that over?
25      A.   No one at ASIC or SGIC would be

160

1   responsible for paying a premium.
2       Q.   Commission.
3       A.   The commission, I don't recall the name of
4   the lady that handles that or in the department.
5       Q.   You don't know?
6       A.   I can't recall her name, no.
7       Q.   Do you know what department she works in?
8       A.   She's in Miami.  I'm not sure the name of
9   the department.  I refer to it as the commission area.
10      Q.   The commission area?
11      A.   Uh-huh (affirmative), commission
12  department.
13      Q.   And the commission department is located
14  in Miami?
15      A.   Yes.
16      Q.   What other commissions do they deal with
17  besides Wells Fargo Insurance?  Any?
18      A.   They would handle --
19          MR. WINSTON:  Object to form on that.
20          THE WITNESS:  They would handle any
21      commissions deemed applicable for products that
22      are written through those systems.
23      Q.   (By Mr. Moskowitz)  What systems?
24      A.   Their systems.
25      Q.   Who's their systems is what I'm trying to

161

1   figure out.
2       A.   The company's systems, the commission
3   system.
4           MR. BURT:  Your question was limited to
5       LPI; right?
6           MR. MOSKOWITZ:  Yeah.
7       Q.   (By Mr. Moskowitz)  So any product besides
8   LPI that has a commission aspect goes through this
9   Miami office, or is it only for lender-placed
10  policies?
11      A.   I don't know.
12      Q.   So any lender-placed product that has a
13  commission component gets paid through this Miami
14  office?
15      A.   For information changes it's the Miami
16  group that we deal with for the lender-placed products
17  for commissions.  That's the only group we deal with.
18      Q.   Who runs the commission group?
19      A.   I don't know.
20      Q.   Do you know anybody in the commission
21  group?
22      A.   I cannot remember her name, no.  I'm
23  sorry.
24      Q.   Do they work with Angela Burgess?
25      A.   No, they do not.

NOT CERTIFIED

162

1     Q.   She just physically is in that office but
2  in another department?
3     A.   Yes.  She's in the Miami office but in a
4  different area, different department.
5     Q.   But it's the same physical building?
6     A.   Yes.
7          MR. BURT:  It's a whole building full of
8  people.
9          MR. MOSKOWITZ:  This is great.  We don't
10  have to travel.
11     Q.   (By Mr. Moskowitz)  So they would know the
12  most knowledge about the Wells Fargo insurance
13  commissions that were paid over the last five years?
14     A.   I don't know if they would be the most
15  knowledgeable.  They have knowledge of, but I don't
16  know if they would be the most.
17     Q.   You said that you're aware that in April
18  some changes were made to the computer, whether it's a
19  code or something, to stop the commissions being paid?
20     A.   Uh-huh (affirmative).
21     Q.   And you know that because you're in charge
22  of enforcing the contractual provisions?
23     A.   Uh-huh (affirmative).
24     Q.   If you wanted to go back and see which
25  loans or premiums had been charged the 11 percent, how

163

1  would you do that?
2     A.   Through that group.  There should be a
3  report that would be able to be produced.
4     Q.   And this is the group in Miami called the
5  commission group?
6     A.   Yes.
7     Q.   So if you asked them, give me in the last
8  five years a report that shows all of the policies
9  that we paid 11 percent commission on, you think they
10  could generate it?
11          MR. BURT:  If you know.  I mean --
12          THE WITNESS:  Yeah, I mean, it would be --
13  it would be dependent upon the data elements
14  that you're requesting and whether they reside
15  within that system or not.
16     Q.   (By Mr. Moskowitz)  Data elements are for
17  all lender-placed policies that we paid the 11 percent
18  commission back to Wells Fargo Insurance, can you tell
19  me those?
20     A.   I can tell you what I would think.  I
21  don't know that that's what you would wanting.
22     Q.   I want to know what you would think.
23     A.   There would be information that I could
24  get off of that system that would tell me commissions
25  paid.

164

1     Q.   That you could?  That's what I'm saying.
2     A.   No.  I would request information from that
3  system.  I don't have access to that system.  I can't
4  change or touch that system or the data within.
5     Q.   And you believe there's information in
6  that system that would tell which premiums were paid
7  the 11 percent?
8     A.   I believe so.
9          MR. WINSTON:  Object to the form.
10          MR. BURT:  Yeah, form.
11          MR. MOSKOWITZ:  Did you get that down,
12  because there was an objection over it?
13     Q.   (By Mr. Moskowitz)  You said, yes, there
14  was?
15     A.   Yes, I believe so.
16          (Plaintiff's Exhibit 12 was marked for
17  identification.)
18     Q.   (By Mr. Moskowitz)  Exhibit 12 is an
19  affidavit from the case Gordon and Arango versus
20  Chase, JP Morgan Chase.  It's dated April 12th, 2012.
21  Do you know who Rebecca Voyles is?
22     A.   I do.
23     Q.   Who is she?
24     A.   She works in our filing area.
25     Q.   What is the filing area?

165

1     A.   She works with our product filings with
2  the states.
3     Q.   Okay.  Do you have any involvement or have
4  you in the Gordon and Arango verse Chase Home Finance
5  case?
6     A.   I'm sorry.  Could you repeat your
7  question?
8     Q.   Have you had any involvement at all doing
9  any work or research in the case that we've marked
10  Exhibit 12 about?
11     A.   I don't recall.
12     Q.   Okay.  Exhibit 12 is a four-page affidavit
13  that was entered by Ms. Voyles in that case.  I would
14  just ask you to go to page three where it talks about
15  ASIC's premium rates.  It says, "ASIC charges the
16  identical filed and approved premium rates to all
17  insureds for flood coverage placed with the policy
18  forms used for the policy for properties which fall in
19  the All Other Zones."
20          Do you know what that means?
21     A.   I do not.
22     Q.   Are the rates that are charged to all
23  insureds within a flood coverage zone the same?  They
24  don't vary by individual?
25     A.   The lender-placed flood rates in our filed

UNEDITED TRANSCRIPT

NOT CERTIFIED

166

1  and approved flood program vary by zone of where the
2  property is located.
3      Q.  And then the people within those specific
4  zones, they're charged the same rates?
5      A.  Who are the people?
6      Q.  The homeowners.
7          MR. BURT:  I'm sure -- just if I could
8      help you, Counsel.  He means like Zone A, okay,
9      and then there's Zone A sub, and then there's
10     all other zones, so there are categories.
11         THE WITNESS:  There's an A rate.  There's
12     a B Zone rate, and then if it's not one of those
13     two, they're not in a flood zone, so there is no
14     rate.  There is no lender placement.
15         MR. BURT:  I'll let you testify.
16     Q.  (By Mr. Moskowitz)  Okay.  Ten says, "The
17  same filed and approved premium rate is charged to all
18  insureds for flood coverage placed with the policy
19  forms used for the policy regardless of any
20  commissions that may be paid by ASIC to producers who
21  may originate such a policy."
22         Do you know what that means?
23     A.  Yes.  The lender-placed rates that are
24  filed and approved are charged to all for flood based
25  upon the zone.

167

1      Q.  What does it mean regardless of any
2  commissions?
3      A.  Commissions would not have an impact to
4  the rate that's charged.
5      Q.  Are the commissions included in the rates
6  that are filed with the State?
7      A.  I do not know.
8      Q.  You have no knowledge about that?
9      A.  I do not know.
10     Q.  Do you know what the contracts say because
11  you're in charge of interpreting the contracts?
12         MR. WINSTON:  Object to form.
13         THE WITNESS:  Yes.
14     Q.  (By Mr. Moskowitz)  What do the contracts
15  say?
16     A.  The contracts will state a commission to
17  be paid if agreed upon.
18     Q.  Does it say whether the commissions are
19  going to be included in the actual rate that's filed?
20     A.  They do not.
21     Q.  They don't mention that subject?
22     A.  They don't state -- the contracts don't
23  state that.
24     Q.  And you don't have any knowledge whether
25  they do or they don't?

168

1      A.  They do not.
2          (Plaintiff's Exhibit 13 was marked for
3      identification.)
4      Q.  (By Mr. Moskowitz)  I'll show you what we
5  marked as Exhibit 13.  Exhibit 13 is a two-page
6  affidavit in the case, again, Gordon and Arango versus
7  Chase Home Finance, case number 11-2001 in the Middle
8  District of Florida.  This is a declaration of Dan
9  Wheeler.  You had said before you know who Dan Wheeler
10  is?
11     A.  I do.
12     Q.  And who is he?
13     A.  He is a Chase representative that we deal
14  with.
15     Q.  Do you personally deal with him?
16     A.  From time to time.
17     Q.  This is an affidavit dated April 17th,
18  2012.  And the second paragraph says, "American
19  Security Insurance Company or an affiliate pays CIA
20  commissions on premiums for some lender-placed flood
21  insurance policies that ASIC issues to borrowers whose
22  loans are serviced by JPMorgan Chase Bank."
23         Is that an accurate statement?
24     A.  You would have to ask him that.
25     Q.  You had said before you remember at some

169

1  time CIA was paid commissions.
2      A.  Yes.  And I also stated I didn't know when
3  that stopped.  So based upon the timing of this
4  statement, I cannot testify to whether that was true
5  or not true.
6      Q.  Okay.  Do you know anything about the
7  relationship between Chase Insurance Agency and Chase
8  Home Finance or JPMorgan Chase Bank?
9      A.  I do not.
10     Q.  Do you know if it's similar to the
11  relationship between Wells Fargo Bank and Wells Fargo
12  Insurance?
13         MR. WINSTON:  Object to form.
14         THE WITNESS:  I have never done a
15     comparison.
16     Q.  (By Mr. Moskowitz)  If we look at the next
17  page, paragraph three, "Only CIA receives a commission
18  on premiums for lender-placed flood insurance policies
19  issued by ASIC on loans serviced by JPMCB and not any
20  other affiliate of JPMCB."
21         Do you have any personal knowledge about
22  that?
23     A.  No.
24     Q.  You don't deal with these types of
25  commissions for JPMorgan Chase?

UNEDITED TRANSCRIPT

170

1      A.   I only would deal with the commission
2   component as it relates to the portfolio with which
3   we're writing lender-placed insurance on and
4   contractually obligated to pay a commission.
5      Q.   But in the case of JPMorgan Chase & Co.
6   for what you just stated, you just don't know sitting
7   here today what it says?
8      A.   That's correct.  Yeah, I don't know all --
9   I'm not familiar with any other affiliates of JPMorgan
10  Chase Bank.  I don't know who all those are, so I
11  cannot say one way or another to that statement.
12     Q.   Paragraph four also says, "CIA provides
13  services that as an insurance agency across multiple
14  JPMorgan Chase & Co. lines of business."
15          You don't have any knowledge about that
16  statement?
17     A.   I do not.
18     Q.   Five, "In connection with force-placed
19  flood insurance, CIA's employees and officers devote
20  time and effort to activities in support of CIA and
21  other JPMorgan Chase & Co. entities such as the
22  management of relationship with outside vendors,
23  negotiation of insurance contracts, market analysis of
24  premium rates, identification of coverage needs, and
25  other strategic planning and forecasting."

171

1          Do you have any knowledge about
2   specifically what they do?
3      A.   No --
4      Q.   Do you know if it's --
5      A.   -- I do not.
6      Q.   Do you know if it's similar or different
7   from what Wells Fargo Insurance does?
8      A.   I do not.
9      Q.   When you talked earlier about a notice
10  goes from Assurant to Wells Fargo for payment of the
11  lender-placed policy, does money actually get sent
12  from Wells Fargo to Assurant?
13          MR. WINSTON:  Object to form.
14     Q.   (By Mr. Moskowitz)  Do you know the
15  question?  I mean, is it sort of a credit?  Is it some
16  wire transfer?  How does Wells Fargo actually pay for
17  the lender-placed premiums?
18     A.   They wire funds to us.
19     Q.   Is that done on a monthly basis?
20     A.   It's done on a scheduled cycle basis.
21     Q.   What's the cycle?
22     A.   I believe it's weekly.
23     Q.   As part of your contract with Wells Fargo
24  Home Mortgage are there any violations of law or
25  regulations regarding FPNI, lender-placed insurance?

172

1          MR. WINSTON:  Object to form.
2          MR. BURT:  Objection.  Any violations?
3      Q.   (By Mr. Moskowitz)  I'm sorry.  If there
4   are any violations of law regulations, who's
5   responsible for any expenses, including the fines or
6   penalties, resulting from these violations?  Is it
7   Wells Fargo Home Mortgage or Assurant?
8          MR. WINSTON:  Object to form.
9      Q.   (By Mr. Moskowitz)  Does that contract
10  talk to that?
11     A.   I don't believe the contract does, no.
12     Q.   Do you know if there's any agreement on
13  that?
14     A.   Not that I'm aware of.
15     Q.   If there's no flood coverage at all, does
16  ASIC or SGIC write lender-placed flood from dollar one
17  of the coverage?
18          MR. WINSTON:  Object to form.
19          THE WITNESS:  I'm not sure I understand
20      dollar one of the coverage.
21     Q.   (By Mr. Moskowitz)  How much of the
22  coverage do you provide if there's none?
23          MR. WINSTON:  Object to the form.
24     Q.   (By Mr. Moskowitz)  How do you determine
25  how much coverage to put on there?

173

1      A.   We're going to use the last known flood
2   coverage amount for properties that are in a known
3   flood hazard area.
4      Q.   Does ASIC or SGIC write a national flood
5   insurance program policy?
6      A.   We do not.
7          MR. WINSTON:  Object to form.
8      Q.   (By Mr. Moskowitz)  Have you ever?
9      A.   We have not.
10         (Plaintiff's Exhibit 14 was marked for
11     identification.)
12     Q.   (By Mr. Moskowitz)  Can you tell us what
13  we're looking at, Mr. Wilson, with Exhibit 14?  The
14  cover letter is dated November 9th, 2009.  It's from
15  John Frobose, president of ASIC, to Kevin McCarty, the
16  commissioner for the Florida Department of Financial
17  Services, and it attaches an actuarial memorandum.
18  What is that?
19     A.   I can only say that it's an actuarial
20  memorandum.  I have no other knowledge of this.
21     Q.   Are you involved in any way with these
22  actuarial memorandums?
23     A.   I am not.
24     Q.   Do you know if Angela Burgess is involved
25  with this preparation?

---

174

1      A.   I believe so.
2      Q.   Okay.  Let's turn to page four.  I don't
3  think there's a number, but the top says Florida
4  Expense Supplement For Independent Rate Filings,
5  company name American Security Insurance Company.
6      A.   Yes.
7      Q.   Okay.  The second line says, "Development
8  of expected loss ratio," and part A is "Commission and
9  brokerage."  What does it mean 15 percent?
10     A.   I have no idea.
11     Q.   Do you know how 15 percent is calculated?
12     A.   I do not.
13     Q.   Do you know if it's calculated every year?
14     A.   I do not.
15     Q.   Do you know if it's the same in every
16  state?
17     A.   I do not.
18     Q.   Do you know who calculates it?
19     A.   I do not.
20     Q.   Do you know if Angela Burgess calculated
21  the 15 percent?
22     A.   I do not.
23     Q.   C says, "General expense, 18.4 percent."
24  Do you know what that includes?
25     A.   I do not.

---

175

1      Q.   You never had any discussions with
2  anybody?
3      A.   No, I haven't.
4      Q.   Then F is, "Other expenses, 24.6 percent."
5  Do you know what those are?
6      A.   I do not.
7      Q.   Do you know why the 15 percent may have
8  increased from prior years?
9      A.   No, I do not.
10          MR. WINSTON:  Object to form.
11     Q.   (By Mr. Moskowitz)  You didn't in any way
12  help prepare answers that the Florida office had in
13  terms of questions which are attached to this form?
14     A.   Not knowingly to this memorandum.
15     Q.   Okay.  If you go near the back, about 15
16  pages in, there's a letter that's on Assurant
17  letterhead dated December 30th, 2009.  Right about
18  that far in the packet by the back.  It's about a half
19  an inch.
20          MR. BURT:  What date again?
21          MR. MOSKOWITZ:  December 30th, 2009.
22          MR. WINSTON:  To Ms. Peggy Cheng?
23          MR. MOSKOWITZ:  Yes.
24     Q.   (By Mr. Moskowitz)  The letter is dated
25  December 30th, 2009, to Ms. Peggy Cheng, actuary in

---

176

1  Tallahassee, Florida.  And it's signed six pages later
2  from Becky Voyles at American Security Insurance
3  Company.
4          Did you have any role at all in responding
5  to these questions that were posed to Assurant?
6      A.   I did not.
7      Q.   If you look at question ten, it says,
8  "Company agent commission of 15 percent is higher than
9  all historic data of last five years, so where in the
10  filing is support that the selected commission rate is
11  reasonable expense for services provided per section
12  627.062?"
13          Do you have any knowledge in terms of this
14  answer that's provided here?
15     A.   I do not.
16     Q.   And question 11, "Where in the filing is
17  the support that the general expense of 18.4 percent
18  is reasonable expense," you again have no knowledge as
19  to this response?
20     A.   No, I do not.
21     Q.   And no one came and asked you any
22  questions to prepare this response?
23     A.   No, they didn't.
24          (Plaintiff's Exhibit 15 was marked for
25     identification.)

---

177

1      Q.   (By Mr. Moskowitz)  Exhibit 15 is a
2  two-page document which lists various insurance
3  companies, their address, the list of jurisdictions
4  where they're authorized to do business.
5          Can you tell us what this list is?  This
6  is from the Assurant website.
7      A.   This would be a list of the insurance
8  carriers where we would write our suite of products
9  corporatewide through.
10     Q.   I'm sorry?
11     A.   This would be a list of the insurance
12  carriers that we would write the suite of products
13  through that we offer to lender/servicers,
14  contractual -- other contractual entities and
15  consumers.
16     Q.   Are each of these companies surplus line
17  insurers?
18     A.   I do not know.
19     Q.   Do you know if each one of them right
20  lender-placed policies?
21     A.   No, they do not, not all of them.
22     Q.   Which ones write lender-placed policies?
23     A.   I'm only aware of American Securities,
24  Standard Guaranty, and Voyager and American -- is
25  American Bankers on here?  Yeah, American Bankers.

178

1     Q.    So let's start the first one that has a
2  number 10111, American Bankers Insurance Company of
3  Florida, they do?
4     A.    I believe so, yes.
5     Q.    Which is the second one?
6     A.    American Security Insurance Company.
7     Q.    Okay.
8     A.    Standard Guaranty.
9     Q.    That's on the second page, second one?
10    A.    Yes.
11    Q.    Okay?
12    A.    Voyager Indemnity.
13    Q.    Is Voyager a subsidiary of Assurant?
14    A.    It's a carrier of Assurant's under our
15  umbrella.
16          MR. BURT:  Again, Counsel, if you just
17  look at Schedule Y.
18          MR. MOSKOWITZ:  Okay.
19    Q.    (By Mr. Moskowitz)  Do you have any
20  depositions scheduled that you plan to give in the
21  next couple months?
22    A.    No.
23    Q.    Okay.
24          MR. BURT:  Little do you know.
25

179

1          (Plaintiff's Exhibit 16 was marked for
2      identification.)
3     Q.    (By Mr. Moskowitz)  I'm showing you what
4  I've marked as Exhibit 16, which is marked by Assurant
5  ASR-KUNZ 2051, 2059, 2060, 2071, and 2072, and these
6  are excerpts from a much larger document that's 222
7  pages long.
8          Are you familiar with the Wells Fargo Home
9  Mortgage lender-placed procedure manual?
10    A.    I'm aware of the manual.  Familiar is
11  relative.
12    Q.    Do you know on the front it says, "Owner:
13  Steve Sawyer," do you know what that's in relation to,
14  or who that guy is?
15    A.    I believe that was the individual that
16  drafted this document at the time.
17    Q.    Is he an employee of your company or of
18  Wells Fargo?
19    A.    No, he would -- he would have been an
20  employee of Assurant, but I do not believe he's with
21  the organization any longer.
22          MR. MOSKOWITZ:  Why don't we take a
23  two-minute break.  We'll see if we have anything
24  else, and then we'll probably be done.
25          (Deposition in recess, 12:56 p.m. to

180

1  1:00 p.m.)
2     Q.    (By Mr. Moskowitz)  I want to go back and
3  ask you a few questions about the flood policies.  We
4  looked at the annual chart that was called Building on
5  Success, one of the first exhibits, and we had a bunch
6  of different charts we looked at.
7          The first part talked about
8  CompliancePLUS, and those were the flood lender-placed
9  policies.  We also looked at some charts on flood gap,
10  which you said was subsumed within the CompliancePLUS
11  but basically talked about what amount of coverage you
12  had and then what you needed, and then that gap would
13  be lender-placed; right?
14    A.    Correct.
15    Q.    So if you find that a homeowner doesn't
16  have any flood coverage, does ASIC write the full
17  amount of what's required?
18    A.    Yes.
19    Q.    And then basically your job, your
20  day-to-day job for the last -- I want to say -- from
21  2005 is to ensure that the contracts that you have
22  with your vendors are complied with?
23          MR. WINSTON:  Object to form.
24          THE WITNESS:  No.
25    Q.    (By Mr. Moskowitz)  The terms, the

181

1  contractual terms in the agreements with the vendors
2  specifically about lender-placed, that those terms are
3  met with?
4          MR. WINSTON:  Object to form.
5          THE WITNESS:  I don't deal with vendor
6      contracts.
7     Q.    (By Mr. Moskowitz)  Okay.  The contracts
8  with the lenders.
9     A.    Yes.
10    Q.    The contracts with the lenders, your job
11  is to make sure that they're carried out correctly?
12          MR. WINSTON:  Object to form.
13          THE WITNESS:  Yes, that we sustain our
14      contractual obligations throughout our
15      operation.
16    Q.    (By Mr. Moskowitz)  So that for each of
17  the lenders you're charging them the right amounts?
18          MR. WINSTON:  Object to form.
19          THE WITNESS:  Yes, correct.
20    Q.    (By Mr. Moskowitz)  Okay.  You make sure
21  that you charge Wells five cents per loan per month
22  and not ten cents?
23    A.    We ensure that we -- we charge them many
24  different things, but we make sure that as it's
25  defined in the contractual agreement, that the

182

1  applicable systems and processes and procedures are in
2  place to meet that obligation.
3       Q.   Okay.  Without telling me exactly for each
4  of the persons, for each of the lenders, can you just
5  give me the range of how much the tracking cost, at
6  least approximately, range from?
7            We know Wells Fargo, five cents per loan
8  per month.  Can you give me some of the range of the
9  other ones?
10           MR. WINSTON:  Object to form.
11           MR. BURT:  Objection as to form.  What do
12  you mean by tracking?  That's very vague term.
13      Q.   (By Mr. Moskowitz)  What is the range of
14  the pricing for the insurance?  I mean --
15           MR. WINSTON:  Object to form.
16      Q.   (By Mr. Moskowitz)  You get five cents per
17  loan per month from Wells Fargo.
18           MR. WINSTON:  Object to the form.
19      Q.   (By Mr. Moskowitz)  Do you know any of the
20  other amounts that you get under the other contracts
21  with the other lenders?
22      A.   Yes.
23      Q.   What are those?  What do they range from?
24      A.   They range from three cents per loan per
25  month upwards of 42 or 45 cents per loan per month.

183

1       Q.   Okay.  Who is at the 42 to 45 cents per
2  loan per month?
3       A.   I don't recall offhand.
4       Q.   Do you have any idea?
5       A.   No, I'm sorry, I don't.
6       Q.   Who is at the two cents or three cents per
7  loan per month?
8       A.   I don't know.
9       Q.   That would be easy to find if you just
10  look at the contract?
11      A.   I would have to review all the agreements,
12  yes.
13      Q.   So the price of tracking per loan per
14  month goes from three cents per loan to around 42
15  cents to 45 cents per loan per month?
16      A.   I believe so, yes.
17      Q.   How about the range of commissions?  We
18  know Wells Fargo Insurance was 11 percent.  Any idea
19  what they range from?
20      A.   No, I have no idea.
21      Q.   You'd have to look at the contracts?
22      A.   Yeah, I'd have to look at the contracts.
23      Q.   What about the range for the new loan
24  boarding, how much it varies?
25      A.   I would have to look at the agreements.

184

1       Q.   Any idea?
2       A.   No, I'm not sure, I don't.
3       Q.   In terms of the differences between the
4  three cents per loan per month and the 42 to 45 cents
5  per loan per month, do you know what you do
6  differently for those lenders?
7            MR. WINSTON:  Object to form.
8            THE WITNESS:  I can, you know, cite a
9  couple examples, but we do a lot of things
10  differently amongst all of our different clients
11  based upon their servicing system platform,
12  based upon the interfaces that they're able to
13  provide, based upon the geographical
14  distribution of their portfolio, based upon
15  their rate and the products -- the rate
16  structure and the products which they wish us to
17  provide to them to the process flows and
18  procedures that they want us to follow in the
19  outsourcing center based upon either investor,
20  loan product, state requirements, regulatory
21  requirements, Federal law.
22           There's a myriad of differences that occur
23  with the lenders in terms of the services that
24  we provide for outsourcing and lender placing.
25      Q.   (By Mr. Moskowitz)  If I tried to find out

185

1  which of the lenders pays you 42 to 45 cents per loan
2  per month, would I just need to look at the contract
3  for Chase, Citi, HSBC, and Nationstar?
4       A.   You would need to review the contracts
5  with our clients --
6       Q.   For just those --
7       A.   -- to validate that range.
8       Q.   Would it be just for those four lenders?
9       A.   I don't know.  I don't know.
10      Q.   It may be a different lender that's the 42
11  to 45?
12      A.   Yeah.
13      Q.   What would I ask for?  Just the contracts
14  with the lender?
15      A.   Yeah, you'd have to review our contracts.
16  They're -- the formats could be different, so I can't
17  specify for which client, which contract, and which
18  piece, and which segment you would have to ask for.
19      Q.   But one of them have a 42 to 45 cents per
20  loan per month?
21      A.   I believe so.
22      Q.   Is all flood excess and complete flood
23  coverage included in the CompliancePLUS, the second
24  one on the chart?
25      A.   I'm not sure I understand your question.

NOT CERTIFIED

186

1     Q.   Yeah.  We talked before -- I think you
2  said yes.  We talked before about the flood gap, and
3  then we talked recently about just full flood if you
4  have no flood.  Both of those components make up the
5  CompliancePLUS product that's on page 3474?
6          MR. WINSTON:  Of which exhibit?
7     Q.   (By Mr. Moskowitz) There's both.  There's
8  the gap, and then there's the full coverage.  That
9  makes up CompliancePLUS numbers, so the flood gap
10  numbers is just a component of the CompliancePLUS
11  product?
12     A.   Yes.
13          MR. MOSKOWITZ:  Okay.  I don't have any
14     further questions.
15          MR. WINSTON:  I have a couple quick
16     follow-ups.
17              EXAMINATION
18  BY MR. WINSTON:
19     Q.   Mr. Wilson, my name is Michael Winston.  I
20  represent Wells Fargo Bank and Wells Fargo Insurance
21  Company.
22          If you could take a look at Exhibit No. 12
23  for me and take a look at paragraph ten of Exhibit
24  No. 12.
25     A.   I'm sorry.  Which paragraph?

187

1     Q.   Paragraph ten.
2     A.   Yes.
3     Q.   The statement in paragraph ten states it
4  applies to flood coverage.  Do you see that?
5     A.   Yes.
6          MR. MOSKOWITZ:  I'm sorry.  Where are you?
7          MR. WINSTON:  Paragraph ten of Exhibit 12.
8     Q.   (By Mr. Winston) Do you know whether the
9  statement in this declaration by Ms. Voyles would also
10  apply to hazard insurance, lender-placed hazard
11  insurance?
12     A.   It would in the context that the rate
13  that's charged to a given borrower would be tied back
14  to the filed and approved rate.
15     Q.   And that would be regardless of whether
16  any commission is paid or not to an agency?
17     A.   That is correct.
18     Q.   Now, you just stated that a borrower is
19  charged the premium.  Who does Assurant or whatever
20  affiliate of Assurant bill for the premiums?
21     A.   We bill Wells Fargo.
22     Q.   So does Assurant ever bill the borrowers
23  for the premiums?
24     A.   We do not.
25     Q.   Does Assurant charge the borrowers for the

188

1  premiums?
2     A.   We do not.
3     Q.   And do the borrowers ever pay the premiums
4  directly to Assurant?
5     A.   No, they do not.
6     Q.   And do the borrowers ever directly pay
7  commission to Wells Fargo Insurance?
8     A.   Not that I'm aware of.
9     Q.   And I know we've had some discussion about
10  the meaning of the word tracking.  During one of your
11  answers you refer to what I thought was risk tracking.
12  Can you explain what that is?
13     A.   Risk tracking from the Assurant
14  perspective is looking at our whole geographical
15  portfolio of where we have known risk, and that would
16  be the tracking of that information to understand
17  where our known exposures are for our portfolio.
18     Q.   When does the risk tracking start?  Is
19  there a point in time when risk tracking starts?
20     A.   Yeah, risk tracking starts when there's a
21  known exposure on a given servicer or lender's
22  portfolio.
23     Q.   So if I understood your testimony, there's
24  tracking from an operational outsourcing standpoint,
25  which is what your department handles; is that

189

1  correct?
2     A.   Not my department, but the outsourcing
3  department does, yes.
4     Q.   And that is the tracking of whether
5  there's, for example, coverage in place; is that
6  correct?
7     A.   For that -- yes, at the loan level for the
8  given borrower.
9     Q.   And then once an exposure is identified,
10  then Assurant or whatever affiliate of Assurant then
11  does its own tracking for risk purposes; is that
12  correct?
13     A.   That's correct.  That's the lender-placed
14  tracking.
15     Q.   And what would be the purpose of Assurant
16  needing to track risk?
17     A.   We have to know where our exposure is and
18  where our policies are so that in event of a filed
19  claim, we have to know that we have a policy that's
20  been placed that we have to pay a claim on.
21     Q.   If you can take a look at the stack of
22  contracts that's marked as Exhibit 5.  And on the
23  second document, in particular the chart that you were
24  asking questions of, which is on ASR 168.
25     A.   Yes.

UNEDITED TRANSCRIPT

NOT CERTIFIED

190

1    Q.   The column that has a title of Measurement
2  on it, you were asked questions about that column,
3  were you not?
4    A.   Yes.
5    Q.   Do you know who in particular at Wells
6  Fargo conducts any of these measurement activities?
7    A.   Specifically, no, I do not.
8    Q.   Do you know whether anyone from Wells
9  Fargo Insurance assists Wells Fargo Bank in performing
10 these measurement activities?
11   A.   I believe there's a level of involvement,
12 yes.
13   Q.   Do you have any further understanding that
14 you can elaborate on?
15   A.   To what extent and degree, I do not.
16   Q.   Now, you testified that you're familiar
17 with an individual named Dave Franske.  That's
18 F-r-a-n-s-k-e.
19   A.   Yes, I am.
20   Q.   How do you know Mr. Franske?
21   A.   Over my tenure -- over the time tenure
22 that I have the Assurant, Dave and I worked with each
23 other on and off and occasionally.
24   Q.   What types of things did you and
25 Mr. Franske work on together?

191

1    A.   At one point in time I was the account
2  executive assigned to the Wells Fargo, Norwest,
3  eventually Wells Fargo Home Mortgage account, so we
4  would have more regular interaction during that time
5  period versus now as in my management role, it's
6  usually -- it's much more infrequent and around
7  questions or concerns about regulatory things that are
8  coming up and presenting themselves to the industry.
9    Q.   Was your interaction with Mr. Franske
10 regarding insurance issues or operational, tracking
11 issues, for example?
12   A.   They could be both.
13   Q.   Can you give my examples of some of the
14 issues that you would interact with Mr. Franske on?
15   A.   You know, like executive complaints or
16 department of insurance complaints, legal action that
17 he may be involved in that he has questions about
18 something that did or may not have transpired on the
19 loan.
20      MR. WINSTON:  Thank you.  No further
21 questions.
22      MR. MOSKOWITZ:  I have a couple follow-up
23 questions.
24        RECROSS-EXAMINATION
25 BY MR. MOSKOWITZ:

192

1    Q.   Going back to the statement of work, we
2  were on this for a while this morning, and I asked you
3  about Wells Fargo and whether it was Wells Fargo
4  Insurance, Wells Fargo Home Mortgage, and your
5  response, and we can go back to the record, was, I
6  just know what the contract says because I asked you
7  that in particular.
8        I said, is this Wells Fargo Bank, is it
9  Wells Fargo Home Mortgage.  You go, I just know what
10 it says here.
11       Now you were just asked by Mr. Winston, do
12 you know what involvement Wells Fargo Insurance had,
13 and you said, I believe they had some level of
14 involvement.  How do you know that?
15   A.   Just from past interactions with, you
16 know, individuals within the organization and
17 questions that I may have gotten from them.
18   Q.   When was that?
19   A.   It's over a period of time.  I don't have
20 any specific time or date.
21   Q.   The last two years?
22   A.   I don't recall.
23   Q.   Last five years?
24   A.   I am certain in the last five years.  I
25 don't recall specific date or time.

UNEDITED TRANSCRIPT

NOT CERTIFIED

193

1       Q.    Do you know specific activities that are

2   listed here in the statement of work that specifically

3   Wells Fargo Insurance did versus Wells Fargo Bank?

4       A.    No, I do not.

5       Q.    So if we go through all of these, because

6   I didn't this morning, but if I go through all 12 and

7   I show all the responsibilities for Wells Fargo, you

8   have no personal knowledge or any knowledge in terms

9   of what Wells Fargo Insurance did versus Wells Fargo

10  Bank or Wells Fargo Home Mortgage?

11      A.    Not that I can reference.

12          MR. WINSTON:  Object to the form.

13          MR. MOSKOWITZ:  Thank you.  That's it.

14          (Deposition concluded at 1:15 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Draft Copy

UNEDITED TRANSCRIPT

**A**

abide 146:24 153:18
abiding 144:7
able 16:18 21:3 43:12
  45:24 46:6 51:4
  72:7 148:20 163:3
  184:12
acceptable 131:1
  158:7
accepting 1:2,5
  111:23
access 50:10,12,14
  164:3
accomplishments
  57:9
account 4:21,24 5:7,8
  5:12,16 7:16 24:16
  41:5,5 116:11,14
  120:6 191:1,3
accountant 116:21
  116:22
accounting 115:21,25
accurate 41:11,24
  84:9 89:5,21 106:20
  107:23 168:23
accurately 58:12
acknowledge 1:3
acronym 125:25
action 116:19 191:16
actively 95:6
activities 93:19 95:1
  95:10,13,24 116:5
  170:20 190:6,10
  193:1
activity 111:14 112:4
  132:24
acts 94:4
actual 37:17 135:3
  142:24 156:19
  167:19
actuarial 11:12,19
  173:17,19,22
actuary 11:10,24
  12:19,21 175:25
add 83:7
added 57:24 79:19

addition 1:11
additional 27:25
  79:18 111:23
  157:15
address 85:24 177:3
adds 130:13
adequate 158:2
adjustment 114:20
  114:21 115:1
administration
  138:10 146:8,14,22
  147:7,17
advance 100:7
advancement 100:2,5
advancing 100:6
advised 132:20
affect 39:19
affidavit 24:13 25:12
  28:23 29:19,23 30:3
  30:16,18,25 31:25
  164:19 165:12
  168:6,17
affiliate 168:19
  169:20 187:20
  189:10
affiliates 126:17
  170:9
affiliation 127:3
affirmative 3:13 8:20
  11:23 20:8 30:22
  34:25 35:5,15
  124:22 134:7
  138:22 160:11
  162:20,23
afforded 76:13
agency 73:22 100:11
  100:15,19 102:23
  103:3,11,19 154:17
  169:7 170:13
  187:16
agent 65:21,25 66:2,9
  66:15 71:7 72:7,8
  72:12 76:10 77:16
  98:17 99:12 176:8
agents 1:3 95:5 98:5
  98:7,8,12,14,20,23
  99:6,24

ages 68:14
ago 2:21 4:5 5:15
  63:17
agree 1:5,15,18,20,21
  31:15 106:17 107:2
agreed 10:19 107:15
  110:15 113:13
  120:8 144:20
  167:17
agreedupon 17:5
  108:14
agreeing 1:2
agreement 25:18
  26:20 62:6 71:10
  73:22 90:22,25 91:3
  102:21 106:25
  107:4,18 108:15
  109:23 110:11,12
  110:13,19,24
  111:11,12 113:13
  137:20 143:24
  144:9 145:18
  146:15,24 148:5,22
  148:24,25 150:9,10
  150:11,25 153:15
  153:19 154:4,7
  172:12 181:25
agreements 1:2 25:20
  25:21 26:1 34:5
  91:4 102:10,21,24
  103:3,5,11,11,13,25
  104:7 107:10,15
  113:21 128:19
  150:2 154:17 181:1
  183:11,25
ahead 71:18
allow 149:1
allowed 119:18
alpine 128:14
alternative 65:14
amended 125:9
amendments 150:2
  154:14
america 18:11 19:10
  19:11 26:11 124:16
american 7:15,17,21
  24:22,22 55:6 63:16

63:23 73:9 78:9,20
  87:12 100:18 107:5
  110:14 114:5,18
  126:13 127:1
  150:11 151:8 155:2
  155:8 168:18 174:5
  176:2 177:23,24,25
  177:25 178:2,6
amount 33:1 53:24
  67:18 69:8 78:22,22
  78:24,25 79:10
  80:14 81:15 83:17
  83:19,21 91:1,2,5
  91:14,17 92:15
  97:15 152:13 173:2
  180:11,17
amounts 69:3 119:3
  145:21 181:17
  182:20
ana 127:7,8
analysis 111:14,17
  170:23
analyst 57:24 58:1
analytics 77:11
  114:14
angela 11:9,15,24
  13:3,8,12,15 14:5
  17:11 19:5,8 44:5
  92:3,4 161:24
  173:24 174:20
angelas 13:18
announcement 129:9
  129:25 130:2,12
  131:22,25 139:8
annual 40:15 53:4
  57:8 67:2 114:3,11
  114:17 126:12
  180:4
annually 41:22
answer 13:25 16:18
  45:19,24 46:6 48:24
  70:7 80:10 94:6
  140:18 148:7,20
  149:3 176:14
answers 46:3 85:15
  86:20 175:12
  188:11

**anybody** 10:13 22:8
50:10 77:12 86:18
161:20 175:2
**anymore** 133:14
**apart** 61:25 80:20
**apologize** 96:20
**appear** 75:8 102:19
104:11
**applicable** 94:4
132:23 133:16
153:14 157:5
159:18 160:21
182:1
**applies** 187:4
**apply** 102:5 187:10
**appreciate** 15:13
**appropriate** 38:22
120:12
**appropriately** 132:24
**approval** 119:8,21
**approved** 77:25
86:10,12 117:11,16
165:16 166:1,17,24
187:14
**approximately** 182:6
**april** 132:21 133:2
137:12 141:8,9
143:9 145:10,11
162:17 164:20
168:17
**arango** 164:19 165:4
168:6
**area** 12:10,11 20:15
59:19 85:6,7,17
120:12 140:14
156:25 160:9,10
162:4 164:24,25
173:3
**areas** 38:22 54:2,3
113:16
**arent** 59:12
**arrangements** 31:17
**arrears** 68:12
**article** 63:17,21 64:9
**articles** 63:22 64:1,7
**ascii** 1:5
**asic** 8:3 24:18,20,22

28:14,16 30:9 31:5
31:16 32:15,20,21
39:13 55:9,11 56:2
73:13 76:24 77:17
100:21 101:10
102:4,22 103:18,24
104:9,18 105:5,16
106:24 107:19
108:9 122:8 125:19
125:22,23 126:1,2
129:22 131:19
148:4,15 150:2,22
151:12,16 152:1
158:17 159:23,25
165:15 166:20
168:21 169:19
172:16 173:4,15
180:16
**asics** 28:13 29:14
31:8 128:14 165:15
**asked** 17:10 30:7,8
30:14 32:19 44:10
46:10 122:19 125:2
125:10,13 128:13
149:2 163:7 176:21
190:2 192:2,6,11
**asking** 15:12 27:20
111:21 146:11
148:17 189:24
**aspect** 14:15 80:7,18
80:21 161:8
**aspects** 10:25 16:22
26:25 93:23 96:6
**asr** 189:24
**asrkunz** 40:12 74:21
179:5
**assessed** 119:20
**assessment** 84:25
**asset** 56:22,22
**assigned** 191:2
**assist** 35:17
**assists** 190:9
**associated** 107:16
118:8 138:9 146:8
146:13,21 147:7,16
**association** 114:3
**assume** 139:13,15

**assumed** 115:4
**assumption** 157:24
**assurant** 4:22 5:1
7:11 8:3 9:1,2,24
10:5 11:21,22,25
12:6,22 15:25 17:14
17:23 18:12 24:16
24:20,21 28:17 29:5
29:7,10,16 31:19
35:1 39:13,14,18
40:1,13 41:9,17,21
42:15 43:13 46:20
46:21 47:6,13 48:2
50:6 54:17,19 57:18
67:9 69:4,6,9 72:21
72:23 74:21 85:20
85:25 86:5,8,15,21
87:10 88:2,4,21,23
89:5,22 90:3,5,9
93:7 95:12 96:17
97:18 98:3 99:22
103:15 107:8
110:16 111:2,13
113:20 120:18,19
120:25 127:8 130:4
130:8,15 131:15
132:17 134:25
137:7,10 139:17,20
140:7,13 143:17
146:15,19 148:4
150:19 151:10
155:3,9,13,22
159:22 171:10,12
172:7 175:16 176:5
177:6 178:13 179:4
179:20 187:19,20
187:22,25 188:4,13
189:10,10,15
190:22
**assurants** 43:2 54:18
87:13 178:14
**atlanta** 3:15 4:6
22:19 28:16 59:22
85:11 127:13
**atm** 33:18 34:2,4
39:3,6 50:2,6,17
51:4

**attached** 175:13
**attaches** 173:17
**attended** 53:11
**attends** 53:2
**attorneys** 1:2
**audits** 108:3 116:18
118:18,19,20,20
**august** 58:13 137:6
**authorities** 4:18
126:3
**authority** 119:7,21
139:14
**authorized** 177:4
**automatically** 88:10
**averages** 21:21
**awards** 37:3
**aware** 23:4 48:5 64:5
99:3 100:14,16
132:14 140:12,20
141:5,15,22 146:12
146:18 147:5,6,13
147:15,19 151:17
153:15 162:17
172:14 177:23
179:10 188:8

**B**

**back** 5:2 7:22 14:2
31:25 37:13 46:7
50:16 51:13 59:6
61:5 66:19 78:6
80:23 85:12,22 97:5
97:22 105:13
112:17 121:4 138:8
142:4,17 147:22
151:15,18 162:24
163:18 175:15,18
180:2 187:13 192:1
192:5
**background** 13:19
122:2,19
**backinbusiness** 96:14
**bank** 7:12,12 18:11
19:10,11 25:3,13
101:12 103:22
105:6,17 108:5,10
108:18 109:6

124:16 128:13
150:19,21 151:12
151:13,14,25
168:22 169:8,11
170:10 186:20
190:9 192:8 193:3
193:10
**banker** 63:16
**bankers** 63:23 177:25
177:25 178:2
**banks** 16:23 17:14
**base** 43:2,12
**based** 27:18 35:8,25
36:2 41:15 46:9
49:17 53:10 60:2
64:13 73:11 78:18
92:22 106:22
107:24 109:13
111:7 119:1,19
130:13,22 150:20
151:3 166:24 169:3
184:11,12,13,14,19
**basic** 37:20 157:24
**basically** 135:18
151:2 152:1 180:11
180:19
**basis** 117:24 171:19
171:20
**bears** 92:19
**becky** 176:2
**beginning** 25:4 34:7
40:20 152:19
**begins** 61:23
**behalf** 107:9
**believe** 3:25 11:17
20:12 22:12,22
26:10 28:22 31:6
32:8 34:16 40:22
49:12,21 51:25
59:15 67:12 75:20
78:2,5 85:16 99:17
100:16 111:7,17
115:14 121:14
124:15 132:21
151:21 164:5,8,15
171:22 172:11
174:1 178:4 179:15

179:20 183:16
185:21 190:11
192:13
**best** 68:3
**better** 63:13 131:25
**bids** 86:21
**big** 12:13 15:2 55:15
**biggest** 21:7
**bill** 22:13,18 24:1
33:22 95:20 187:20
187:21,22
**billed** 57:8
**billing** 100:3 136:20
**billion** 41:22 42:9
81:16
**bills** 31:16
**binder** 134:5 136:5
142:4,6
**binders** 82:5
**bit** 25:4 50:3 64:20
**blocked** 120:21
**blue** 93:15
**board** 137:20 143:13
**boarding** 183:24
**bob** 59:18,19 60:7,18
60:23 61:13 62:18
**bolts** 135:18
**bonus** 35:25 36:2
37:3,21 38:14,24
39:19 46:9 48:18,21
49:14,15
**bonuses** 37:1,7,13
50:21
**book** 47:3,4
**borrow** 7:1
**borrower** 6:24 72:11
76:17 79:19 83:18
85:14 95:6 121:21
122:3 135:4 157:6
187:13,18 189:8
**borrowers** 65:16,20
76:14 77:3 88:20
100:21 168:21
187:22,25 188:3,6
**boss** 9:10 60:13
**bottom** 62:19,24
87:25 98:2 105:23

150:6
**bound** 134:18
**box** 93:4,4,15 106:20
**break** 49:23 50:1
74:12,15 96:21
127:22,25 154:19
179:23
**breakdown** 21:4
**bring** 35:16
**bringing** 75:11
**broad** 146:9
**brochure** 87:14
**broke** 154:23
**broken** 84:17 97:4
**brokerage** 115:7
174:9
**budge** 117:20
**budget** 116:4,10,11
116:20 117:3,5,7,18
117:19 119:9,23
**building** 40:14 162:5
162:7 180:4
**bullet** 42:15 43:11,13
93:19 94:2,3 97:23
**bulletin** 130:8
**bunch** 180:5
**burgess** 11:9,15,16
44:5 161:24 173:24
174:20
**buried** 102:17
**burt** 7:21 14:19,24
15:4,8 16:2 17:16
19:14 26:3 27:7
29:8 32:7,12,15,18
33:3 44:17 46:14
47:9 54:14,19 67:2
68:24 70:13,20 73:8
74:3 75:6 79:8,25
80:2,9 83:2 86:24
87:1,5 90:16 102:12
104:2,20 105:11
106:2,7,14,18
107:20 110:9
126:20 133:5,7
135:11 138:25
140:17 142:10,12
143:3,15,22 144:15

147:11 148:3,19
149:1,6,11,14,17,20
155:5,15 161:4
162:7 163:11
164:10 166:7,15
172:2 175:20
178:16,24 182:11
**business** 17:14 18:12
24:25 28:15 30:13
30:13 31:17,22 36:8
39:23 40:4,15 46:8
46:10,13,15,19 47:3
47:4 49:6 50:24
55:3 67:3 98:6,9
128:8,11 170:14
177:4
**buy** 43:16,18 75:24
135:8
**buys** 96:17
**byrd** 121:9

---

**C**

**calculated** 39:1 69:10
81:20 174:11,13,20
**calculates** 174:18
**calculating** 85:3
**calculation** 36:18
37:17 49:2 142:15
**calculations** 49:18
133:18
**california** 43:10
127:7
**call** 36:7 38:8 47:12
51:19,23,24 62:8
66:8 72:7,8 76:10
85:15,15,16 86:20
96:10 106:5 119:16
120:1,1,3 121:24
**called** 52:11 63:7,7
65:8 71:7 103:11
133:23 163:4 180:4
**calling** 14:16
**calls** 17:2
**campbell** 8:17,19
33:13 34:6 37:4
44:13 45:3 115:12
117:14 120:1

cancellation 28:9
    58:11 157:13
cancellations 67:24
    68:17
cancels 142:16
cant 8:10 21:13 39:21
    45:19 48:24 70:7
    100:9 110:16
    122:15 140:14
    149:19 160:6 164:3
    185:16
cap 152:12,15
capacity 40:22 41:9
    42:16,24 43:1
    128:17
capital 31:18
captive 128:7,10,14
    128:17,19
carried 181:11
carrier 24:23 82:23
    83:19 158:7 178:14
carriers 6:24 155:17
    157:13 177:8,12
case 2:18,20,22 3:1,6
    3:20,23 4:2,9,13,13
    13:13 24:12 30:15
    151:13 164:19
    165:5,9,13 168:6,7
    170:5
cases 2:15 4:15
caseview 1:2,4
casualty 7:9 99:22
    114:3
categories 115:8
    166:10
categorize 93:8
category 71:3,9 97:3
cease 143:25
ceded 115:4,17,19
    126:15
cell 118:12
center 80:11 84:25
    85:19 119:16 120:1
    120:3 184:19
centers 79:15 93:10
    94:12,15 120:4
cents 90:23 181:21,22

182:7,16,24,25
    183:1,6,6,14,15,15
    184:4,4 185:1,19
certain 2:18 6:9
    10:16,19 12:11
    16:21,22,22,23
    30:23 33:1,9,23
    46:2 48:8 70:8 83:8
    101:6 103:5 119:11
    121:14 125:11
    126:5 192:24
certainly 51:19
    148:14
certificates 135:16
certified 1:5,14
cetera 156:17
chance 103:6
change 20:23 51:10
    57:2,5,6,6,7 63:9,12
    70:5,10,18 73:4
    89:25 90:1 130:21
    130:23 133:20
    141:14 145:8 164:4
changed 63:4,4 81:22
    152:2
changes 58:14 64:2,5
    64:10,14,15,17,17
    70:4 117:17 130:3,6
    130:7,13,19 139:4
    141:8,9 153:16
    161:15 162:18
changing 56:22
    130:17
channel 36:8 39:23
    46:8,10,13,15,19
    47:10,11,19,22 48:2
    48:17 49:6 50:25
charge 17:4,5 25:5,6
    25:16,25 26:12
    61:13,14,15 85:2,7
    90:14,15 109:10
    113:9,19 127:19
    128:4,21 146:25
    159:20 162:21
    167:11 181:21,23
    187:25
charged 32:5,25

162:25 165:22
    166:4,17,24 167:4
    187:13,19
charges 165:15
charging 68:5 133:2
    133:7 181:17
chart 43:25 44:9,16
    53:16,18 54:5 59:6
    60:23 61:1 65:1
    83:25 87:20,25
    88:22 89:4,21
    102:15 105:14,15
    105:19,23 106:2,8
    115:12 116:1
    124:25 126:23
    180:4 185:24
    189:23
charts 68:19 81:2
    105:8 180:6,9
chase 5:21,22,24 6:20
    7:12 15:10 17:14
    18:10 19:7 20:8
    25:24 26:23 27:6,12
    27:16,22,25 28:4
    35:1 77:3 89:20
    91:7 98:16,16,19
    100:14,19 101:12
    113:21 118:3 120:9
    124:14 144:4,18,19
    144:20,25 145:14
    164:20,20 165:4
    168:7,13,22 169:7,7
    169:8,25 170:5,10
    170:14,21 185:3
chases 7:1 145:18
check 58:4
chemical 7:12
cheng 175:22,25
choice 64:24 65:13,14
    65:20,20 71:3,9
    72:14 73:15,18 74:1
    75:12,15 76:7 77:10
    77:15 85:12 87:2,4
    87:5,6 97:2 102:1
    103:1
choose 1:8,11,21
chosen 89:12

chronologically
    136:3
chronologicals
    123:23
chronology 123:21
    142:4
cia 168:19 169:1,17
    170:12,20
cias 170:19
cite 184:8
citi 20:8 25:24 26:3,4
    26:5,6,8,10,11 77:3
    89:20 91:7 113:21
    144:4 145:23 185:3
claim 84:24 114:20
    115:1 189:19,20
claims 84:15,18,20
    85:5,7 138:13
clarify 15:1 138:12
clarifying 131:5
clarity 131:23
clear 15:15 19:12
    33:6 41:1 55:25
    120:24 147:14
client 18:24 19:11
    20:25 28:11 33:25
    33:25 34:24 43:2
    92:13,22 116:16
    117:22,23 118:19
    157:22 185:17
clients 20:20 35:14
    35:16 54:6,8,12
    55:1 99:5 184:10
    185:5
closest 53:7
cocounsel 1:17
code 162:19
coded 132:23
codes 133:16 137:13
cognitive 96:14
collateral 56:11
collected 68:20,21
    69:6
collecting 100:8
collection 6:23 36:11
    100:3
color 87:14 120:25

columbus 7:14
column 71:15 106:10
  106:11 108:2 190:1
  190:2
columns 106:9 108:8
  114:21
come 5:20 30:16
  68:17
comes 85:16 98:4
coming 86:15 191:8
commentary 50:8
commission 72:14,19
  73:3 102:2 115:7
  131:9 132:16,20
  133:3,10,22,23
  134:3 137:3,4,15,21
  138:1,1 140:8,23
  141:3,14,25 142:15
  142:17,23 143:12
  145:1,17 150:18
  152:7,10,23,25
  160:2,3,9,10,11,13
  161:2,8,13,18,20
  163:5,9,18 167:16
  169:17 170:1,4
  174:8 176:8,10
  187:16 188:7
commissioner 173:16
commissions 7:19 8:6
  9:13 10:14,21 14:4
  21:23 44:12,17,25
  45:12 61:7 72:24
  99:23 100:19
  101:11 130:19,21
  137:5,11 139:24
  141:12 142:8 143:9
  143:24,25 144:5,8
  144:12,22,24
  145:13,20 146:3
  151:15 152:10,13
  153:17 154:24
  159:20 160:16,21
  161:17 162:13,19
  163:24 166:20
  167:2,3,5,18 168:20
  169:1,25 183:17
common 13:4

communicate 157:6
communicated 38:3
communicates 37:5
communication
  119:20
companies 7:4,6 8:3
  43:20 46:24,25
  54:18 55:11 77:10
  78:13 92:1 114:3
  124:10,12 177:3,16
company 10:24 13:22
  22:9 24:23,24 28:17
  29:1,3 38:17 39:11
  47:5,10 51:22 55:6
  55:7 57:2 61:25
  62:9,16 64:3 66:5,8
  66:10 71:19 72:8,15
  73:10 75:3,9 76:22
  77:9,17 78:9,14
  91:15 98:6 100:7,19
  107:6 110:15
  111:10 114:5,12,19
  125:5 126:14 127:1
  134:1 150:12
  151:14 155:2,9
  159:18 168:19
  174:5,5 176:3,8
  178:2,6 179:17
  186:21
companys 161:2
compare 77:8 79:5
  79:11
compared 9:9 69:13
comparing 8:12
comparison 41:16
  64:23 169:15
compensating 98:4
compensation 39:20
  98:3 99:25
competitor 41:16
competitors 41:16
complain 120:9
  121:25
complaints 64:7
  191:15,16
complete 62:24
  106:21 107:23

130:10 185:22
completed 109:25
  120:8
completely 31:15
  70:21,22,24 147:12
completion 1:19
complexity 130:5
compliance 72:14
complianceplus
  64:24 65:11 73:18
  83:25 84:1,2,6
  180:8,10 185:23
  186:5,9,10
complicated 93:23
  96:6
complied 180:22
component 36:18
  48:20,21 49:3,5
  51:7,9 144:9 161:13
  170:2 186:10
components 36:6
  37:17,18,22 39:16
  48:12,24 50:22 51:3
  69:11 77:21 186:4
composite 101:19
computer 1:4 34:11
  118:11 119:17
  133:4,13 137:13
  162:18
computerized 1:16
  1:18,19,22
computers 88:10
  118:10
concept 130:2
concerning 104:24
concerns 117:24
  191:7
concluded 193:14
conduct 108:3
conducted 109:12
conducts 190:6
confidence 45:23
confidential 101:21
  101:22
confidentiality 148:4
  148:10,22,24
confirm 88:1

confused 16:21
confusion 62:9 107:3
connection 170:18
conservative 43:14
consider 17:3
considered 39:10
  143:8
consistently 151:23
constraints 119:3,5
consumers 177:15
contact 1:13 65:21
  66:1
contacting 90:11
contacts 88:1 120:20
  121:5,22 122:9
contained 34:12 39:3
  87:17 114:14
content 82:14 86:9
  113:13,17
contents 86:5
context 187:12
contingent 115:8,20
continue 58:5
contract 10:23 35:3,4
  73:21 90:6 91:10
  99:4 102:18 109:10
  110:7 112:20
  113:12 119:2 120:8
  171:23 172:9,11
  183:10 185:2,17
  192:6
contracted 89:18
contracts 10:22 74:9
  98:25 102:19 113:9
  128:21,22 167:10
  167:11,14,16,22
  170:23 180:21
  181:6,7,10 182:20
  183:21,22 185:4,13
  185:15 189:22
contractual 10:17,20
  17:5 18:21 25:8,18
  25:21 26:1,16,18
  54:8 55:3 88:21
  109:19 112:13
  113:20 119:15
  137:19 144:8

153:15,19 162:22
177:14,14 181:1,14
181:25
**contractually** 147:3
170:4
**contributions** 31:18
**control** 42:16,21
57:24 58:3,8,9
**controls** 58:1,5
**conversation** 68:10
**conversations** 34:5
72:10
**copy** 1:15,22 38:7
**corporate** 24:23 29:9
30:9 31:4 34:1 35:9
36:6 39:7,12 54:9
**corporatewide** 177:9
**corporation** 28:15
**corporations** 47:4
**correct** 4:3 15:4 31:2
31:20 36:21 37:2,23
40:25 41:23 44:4
47:17 53:19,21,25
55:10 56:4 59:1
60:14 80:22 81:11
84:12 85:5 88:5
91:16 94:11 105:6
105:18 108:18,24
112:14 117:6 122:4
128:24 137:16,23
138:4,7 142:3,11,14
152:21 158:11,21
170:8 180:14
181:19 187:17
189:1,6,12,13
**correction** 57:13
**correctly** 181:11
**cost** 61:8 111:10,14
111:17 112:7,24
113:2 119:2 182:5
**costing** 111:22
**costs** 15:24 17:7
95:23 100:3 111:1
130:20 131:1 138:9
146:7,13,21 147:6
147:16
**couldnt** 3:9 154:15

**counsel** 29:8 30:19,21
38:7 40:11 104:2
147:15 148:3 166:8
178:16
**count** 20:1,2,4,17
21:7 55:20,23 90:5
**country** 41:14,16
43:6
**counts** 20:10,24
21:14
**couple** 3:11,12
178:21 184:9
186:15 191:22
**course** 31:22 67:19
74:14 102:10 148:8
**court** 1:3,13,14,14
**cover** 6:10 45:3 86:9
157:4 173:14
**coverage** 56:13 65:17
65:22 68:6 70:9,15
70:17,17 76:18
78:22,22,24,25 79:3
79:10,16 80:12,14
80:15 83:17,18,19
83:22 87:22 88:1,9
88:19,19,20 90:11
90:12 92:10 93:20
95:1,8 97:13,16
102:13 104:3
134:18 158:1,5,9,10
165:17,23 166:18
170:24 172:15,17
172:20,22,25 173:2
180:11,16 185:23
186:8 187:4 189:5
**coverages** 42:16,24
135:20
**covered** 14:11 79:4
135:7 156:11,19
**covers** 156:15,16
**create** 119:4
**credit** 171:15
**crossexamination** 2:4
**crossexamine** 1:11
**current** 4:20 110:11
110:11 126:15
**currently** 73:2

100:25 120:25
130:14 154:13
**customer** 85:17,18
**customers** 118:14
**cut** 48:1
**cycle** 16:11 17:2 28:7
61:23 65:19 75:19
75:23 76:14,20 82:2
82:7,7 86:4 134:4
137:5 155:20 156:4
158:23,24 171:20
171:21
**cycles** 86:2

_____

**D**

**daily** 30:12
**damage** 1:4
**damages** 105:20
107:11,16 108:15
**dan** 101:3,7 168:8,9
**data** 1:4 57:13 58:23
81:19 84:17 96:16
106:22 107:24
116:18 125:20
163:13,16 164:4
176:9
**database** 95:18
**date** 110:15,23
134:19 145:9
175:20 192:20,25
**dated** 24:12 129:10
141:23 150:5
153:24 164:20
168:17 173:14
175:17,24
**dave** 9:19 14:5 17:11
19:5,8 23:12,13,25
45:3 111:5 115:12
129:14 132:1,4
140:13 190:17,22
**david** 44:13 92:3
**davis** 94:19
**dawn** 45:5
**day** 18:3 23:25 52:23
136:11
**days** 142:1
**daytoday** 26:14

30:13 102:11
116:15 117:21,24
180:20
**deadline** 126:4
**deal** 11:3 13:10 26:7
54:2,3 99:6,12
121:19 160:16
161:16,17 168:13
168:15 169:24
170:1 181:5
**dealing** 7:5 98:4
117:21
**dealings** 101:7 121:6
121:8,10 122:5
151:5,10
**deals** 158:23
**dealt** 121:15
**deborah** 94:19
**december** 81:7 114:4
126:15 175:17,21
175:25
**decision** 78:16
139:17,20,21
143:16,20
**declaration** 24:10,11
168:8 187:9
**declined** 148:11
**deductibles** 57:7
**deemed** 37:18 38:21
160:21
**deficiency** 158:5,9
**deficient** 83:21
**define** 16:7 18:1
68:21 69:21 71:14
77:19,20 83:2 107:8
107:21 112:6
**defined** 27:18 33:16
33:17 62:6 65:22
76:19 82:7 83:16
97:17 107:1,5 109:5
112:22 131:14
146:10 156:2 158:7
181:25
**defines** 108:17
**definitely** 148:13
**definition** 100:6
105:19

**definitions** 108:13
**degree** 10:16 111:16
  130:5 190:15
**delaware** 28:14
**denied** 119:22
**department** 5:13 6:8
  6:11 11:4,5,13,19
  11:25 12:19,22
  22:22 26:14 38:19
  38:20 47:11 58:21
  58:25 60:7 69:24
  82:15 85:2,17
  116:24,25 122:13
  125:7 158:22 159:1
  159:2,13 160:4,7,9
  160:12,13 162:2,4
  173:16 188:25
  189:2,3 191:16
**departments** 25:11
  47:1 127:16 153:15
  159:12,18
**departure** 6:2
**depend** 14:12 15:19
  44:21 45:8,14
**dependent** 26:20
  163:13
**depending** 15:22
  66:11 68:7 92:16,24
**depends** 48:21
**deponent** 148:18
**depose** 11:6 14:8
  45:16,23 91:25
**deposed** 3:6,14 4:6
  4:14 13:13 45:2
**deposition** 2:12,14
  3:16,22 4:1 45:4
  49:24 74:16 96:22
  127:23 132:7
  154:20 179:25
  193:14
**depositions** 44:11,15
  132:11 178:20
**describe** 41:3
**designated** 72:9
  101:21
**designed** 58:3
**desk** 118:11

**destroy** 1:18
**detail** 115:22
**details** 4:10 51:2
  149:18
**detecting** 90:10 92:10
**detects** 87:21 88:8
**determine** 80:14
  90:12 102:1 172:24
**determined** 78:23,24
  93:2
**determines** 97:15
**develop** 96:18 112:20
**developed** 93:22 96:5
  96:19 97:5 123:24
**development** 174:7
**devote** 170:19
**didnt** 29:25 31:3
  35:10 116:13
  120:23 139:20
  151:4 169:2 175:11
  176:23 193:6
**differ** 67:21 97:19
  128:7 156:1
**difference** 15:3,14
  28:10 61:17,18 66:7
  82:4
**differences** 27:9,10
  82:18 155:24
  156:14 157:20,23
  184:3,22
**different** 6:19 14:21
  17:23,24 18:6,7,9
  18:10 26:24 27:14
  32:18 38:22 67:11
  70:20,21,23,24
  83:24 91:7,10,11,12
  94:7 97:20 111:18
  113:12,18 124:3,3,5
  124:8,9 135:13
  147:12 151:22
  154:4,6 156:6,8,12
  157:10,14 162:4,4
  171:6 180:6 181:24
  184:10 185:10,16
**differently** 27:18
  89:10 124:4,21
  184:6,10

**direct** 29:11 37:5
  38:3 50:13 61:3
  115:3,7
**directly** 188:4,6
**director** 5:7,10 11:12
  22:21,23 23:1,2
  59:19
**directs** 29:11
**disbursed** 135:25
**disburses** 134:24
**disclaimer** 120:19
**disclosure** 82:16,20
  82:21,22
**discrepancies** 57:14
**discuss** 149:19
**discussed** 25:4,23
  53:13
**discusses** 74:1 104:16
**discussion** 30:20
  188:9
**discussions** 86:17
  149:21 159:15
  175:1
**distribute** 1:16
**distribution** 184:14
**district** 168:8
**division** 24:17 26:11
  41:3 42:7,8 47:12
  103:19 109:6
**divisions** 46:23 47:1
**document** 1:14 38:13
  40:11,13,16 41:25
  56:7 59:10 67:2,10
  74:21 85:24 86:8
  87:10,15 89:1 114:6
  114:7 120:17,22,24
  123:21 129:11,11
  148:9 153:23 177:2
  179:6,16 189:23
**documentation**
  106:22 107:25
**documents** 32:1
  74:22 94:4 122:23
  125:11 126:3
  150:15 154:23
**doddfrank** 64:18
**doesnt** 72:23 79:12

  86:14 106:14
  146:15 180:15
**doing** 1:9,12,13 5:24
  72:1 90:10 92:20,22
  92:24,25 112:23
  133:13 165:8
**dollar** 69:8 113:2
  172:16,20
**dollars** 68:5
**dont** 3:7,18 4:10 5:2
  6:12 8:10 10:12,23
  11:3 12:1,23 13:21
  16:6,19 17:3,7,21
  20:9,24 21:13,17,17
  23:7,15,22,24 24:6
  27:15,22 28:1,4,10
  29:17 31:6,14 32:7
  32:8 33:18 35:24
  36:15,17 39:9,21
  41:15 42:6 43:19
  45:22 48:11 49:1,10
  49:22 52:1 56:8
  59:15 61:11 62:10
  63:23 67:12 72:18
  73:2 74:6 75:23
  76:1,2,5 77:3,5,13
  82:10 85:13 86:6,16
  89:11,17 90:21 96:2
  97:10 98:24,25 99:2
  100:10,24 101:2,10
  101:14,15 102:10
  104:9,11 105:9
  106:17 110:2,4,5
  111:11,16,20,25
  113:2 114:13 115:3
  115:14,19,24 117:8
  119:11,11,23 120:3
  120:4 121:14,17
  122:10,12,15
  124:15,18,19
  125:16,18 126:5,6
  127:12,18 128:9
  131:21 133:19,24
  135:7 137:25
  138:25 139:3 140:5
  145:9,12,24 146:1,4
  154:16,18 155:6,11

157:12 158:5 160:3
160:5 161:11,19
162:9,14,15 163:21
164:3 165:11,24
167:21,22,22,24,25
169:24 170:6,8,10
170:15 172:11
174:2 179:22 181:5
183:3,5,8 184:2
185:9,9 186:13
192:19,22,25
**draft** 1:2,5,8,9,10,12
1:12,16,18,22 29:25
56:7 83:7 89:7
**drafted** 84:13 107:17
179:16
**drafting** 30:2
**drafts** 62:8
**due** 43:5 82:15 98:1
**duly** 2:2
**duties** 25:1,13 27:14
104:17 105:4,5,16
105:17,21
**dwelling** 79:4,16
80:12,15,17

**E**

**earlier** 92:2 171:9
**earned** 64:25 67:17
67:18,19 68:2,3,12
68:13 69:14 131:9
**easy** 183:9
**edition** 114:3
**effect** 130:13 141:9
**effective** 68:12
132:21
**effectively** 58:6 93:25
97:24 130:12
**effort** 170:20
**either** 60:3 68:19
76:8 94:20 129:20
158:13,16 184:19
**elaborate** 190:14
**elements** 163:13,16
**email** 123:17
**employee** 179:17,20
**employees** 170:19

**ended** 114:4
**enforceable** 139:8,10
**enforcing** 162:22
**engage** 117:23
**engine** 96:14,15
**ensued** 149:22
159:16
**ensure** 57:13 98:3
180:21 181:23
**enter** 137:13
**entered** 165:13
**entering** 76:14
**enters** 31:17
**entities** 8:22 26:4,7
67:7,11 130:15
151:21 170:21
177:14
**entitled** 37:21 54:6
64:22 87:10 114:5
114:17 126:12
**entity** 7:22,23 8:23
15:8 100:17 122:14
131:10 144:25
**envelope** 82:14 86:5
**environment** 118:9
**equals** 68:17
**equipment** 154:8
**error** 120:13
**essence** 68:5
**established** 33:17
34:3,4 47:3 50:8
57:10 97:18
**estate** 56:15,16,19,21
**et** 156:17
**evaluated** 33:8 35:11
**evaluation** 34:22
**event** 121:21 189:18
**events** 123:14
**eventually** 191:3
**everybody** 53:1
**exact** 11:11 14:14
28:11 39:15 142:22
144:25 145:9
**exactly** 76:6 92:20
101:15 105:9
149:20 182:3
**examination** 186:17

**examined** 2:2
**example** 26:22 27:5
27:12,21 28:2 58:8
61:7 89:9 189:5
191:11
**examples** 27:9 82:18
184:9 191:13
**exceeding** 50:9
**exceptions** 148:11
**excerpts** 179:6
**excess** 185:22
**exclude** 131:8
**excluding** 115:7,20
**exclusive** 155:11
**excuse** 123:3 135:5
**executive** 41:5 51:25
52:3,5,12,14 91:24
119:22 191:2,15
**executives** 53:22
**exhibit** 22:4 24:7,10
33:6 40:6,9,10
74:18,21 78:6 80:23
85:22 87:7,10 93:4
101:16,19,20
113:24 114:1,2,19
120:14,17 126:9,12
129:5,8,8 138:8
147:20,23 149:23
164:16,18 165:10
165:12 168:2,5,5
173:10,13 176:24
177:1 179:1,4 186:6
186:22,23 187:7
189:22
**exhibits** 101:21
104:10 180:5
**exist** 111:20 154:25
**existing** 151:18
**exists** 120:25
**expect** 111:21
**expected** 174:8
**expense** 17:3,4 34:20
118:4,5,8 138:18
174:4,23 176:11,17
176:18
**expenses** 7:19 8:7
9:13 10:13,25 14:3

14:14 15:7,18 16:21
16:24 18:4,20,23,24
21:23 22:5 44:12,18
44:24 45:12 61:6
100:2 112:7 114:21
114:22,22 115:22
131:6 146:13 172:5
175:4
**expertise** 93:23 96:5
**experts** 1:17
**expiration** 68:9 82:4
**explain** 24:19 43:25
46:12,18 54:5 65:18
68:3 79:2 100:4
130:18 157:22
188:12
**exposure** 134:19
188:21 189:9,17
**exposures** 61:21 63:6
188:17
**extent** 115:14 190:15
**extra** 1:20
**extraction** 96:15

**F**

**factors** 36:3
**fair** 98:4 99:24
**fall** 20:9 165:18
**familiar** 16:11,13
28:13 40:15 63:16
72:10 74:24 87:15
87:16 93:1 99:19
103:3 114:7,9,13
121:1 126:22,25
129:11 147:23
150:15,17 170:9
179:8,10 190:16
**family** 8:3 47:13
**fannie** 64:16,19 73:5
129:9,15,19 131:4
131:23,25 138:14
138:17,19,23 139:5
139:11,12,16
141:22 144:12
146:13,16 147:25
148:5,10,22,25
149:7

UNEDITED TRANSCRIPT

far 134:10 175:18
fargo 19:4 20:6 21:24
   24:12 25:3,13 32:5
   32:10,21 35:20
   40:14 57:17 58:15
   60:6 65:16 66:2,22
   67:3,7,11 69:4,7,8
   70:6,10,18 71:2,8
   71:11,12,18 72:11
   72:12,13,15,19,24
   73:3,6 75:21 76:12
   76:20 78:8 81:5
   82:6 85:17,23 86:12
   88:11,23 89:2,4
   90:20 97:6,18 98:13
   99:4,8 100:12 102:4
   103:13,19,21,22,23
   104:1,8,17 105:2,17
   106:11 107:9 108:2
   108:5,10,17,17,17
   108:19,21,23,23,24
   109:4,5,6,6,7,13,14
   109:18,25 110:13
   110:17 112:22
   118:3 119:14 120:9
   124:18 131:20
   132:15,16 133:10
   134:9 135:24,25
   136:8,22,23,23
   137:3,11 138:3,5
   139:18,22,23 140:6
   144:13 150:7,7,8,13
   150:19,19 151:13
   151:19 153:13
   155:21 159:19
   160:17 162:12
   163:18 169:11,11
   171:7,10,12,16,23
   172:7 179:8,18
   182:7,17 183:18
   186:20,20 187:21
   188:7 190:6,9,9
   191:2,3 192:3,3,4,8
   192:9,12 193:3,3,7
   193:9,9,10
fargos 85:24
fashion 86:14

fax 1:16
february 107:17
   136:6,7,8,12
federal 17:19 64:18
   156:3 184:21
fee 90:14 91:6,11,13
   92:16,19,21 146:25
fees 15:24 31:16
   36:11 130:20 131:2
   146:6,7,9
fields 133:19
fifth 54:4
figure 152:8 161:1
figures 33:9 84:4
file 1:2
filed 42:20,22 77:25
   78:1 165:16,25
   166:17,24 167:6,19
   187:14 189:18
files 6:16
filing 78:18 158:17
   164:24,25 176:10
   176:16
filings 29:10 31:23
   165:1 174:4
final 1:5,19,19,21,22
   43:13 136:24
   150:11
finance 165:4 168:7
   169:8
financial 26:10 31:23
   100:1 103:21,23
   125:7 132:24
   173:16
find 18:4,16 29:8
   50:24 51:14,17 61:6
   73:20 102:25 122:1
   154:15 180:15
   183:9 184:25
fine 45:25 104:6
fines 172:5
finish 80:1 96:25
fire 156:17
first 2:2,22 14:2
   19:19 34:24 36:19
   39:7 41:21 52:9
   57:10 75:18,22 80:1

87:19 88:16 93:18
   94:2,24 104:12,21
   105:1,12 106:20
   107:1 109:5 114:19
   132:6 136:18 150:4
   150:6,9,25 178:1
   180:5,7
fit 29:16
five 3:8 13:24 19:13
   19:17 20:5,11 21:2
   21:8,19,20 25:24
   26:1 37:7,11 45:1
   45:13 49:9 55:16
   81:3,15,23 84:14
   89:14,20 90:4,23
   91:14 92:1,11 98:22
   98:22 107:19 108:9
   109:12 112:5
   162:13 163:8
   170:18 176:9
   181:21 182:7,16
   192:23,24
fiveminute 49:23
fivepage 123:20
flat 91:1 142:16
flood 3:1 15:3 19:20
   21:1,4,5,10,12,13
   21:13,20 41:10,18
   41:22 42:8,9,18
   47:7,14,21 48:3,7
   65:12 71:16 73:15
   83:12,13,14,15,16
   83:17,18 84:9 88:19
   97:2,13,16 100:20
   101:11 104:18
   105:3,16,18 108:11
   137:24 138:1
   141:19 145:14
   155:22 156:2,9,15
   156:16,23,25 157:7
   157:12,13,16 158:1
   158:3,4,13,19,23
   159:4,10,14 165:17
   165:23,25 166:1,13
   166:18,24 168:20
   169:18 170:19
   172:15,16 173:1,3,4

180:3,8,9,16 185:22
   185:22 186:2,3,4,9
   187:4
florida 5:23 7:13 12:5
   43:10 78:19 81:9,10
   81:15 84:9 135:14
   135:15 168:8
   173:16 174:3
   175:12 176:1 178:3
flow 16:24,25 17:8
   18:21 25:5 69:23
   96:11,12,13 109:11
   110:7 116:9
flows 112:21 157:15
   184:17
fluctuates 20:17
focus 57:25
focuses 93:19 94:25
folks 10:9
follow 184:18
following 16:9
follows 2:3 99:23
followup 125:5
   191:22
followups 186:16
force 32:9 76:9 79:22
   80:2,5 81:1,7,15
forcedplaced 125:10
forceplaced 155:12
   170:18
forcing 14:17
forecasting 170:25
foreclosure 142:20
   143:5
forget 10:23 79:10
   109:23
forgot 94:13
form 1:16,19,22 8:8
   14:19 16:2,11 17:16
   17:19,25 18:13,18
   19:14,22 22:1 26:2
   26:3 32:6,11,12,23
   33:2,3 34:10,14
   37:14 45:7,18 46:4
   46:14 47:8,9,16
   54:14,19 56:18
   66:23 68:22 69:17

70:1,12 72:17 73:1
73:7,8,16 74:5 75:2
75:5,6,9 76:4,11,23
78:10 79:7,14,25
80:3,8,9 82:12 83:1
83:2,6,10 86:25
87:1 88:13,25 89:24
90:1,7,16 91:9,19
99:25 102:6 106:16
106:18 108:12,25
109:15 110:3,9,22
111:15 113:17
116:6 126:19,20
131:11,17 133:6
134:14,17 135:10
135:11 136:1,16
140:4,10,16,17,24
141:4,11,16 142:9
142:10,25 143:14
143:15 144:6,14,15
146:23 147:10,11
150:23 151:6,20
152:3 153:2 154:2,5
155:4,5,14,15
156:10,22 158:15
159:11 160:19
164:9,10 167:12
169:13 171:13
172:1,8,18,23 173:7
175:10,13 180:23
181:4,12,18 182:10
182:11,15,18 184:7
193:12
**formal** 52:11 53:7
**format** 102:19 113:14
**formation** 93:20 95:2
**formats** 185:16
**former** 150:1
**forms** 1:18 165:18
166:19
**formula** 151:17,19
**forth** 1:21
**forthcoming** 131:24
**forward** 37:18 39:10
51:21 109:19,24
110:15,20,24 139:5
**found** 32:4

**four** 14:10 15:6 16:15
16:20 19:6,9,10
20:11 28:13 31:3
36:6 45:23 57:23
83:11 92:3 114:21
123:2,2 130:25
131:4 138:12
170:12 174:2 185:8
**fourpage** 165:12
**fpni** 171:25
**frame** 2:19
**franske** 129:14 132:1
132:4,14 140:13
151:1 190:17,18,20
190:25 191:9,14
**freddie** 64:16 129:15
129:18
**frobose** 10:4 40:5
44:1,13 45:2 49:19
52:3 53:20 60:19
115:13 123:8,18
173:15
**front** 85:13 150:25
152:6 179:12
**fulfill** 112:13
**fulfillment** 135:3,17
136:25
**full** 1:12 135:17
136:25 162:7
180:16 186:3,8
**function** 15:25 35:18
107:19
**functionalities** 147:2
**functionality** 16:14
16:17 62:6,14 89:13
93:10 105:22 107:8
124:3
**functions** 16:12
89:23 90:10 100:10
108:5,9 109:11,25
111:13,18 112:10
**funds** 31:17 100:2,5,7
171:18
**furniture** 118:11
**further** 1:15,20 39:9
51:2 186:14 190:13
191:20

## G

**gap** 83:12,14,15,16
83:22 84:9 97:13,16
180:9,12 186:2,8,9
**gaps** 93:24 97:24
**gary** 45:4 59:20
60:13,18,18,20 61:3
61:8,11,13 62:18
94:15 96:1
**gene** 52:6,9 53:17,20
53:24
**general** 3:3 26:5 36:6
36:7 39:7,12,16
50:23 88:15 99:22
174:23 176:17
**generally** 27:13
105:13
**generate** 23:6 99:24
163:10
**generated** 23:14
85:25 86:5,8 134:21
136:17
**generates** 23:9 24:1
**generic** 50:23
**gentleman** 52:14
94:19
**geographical** 184:13
188:14
**georgia** 28:16
**getting** 20:16 133:1
**give** 1:15 19:12 27:5
27:11 28:2 29:11
38:25 58:7 64:15
76:8,10 82:19 89:9
98:10 102:15
121:13,19 131:19
163:7 178:20 182:5
182:8 191:13
**given** 2:11,14 4:1
30:25 34:2 37:16
65:4,20,21 67:25
68:16,18 69:14
100:11 119:21
142:8 152:13
187:13 188:21
189:8

**giving** 131:19
**go** 8:19 11:6 19:19,19
19:20 20:2,3,4 33:9
34:10 38:23 42:5
46:2 51:13 59:6
71:18 88:16 112:1
112:17 113:6
117:19 133:12,16
135:7 136:4,20
137:12 144:24
153:5 155:21
157:21 162:24
165:14 175:15
180:2 192:5,9 193:5
193:6
**goal** 35:7,18 36:7,8
39:8,23 40:3 46:8
46:10,13 47:2 48:8
48:10,13 49:4,19
50:25 51:6,14,18
**goals** 33:17,19,21,23
34:1,1,1,15,18 36:1
36:9,14,19,22 40:4
48:14 49:11,15 50:7
50:8,19,20 51:8
53:24 62:20,21
69:15
**goes** 31:10 57:3 70:5
70:11,18 84:24
106:9 134:16
135:22 136:18,19
161:8 171:10
183:14
**going** 7:11 14:2 18:3
18:6,9,16 19:5
20:22 30:17 37:13
38:24 43:23 44:10
44:22 46:7 66:19
76:1,9 77:24 78:6
78:17,20 80:23
85:12,22 96:20
101:18 102:11,17
103:12 105:13
106:10,11,24
109:19,24 110:15
110:20,24 121:22
125:19,22 126:2,6

127:21 132:15
137:10 138:8,13
139:5,10 140:15
142:4 143:9 147:22
148:17,20 151:2
152:16 167:19
173:1 192:1
**good** 2:6,7
**gordon** 164:19 165:4
168:6
**gotten** 37:7,10
192:17
**graph** 87:21 89:19
**great** 39:19 162:9
**greater** 43:3
**gross** 67:24 68:15
**group** 7:15,17,21 8:4
46:2,12 47:12,13
48:7 52:25 53:1,5
93:5,5,9,11,16,17
93:18 94:2,8,9,25
127:15,17 151:9
161:16,17,18,21
163:2,4,5
**groups** 88:7 93:7
94:7
**guarantee** 152:16
**guarantees** 139:6
**guarantor** 138:19
**guaranty** 55:7,9,12
56:2 73:10,13 78:14
104:9,17 150:3,12
150:22 155:13
159:23 177:24
178:8
**guess** 20:18 63:15
103:12
**guessing** 115:2 116:2
**guide** 129:9 131:22
**guideline** 64:17
**gunderson** 45:5
**guts** 135:19
**guy** 179:14

**H**

**hail** 156:17
**half** 175:18

**hand** 67:20
**handed** 37:14 102:3
**handle** 27:17 96:15
160:18,20
**handled** 124:4
**handles** 160:4 188:25
**handling** 25:25 66:15
67:1 116:16
**happen** 29:22
**happened** 122:2
123:15 143:9
156:20
**happens** 43:7,9
**hard** 1:22
**hardwood** 99:17
**harwood** 99:15,18
**hasnt** 152:2
**havent** 125:4,5 132:6
175:3
**hazard** 3:2 15:3,6,7
15:17 16:1,14 19:15
19:19,21,24,24 20:4
41:10,18,22 42:8,9
42:18 47:6,14,20
48:3,6 63:7,9 65:6
66:21 71:15 72:13
73:15 77:9 78:19,25
81:12,17 97:2,8
104:18 105:2,16,18
108:10 137:24
141:19 145:14
154:11,13 155:22
156:4,8,16,25,25
157:1,7,14,16 158:1
158:3,6,6,14,20,24
159:3,10,13 173:3
187:10,10
**hazardplus** 64:23
65:5,6,9 73:17
83:25 84:3 87:2
**head** 117:8
**heading** 40:21 93:6
93:15
**hear** 132:19
**hearings** 122:17,20
122:23 123:4,5
**help** 105:11 122:1

166:8 175:12
**helping** 56:7
**heres** 75:24
**hes** 7:24 22:21 105:12
105:13 127:19
143:15 179:20
**hialeah** 12:11
**hierarchy** 61:2
**higher** 92:25 126:7
176:8
**highly** 93:22 96:5
**hire** 62:11 119:4,16
119:25 120:2,3
**hired** 37:15,25 151:9
**hiring** 120:4
**historic** 176:9
**history** 123:22
**holding** 28:17
**home** 40:14 47:23
66:22 67:3,4 70:6
70:10,19 81:5 82:6
85:17,23 105:2
108:19,21,24 109:6
109:7,13,18,25
110:13,17 118:7,9
165:4 168:7 169:8
171:24 172:7 179:8
191:3 192:4,9
193:10
**homeowner** 56:11
88:1,9 92:10 121:24
134:6 142:2,24
143:4,21 180:15
**homeowners** 21:25
76:8 79:20,22 87:22
88:19 90:11,12
138:13 146:21
166:6
**homeownership**
87:12
**homes** 7:7 48:1
**hour** 108:7
**hours** 33:22
**house** 93:12 157:10
**hsbc** 20:12 25:24
89:20 91:7 113:21
128:14 144:4

145:23 185:3
**hundred** 12:17 68:5
**hurricane** 43:9
**hypothetically** 79:10
136:6

**I**

**id** 16:20 63:19,21
76:3 90:21,25 91:2
97:9 109:1 115:2
120:1 154:16
183:22
**idea** 12:16 42:11,13
42:14 76:6 101:13
112:24 174:10
183:4,18,20 184:1
**identical** 120:24
165:16
**identification** 24:8
40:7 74:19 87:8
101:17 113:25
120:15 126:10
129:6 147:21
149:24 164:17
168:3 170:24
173:11 176:25
179:2
**identified** 76:18
189:9
**ill** 16:5 129:7 150:1
166:15 168:4
**im** 2:18 4:21,23 8:19
11:10,11,14 12:11
13:25 15:11 16:13
16:20 17:4,4 18:5
21:4 23:4 25:6
27:13,20 36:5 38:9
39:15 40:9 45:21
48:5 51:6 52:7 62:4
70:7,7,8,13 72:5,10
75:11 76:2,6 80:24
82:20 84:22 87:16
92:4,23 93:1 96:20
99:6 100:16 101:6
103:2,3,5,12 105:1
106:12 111:20
113:1,2 117:1 119:9

119:11 120:6,16
121:14 124:5
125:21 127:21
128:2 129:18 131:3
136:2 138:11,15
139:2 140:11,19
141:5,15 143:19
144:25 146:18
147:5,13,14,19
151:1 152:7,17
160:8,25 161:22
164:1 165:6 166:7
170:9 172:3,14,19
177:10,23 179:3,10
183:5 184:2 185:25
186:25 187:6 188:8
**immediate** 29:14
31:8
**impact** 130:3 167:3
**important** 19:15
**improved** 120:10
**inch** 175:19
**inclosed** 136:5
**include** 25:2 33:15
56:24 67:6 79:12,17
95:7
**included** 49:2 55:18
68:1,2 84:7 147:17
167:5,19 185:23
**includes** 136:25
174:24
**including** 10:10,11
172:5
**increase** 36:24 141:2
**increased** 140:22
175:8
**increases** 36:25 37:10
39:20
**incurred** 10:14 14:14
65:1 69:12,13
**indemnity** 55:8 78:15
128:14 178:12
**independent** 174:4
**indirect** 28:16,18,25
29:2
**individual** 15:2 19:1
33:17 37:17 79:19

94:17 95:4 135:8
143:21 165:24
179:15 190:17
**individualized** 48:14
**individually** 60:3
**individuals** 13:10
18:25 92:2 94:13,16
123:2 124:7 192:16
**industry** 21:9 56:21
62:12 64:14 99:22
191:8
**information** 6:17,23
6:23 8:14 14:9,12
15:20,20 17:1 21:16
30:6,23 31:4,24
34:17 39:9 44:23
45:9,15 49:2 51:1
51:20,22 52:1 53:23
57:13 58:23 59:4
61:20 75:14 76:16
76:17 77:21 85:3
87:16 96:10 97:10
103:1 106:21
107:23 108:3
114:14 115:11
123:18,25 125:13
130:14,18 137:1
149:15,19 161:15
163:23 164:2,5
188:16
**infrequent** 121:18
191:6
**infused** 96:8
**inhouse** 50:4 57:18
**initiatives** 35:9 60:2
62:20,21
**input** 106:20 107:22
108:4
**instance** 121:21
**institutions** 100:1
**instruct** 148:6
**insufficient** 83:20
**insurance** 2:15 4:12
4:15,18 6:2,4,7,11
6:13,15,21,24 7:4,6
7:7,9,20 8:5 9:16
10:15 11:1 13:13,16

14:4,15,17 16:10,14
17:1 18:3 19:13
22:6 24:22,24 25:2
25:19 40:21 41:9,10
41:19,22 46:24 47:7
47:21 48:3,7 55:6,7
56:11,12 58:11 59:4
61:19 62:13 64:8,22
65:7,21 66:2 71:2,8
71:19,23 72:7,12,15
73:6,10 75:4,21,24
75:24 76:9 78:9,14
78:25 79:16,18,23
80:12 81:15 82:15
82:22 87:11 88:19
89:12 93:5,11,17,20
93:24,24 94:1,5,9
95:1,4,6 96:6,10,16
97:1,23 98:5,13,16
98:19 99:4,9 100:1
100:14,18,19
103:13 104:1,8,18
104:18 105:2,3
106:21 107:6,23
108:3,11,24 109:14
110:14 114:5,12,18
122:17 125:10
126:14 127:1
130:20 131:1,2,6,8
131:9,20 132:11,16
133:10 135:16
137:3,11 138:3,6,9
138:18 139:18
142:21 143:11
146:8,14,21 147:7
147:16 148:1,2
150:12,13,20,21
151:14,15 153:13
155:2,3,9,12,16
157:2,16 159:1,19
160:17 162:12
163:18 168:19,21
169:7,12,18 170:3
170:13,19,23 171:7
171:25 173:5 174:5
176:2 177:2,7,11
178:2,6 182:14

183:18 186:20
187:10,11 188:7
190:9 191:10,16
192:4,12 193:3,9
**insured** 43:17 135:4
**insureds** 165:17,23
166:18
**insurer** 6:19 78:4
151:25
**insurers** 177:17
**insuring** 153:14
**integrity** 57:14
**intent** 139:13
**interact** 59:24 121:20
191:14
**interaction** 60:1
191:4,9
**interactions** 192:15
**interfaces** 184:12
**interfinancial** 29:15
29:16 31:8
**internal** 1:17 34:1
35:7 50:4 59:4
118:20
**internally** 38:15 63:4
96:18,19
**internet** 118:12
**interpret** 42:21
152:12
**interpretation** 156:3
**interpretations** 97:20
**interpreted** 131:13
**interpreting** 167:11
**investment** 114:19,22
121:5
**investor** 122:6,9
184:19
**investors** 56:23
**involved** 8:7 9:13
44:6 57:20 118:14
159:19 173:21,24
191:17
**involvement** 30:2
56:6 62:20 77:18
122:16 128:22
165:3,8 190:11
192:12,14

involves 4:9
ip 38:12
irregularly 13:9
isnt 31:11 54:20 89:1
    97:3
issue 11:8 32:15
    61:10 93:13 120:13
    121:23 125:15
    135:15 147:12
issued 66:21 67:20
    68:11 78:3 142:23
    143:6 153:1 156:24
    169:19
issues 90:12 100:21
    116:16 117:24
    121:12 168:21
    191:10,11,14
item 39:17
items 62:8
ive 5:14 34:17 63:21
    68:12 102:3 114:1
    126:11 179:4

------

## J

january 24:12
job 7:15 34:21 35:18
    102:11 110:6
    112:13 180:19,20
    181:10
jody 45:5
john 10:4 14:5 17:11
    19:5,8 40:5 44:1,13
    45:2 49:19 52:3
    53:20,24 60:18 92:3
    111:5 115:13 123:8
    123:18 124:25
    173:15
johnson 85:8,9
join 14:22 16:4 46:17
    54:16
joined 7:22 58:15
jp 101:12 164:20
jpmcb 169:19,20
jpmorgan 17:13
    18:10 19:7 168:22
    169:8,25 170:5,9,14
    170:21

july 57:23 126:4
    137:5,5
june 57:10
jurisdictions 177:3

------

## K

kahle 121:9
kathy 54:1
keep 111:23
keeps 115:22
kenneth 2:1,10
kevin 173:15
kind 33:14 75:15
    116:10 118:18
    123:21
know 2:24 3:4,16 4:8
    7:17 8:14,16 12:1
    12:23 13:1,6,12,15
    13:18,21,24 14:6,9
    15:8,10 17:7,21
    20:9,24 21:17 22:8
    23:7,8,16,18,22,24
    23:25 27:13,13
    28:18 29:17 31:21
    33:18 35:24 36:18
    39:16,21,24 41:15
    42:3,6,7,8 43:19,21
    45:22 48:11,11,13
    49:1,1,4,5,8,11,13
    49:18,19 51:16,17
    51:23 52:1,16 53:10
    53:23 54:22 57:15
    58:1,17 61:11 63:23
    64:21 65:1 66:3,18
    67:9 73:19 74:3,4,6
    76:5 77:12,13 81:19
    81:22 82:17 84:17
    85:13 86:12,16
    90:23 91:5 92:7,9
    92:11,15 95:12,15
    95:18,20,22 96:1
    98:11,24,25 99:2,8
    100:5,12,18 101:3,5
    101:10,14,14
    102:18 103:7
    109:13 110:2,4,5
    111:3,11,16,19,20

111:20,25 113:2
114:10,10,23 115:3
115:8,11,13,14,16
115:18,19,21,24
116:17 119:11,12
119:13,15,18,19
122:10,12,15
124:14 125:16,18
125:22 126:2,5,6,16
127:2,12,18,19
128:9,10,15,16,18
128:25 129:17,22
129:25 130:2
131:18,21 132:4
133:19,24 134:4
140:1,5,18,19
142:15,21 143:22
145:3,10,13,16,19
146:2,7 148:19
151:4 152:22 153:4
153:7,20,22 154:3
154:12,24 157:21
160:5,7 161:11,19
161:20 162:11,14
162:16,21 163:11
163:21,22 164:21
165:20 166:22
167:7,9,10 168:9
169:2,6,10 170:6,8
170:10 171:4,6,14
172:12 173:24
174:11,13,15,18,20
174:24 175:5,7
177:18,19 178:24
179:12,13 182:7,19
183:8,18 184:5,8
185:9,9 187:8 188:9
189:17,19 190:5,8
190:20 191:15
192:6,9,12,14,16
193:1
knowing 8:11
knowingly 175:14
knowledge 1:12 7:18
    8:6,10 9:12,18
    10:13,16,19,21,24
    11:7 14:3,7 15:7,21

16:20,21 18:16
21:22 31:7,11,14
61:9,12 96:2 112:4
114:25 115:15
146:19 162:12,15
167:8,24 169:21
170:15 171:1
173:20 176:13,18
193:8,8
knowledgeable
    162:15
known 61:20 78:25
    134:19 156:25
    173:1,2 188:15,17
    188:21
knows 8:12
kunz 83:12
kunzelmann 24:11
    32:2,4,9,22 74:23
    78:7 79:2,21 122:1
    134:13 136:4,14
kunzelmanns 32:16

------

## L

labeled 56:9
lack 131:24
lacking 157:7
lady 160:4
lamnin 45:5
land 157:2
lane 45:6
language 63:14 87:19
    135:19 157:4
lapse 88:9
lapsed 143:11
lapses 87:22 90:10
    92:10
laptop 118:12
large 21:8,11 43:6,11
    55:23,24 116:16
    127:10,17
larger 29:4 179:6
largest 41:9,13,18
    81:3
lasted 3:17
law 21:21 64:18
    156:3 171:24 172:4

```
      184:21
laws 94:5
lawyer 33:22
lawyers 121:13
lead 11:10
leasing 154:9
leave 35:1,20
leaving 7:10
left 75:12 81:6 85:23
legal 31:16 191:16
lender 18:7,17 19:2
   23:21 26:21 47:14
   56:9,17,24 60:4
   62:12 63:22 65:14
   87:23 88:5,24 90:2
   90:17 92:14,20,21
   97:19,20 118:19
   119:2 130:4,15
   131:14 146:2 148:1
   158:12 166:14
   177:13 184:24
   185:10,14
lenderbased 131:7
lenderplace 158:3
lenderplaced 2:15
   3:3 4:12,14,18 6:3
   6:14 7:19 8:5 9:16
   10:14 11:1 13:13,16
   14:4,15,20,24 17:2
   18:2,5 19:13 22:6
   25:19 26:13 27:24
   32:5 41:10,18 42:19
   44:25 45:13 47:6,20
   48:3,6 54:12 55:12
   56:1 57:2,12,18,24
   58:16,19,22,24 59:3
   59:5,13 61:14,16,22
   61:22 62:15,22,25
   63:6,18 64:8,22
   65:3,6,12,19,23,24
   66:10,14 68:4 70:4
   70:10,16 75:4 76:14
   76:19 77:8 78:7
   80:14 81:25 82:2,9
   84:18,21 86:4 87:11
   93:12 94:10,14 97:1
   100:20 101:11
```

```
104:4,6 118:16,22
118:24 122:17
130:19 131:1,6,8
132:11 135:8
138:18 140:8,22
141:2,20 142:22
143:5 144:23 145:6
147:8,17 155:12,17
156:4,15,21,23
158:25 159:1,13,14
161:9,12,16 163:17
165:25 166:23
168:20 169:18
170:3 171:11,17,25
172:16 177:20,22
179:9 180:8,13
181:2 187:10
189:13
lenders 17:6,24 18:11
   19:13 21:24 25:9,14
   25:15,18 26:17 45:1
   45:13 55:2,17,22
   56:1 60:5,8,11 62:7
   77:6 86:11 89:10,11
   89:17 92:11 93:25
   94:3 97:24 113:9,15
   124:12,13 144:3,5
   144:11 181:8,10,17
   182:4,21 184:6,23
   185:1,8 188:21
lending 39:25 40:2,5
   40:21 41:2,3,8 44:2
   44:3,6 46:11,15,19
   47:2,5 48:4,16,22
   48:25 49:6 50:25
   51:8,15 52:16,17,20
   52:23 53:12 57:18
   58:20,21,25 59:3
   62:17 64:6
length 151:1
letter 28:3,4,7,9,10
   65:22 66:1 72:9
   75:14 76:20 85:14
   86:13 88:11 134:5
   134:12,16 136:4,7
   136:15 156:4
   173:14 175:16,24
```

```
letterhead 75:21
   76:19 175:17
lettering 148:2
letters 14:17 16:11
   75:9,19,22 81:25
   82:3,8,10,18,24
   83:6 86:3,4,7,9,10
   86:13 118:16
   134:12 136:3
   155:21 156:5,19
   157:4 158:23,24
level 95:5 107:15
   108:14 189:7
   190:11 192:13
levels 105:21
liability 1:4 79:18
license 98:17
licensed 98:5,7,8,19
   98:23 99:6,12,24
light 130:8
limited 1:17 161:4
line 8:18 9:5,7 39:17
   78:4 79:1,17 88:23
   114:20 174:7
   177:16
lines 80:13 170:14
liquidated 105:20
   107:10,16 108:15
list 10:12 19:12 55:18
   61:5 98:10 99:7
   126:18 177:3,5,7,11
listed 11:6 54:11
   55:22 56:1 59:9
   95:15 156:16 193:2
lists 177:2
litigation 30:15 132:8
   132:12
little 25:4 43:23 50:2
   50:3 64:20 65:18
   76:25 92:17 178:24
live 1:4
loan 20:1,2,4,10,17
   21:7,11,14 55:19,23
   60:4 90:5,23 91:5,6
   91:14,17 92:16 94:4
   95:4 96:16 117:25
   123:1 138:14,20
```

```
142:19,20,21,22
143:10 144:1 157:2
181:21 182:7,17,24
182:25 183:2,7,13
183:14,15,23 184:4
184:5,20 185:1,20
189:7 191:19
loanlevel 116:16
loans 14:16 16:9 27:1
   59:2 61:8,15 75:3
   88:8 95:7 101:11
   118:14 123:11,13
   123:24 124:7 139:5
   139:6,11,15,16,19
   144:2 151:12 152:1
   157:1,25 162:25
   168:22 169:19
located 12:9 22:18
   54:10 85:10 127:6
   127:14 160:13
   166:2
log 50:17
long 3:16,20,22,23
   5:2 11:24 13:21
   179:7
longer 7:23 132:15
   139:18 140:7
   179:21
look 73:20 81:6 83:24
   90:21,25 91:2,4
   103:16,17 104:12
   105:14 112:18
   121:4,23 150:24
   158:4,6 169:16
   176:7 178:17
   183:10,21,22,25
   185:2 186:22,23
   189:21
looked 77:7 84:3,4
   97:1 146:5 154:22
   180:4,6,9
looking 15:21,22 29:9
   44:23 45:10,15 57:9
   67:10 97:22 105:1
   106:4 115:22 138:8
   173:13 188:14
looks 41:1
```

loss 64:25 65:1 69:10
    69:11,16,20,24 74:7
    114:21 174:8
losses 69:12,13
lost 1:4
lot 87:18 148:14
    151:2 184:9
lower 61:1 126:7
lpi 161:5,8

## M
mac 64:16 129:15,18
madigan 9:19,20,21
    23:12,25 44:13 45:3
    115:13
mae 64:16,19 73:5
    129:9,15,19 131:4
    131:23,25 138:14
    138:17,19,24 139:5
    139:11,13,16
    141:22 144:12
    146:13,16 147:25
    148:5,22,25 149:7
main 10:8 82:24 83:3
maintain 112:3
maintains 43:14
majority 35:12
making 16:10 113:19
    146:10 153:12
man 52:8,9
manage 25:8 34:18
    41:6 42:25 43:8,12
    71:25 98:5 110:10
managed 6:11,16,19
    94:16
management 4:21,24
    5:7,13,16 9:6,8,23
    22:21,22,24 23:1,3
    24:16,18 41:6 58:14
    91:23,24 113:15
    116:12,14,21,22
    119:22 120:6
    170:22 191:5
manager 5:8 6:2,7
    7:16 37:6 38:4 50:6
    58:14
managers 6:12 38:21

50:13 52:15
manages 26:14 58:22
    59:2,3 60:7,8,9
    127:4 159:13
managing 6:22 7:24
    17:5 25:2 74:8
    116:4 119:14
manhattan 5:23
manual 37:24 97:17
    112:22 179:9,10
manuals 27:19
    157:22
map 54:7 81:1,3 84:3
march 62:24 129:10
    141:23 147:25
    148:2
mark 22:3 33:6 40:9
    74:23 101:18 114:1
    127:5 128:3,4 129:2
marked 24:7,9 40:6
    40:10,11 74:18,20
    80:23 87:7,9 101:16
    101:21 113:24
    120:14 126:9,12
    129:5,8 147:20
    149:23 150:6
    164:16 165:9 168:2
    168:5 173:10
    176:24 179:1,4,4
    189:22
market 43:5 170:23
marketing 91:23
mary 45:5
master 102:20 113:14
    135:7,15
materials 149:9
matrix 123:25 124:2
    124:20
maximum 152:17
mccarty 173:15
mean 10:18 15:3 16:3
    16:8,25 17:17 25:3
    28:25 29:2 30:12,12
    32:15 39:8 40:2
    42:17 43:4,15 44:14
    44:17 46:11,14
    54:15 55:1 58:7

62:3 67:17 70:21
    73:20 75:7 77:20
    81:25 91:2 95:2
    96:7 100:6 104:6
    115:9,16 116:2,13
    117:9,22 130:25
    131:10,16,18
    134:11 138:19,21
    139:12 152:11
    157:19 163:11,12
    167:1 171:15 174:9
    182:12,14
meaning 85:20
    124:12 130:15
    188:10
means 25:8 28:18
    29:3 35:1 39:24
    42:18 43:5,11,16
    62:4,5,10 63:2 95:3
    95:10 96:8 114:23
    115:4,18,20 131:21
    146:7 152:8 165:20
    166:8,22
measured 52:17
measurement 105:20
    108:14 109:17
    190:1,6,10
media 121:5,12,21,22
    122:8,12
meet 13:8 33:24
    37:21 48:8 117:18
    130:6,8 182:2
meeting 50:8 53:1,4,7
    53:11 129:23
meetings 52:19,23
    53:9 63:25 129:14
members 52:24 85:18
memorandum
    173:17,20 175:14
memorandums
    173:22
memorized 20:10
    28:11 76:3
mention 167:21
mentioned 46:5 92:2
    101:24
merged 7:12

mergelmeyer 52:6,10
    52:10 53:17
merit 36:24,25 37:10
    39:20
met 36:22 49:11,16
    49:20 113:20
    122:11 181:3
metric 49:18
metrics 34:21
miami 12:5,6,7,12,15
    160:8,14 161:9,13
    161:15 162:3 163:4
michael 14:5 17:11
    19:5,8 33:13 37:3
    44:13 45:2 92:3
    94:21 103:6 111:4
    115:12 117:14
    128:2 186:19
michelle 45:5
mid 55:18
middle 55:17 81:6
    87:20 89:16 106:11
    108:2 152:6 168:7
middletiered 20:16
migrating 113:16
migration 62:25
    63:11
mike 8:17,19 34:6
    120:1
million 84:11 113:3
    117:10,21 118:13
    119:10 153:25
millions 64:23,24,24
    66:20
mine 47:2
minimal 66:12,16
    77:14,15
minimally 114:8
minimum 152:7,10
    152:15,18,22,25
    153:5,6,20,21,24
    154:13,24
minimums 153:10
minus 67:24 68:16
minute 5:22 154:19
missed 143:11
misses 143:5

misspoke 133:8
mobile 47:23 48:1
moment 59:15
money 96:8 119:3
  138:23 159:21
  171:11
monitor 27:2 93:24
  95:3 97:23 110:10
  112:16 117:23
  152:1
monitored 33:19
monitoring 88:18
  93:4,9,16,18,19
  94:8,25 95:1,10,13
  95:24 112:23
monitors 151:12
month 68:6 90:24
  91:6 137:9 142:7
  152:20 153:6,6
  154:13 181:21
  182:8,17,25,25
  183:2,7,14,15 184:4
  184:5 185:2,20
monthly 52:22 53:1
  57:8 108:3 112:3
  137:4 142:8 152:7
  152:10,22,25
  154:23 171:19
months 63:11 68:8,10
  68:12 178:21
morgan 101:12
  164:20
morning 2:6,7 44:10
  192:2 193:6
morris 2:20 4:2,8,13
mortgage 5:23,24 6:8
  6:20 25:2,24 26:4,8
  26:11 40:14 54:6,8
  54:11 55:1,2 66:22
  67:3,5 70:6,11,19
  81:5 82:6 85:18,23
  87:12,23 88:5,24
  90:2 105:2 108:19
  108:21,24 109:6,8
  109:13,18 110:1,13
  110:17 124:8,9
  126:16,17 171:24

172:7 179:9 191:3
  192:4,9 193:10
mortgaged 56:12
  94:3
moskowitz 2:5 7:25
  8:2,15 14:23 15:1,5
  15:13,16 16:5,9
  17:18,22 18:2,15,22
  19:16,25 22:3 24:9
  26:6 27:11 29:13,14
  32:8,13,17,20,25
  33:5 40:8 44:19,24
  45:11,21 46:7,18
  47:11,18 49:22 50:1
  54:17,22 56:19 67:6
  68:23 69:1,3,19
  70:3,15,22 72:20
  73:4,12,19 74:4,7
  74:14,20 75:8 76:5
  76:21,24 78:12 79:9
  79:21 80:1,3,5,16
  82:13 83:4,6,11
  87:4,9 88:16 89:3
  90:4,9,19 91:13,21
  96:24 101:18,23,24
  102:7,14 103:2,6,9
  103:20 104:5,21,23
  105:15 106:3,8,19
  107:22 108:16
  109:3,22 110:4,19
  110:25 116:8
  120:16 126:11,22
  127:25 129:7
  131:16,18 133:9
  134:15 135:6,14
  136:2,22 139:4
  140:6,12,21 141:1,7
  141:13,17 142:18
  143:1,4,18,19 144:1
  144:10,17 147:4,14
  147:22 148:13,23
  149:4,8,12,15,18,25
  150:24 151:11,24
  152:5 153:4 154:3,6
  154:10,12,18,22
  155:8,19 156:13
  157:3 158:19

159:17 160:23
  161:6,7 162:9,11
  163:16 164:11,13
  164:18 166:16
  167:14 168:4
  169:16 171:14
  172:3,9,21,24 173:8
  173:12 175:11,21
  175:23,24 177:1
  178:18,19 179:3,22
  180:2,25 181:7,16
  181:20 182:13,16
  182:19 184:25
  186:7,13 187:6
  191:22,25 193:13
move 40:18 56:13
multiple 170:13
myriad 184:22

## N

name 2:8 7:22,23
  11:14 12:10 22:14
  24:22 38:13 43:19
  46:21 52:9 66:3
  99:14 102:8 105:1
  133:25 151:22
  160:3,6,8 161:22
  174:5 186:19
named 190:17
names 13:6 94:13
  98:11 127:3 128:16
nation 6:10
national 43:2 173:4
nationstar 20:13
  25:25 89:21 91:8
  99:12 113:22 144:4
  145:23 185:3
nationwide 7:7
  137:18 139:19
  141:17
near 175:15
necessarily 30:14
  55:19 157:12
need 14:9 15:23 16:7
  18:25 19:16 30:17
  44:14 45:4,16 64:2
  67:15 71:25 77:22

83:23 96:20 101:20
  101:25 121:23
  185:2,4
needed 83:17 97:16
  116:18 117:24
  123:11 139:23
  180:12
needing 189:16
needs 120:10 130:18
  146:10 170:24
negative 133:17
negotiates 91:21
negotiation 170:23
net 64:25 66:20 67:21
  67:23 68:1,15,18
  84:5 142:14
never 34:17 67:15
  100:23 122:11
  146:19 169:14
  175:1
new 35:16 94:19
  119:17 122:17
  125:6,11,15,20
  126:3 183:23
nine 6:1
nittygritty 133:1
normal 13:10
normally 137:4
north 26:11
norwest 150:5,21,21
  151:4,5,10,14,15,18
  191:2
note 1:5
notes 1:11
notice 28:10 45:4,25
  61:23 134:23
  135:22 136:18,19
  136:24 158:2 171:9
noticed 75:23
notification 58:10
  82:9 134:21
november 173:14
number 20:1,3,14,22
  21:6,18 24:15 28:13
  42:3 51:11 75:25
  80:13,17 81:8 84:10
  85:14 102:15

108:20 133:17
142:14 145:20
168:7 174:3 178:2
**numbers** 33:9 49:18
66:24 69:7 71:21,22
84:7 106:6 113:1
186:9,10
**nuts** 135:18

**O**

**object** 8:8 17:25
18:13,18 19:22 22:1
26:2,3 32:6,11,12
32:23 33:2,3 45:7
45:18 46:4 47:16
56:18 66:23 68:22
69:17 70:1,12 72:17
73:1,7,16 74:5 75:5
76:4,11,23 78:10
79:7,14 80:3,8
82:12 83:1,2,10
86:25 87:1 88:13,25
89:24 90:7 91:9,19
102:6 106:16,18
108:12,25 109:15
110:3,9,22 116:6
126:19,20 131:11
131:17 133:6
134:14,17 135:10
136:1,16 140:4,10
140:16,24 141:4,11
141:14 142:9,10,25
143:14,15 144:6,14
144:15 146:23
147:10 150:23
151:6,20 152:3
153:2 154:2,5 155:4
155:5,14 156:10,22
158:15 159:11
160:19 164:9
167:12 169:13
171:13 172:1,8,18
172:23 173:7
175:10 180:23
181:4,12,18 182:10
182:15,18 184:7
193:12

**objected** 147:15
**objection** 14:19,22
16:2,4 17:16 19:14
46:14,17 47:8,9
54:14,16,19,21 69:2
73:8 75:6 79:25
80:9 90:16,18 133:5
135:11 140:17
147:11 155:15
164:12 172:2
182:11
**obligated** 147:3
170:4
**obligation** 10:17 25:9
55:3 88:21 90:2
109:19 144:8 182:2
**obligations** 17:6
18:21 26:16,18 54:8
110:7 112:13
113:20 119:15
181:14
**obtain** 56:12 65:16
72:7 76:18 157:15
**obtaining** 93:20 95:1
**obvious** 148:24
**obviously** 157:5
**occ** 64:17
**occasionally** 190:23
**occur** 72:11 100:10
100:11 133:18
153:16 157:15,16
184:22
**occurred** 58:14
**occurring** 64:14
132:25
**occurs** 58:11 66:13
111:15
**oci** 96:13
**ocr** 96:13
**offer** 56:13 177:13
**offered** 48:7 57:1
65:15
**offering** 100:1
**offhand** 90:21 183:3
**office** 12:7,13,15
50:16 51:14 54:9
85:9 127:8,10,11,14

161:9,14 162:1,3
175:12
**officers** 170:19
**offtherecord** 149:21
159:15
**oh** 106:7 143:18
**ohio** 7:14
**okay** 4:1 5:20 15:24
17:18,20 18:15
20:11,19 21:22
24:15 25:1,7 26:12
28:12 29:13,22
30:20 35:10 38:23
39:12 40:8,18 41:2
43:2,13 44:5 46:7
49:22 52:3 54:4
55:25 56:5,9 58:24
59:9,13 60:20 61:5
62:19 64:19 66:19
71:14 72:3 74:11
77:23 88:7 89:9
92:23 93:14 94:24
96:4 97:12 98:2
106:1,19 109:3
110:19 111:22
112:1 115:6 117:3
119:1 120:16
122:16 124:20
125:24 129:13
130:17 133:1
144:10,17,21
145:10 147:22
148:13 149:25
154:18 155:19
156:18 157:3,8
165:3,12 166:8,16
169:6 174:2,7
175:15 178:7,11,18
178:23 181:7,20
182:3 183:1 186:13
**old** 102:18
**oldest** 150:4
**once** 23:10 142:19,22
189:9
**ones** 8:5 25:23 35:6
71:6 144:17 177:22
182:9

**open** 62:8
**operating** 24:17
**operation** 6:8 7:13
58:15,16,19,24 59:5
60:10 61:19 62:1
110:6 118:25 130:3
181:15
**operational** 16:24,25
17:8 18:20 25:5
69:23 93:10 109:10
116:9 188:24
191:10
**operations** 28:14
31:18 56:10 57:25
59:14,21 61:14
62:16,22
**opinion** 41:17
**option** 65:21 76:8,13
**orally** 38:5
**order** 1:21 14:7 20:10
20:23 123:14
**ordering** 1:5
**organization** 5:14 6:1
8:13 13:4,11 14:1
21:16 25:10 28:14
29:4,6 31:23 38:21
46:23 111:15
122:14 151:8
179:21 192:16
**organizations** 43:19
46:22 122:13
**original** 68:9 109:23
150:9,20
**originate** 166:21
**ots** 64:17
**outs** 62:8
**outside** 58:10 65:23
83:19 157:13
170:22
**outsource** 25:19
89:12
**outsourcing** 16:14,17
36:11 58:15 61:19
61:24 62:1,4,5,7,10
62:13 79:15 80:11
85:19 93:9 94:12,15
95:9 118:25 120:4

147:1 157:9,20 159:2 184:19,24 188:24 189:2
**overall** 47:4
**oversees** 60:9
**oversight** 26:15
**owned** 42:19 56:15 56:16,19,21 138:14
**owner** 138:20 179:12
**ownership** 56:22
**owns** 139:5

**P**

**package** 135:3,18 136:25
**packet** 175:18
**page** 28:12 40:20,21 41:8 46:13 53:2,15 54:4 55:22 56:7 59:6 60:21 62:19 64:20,21,21 71:21 73:15 78:21 80:24 80:25 84:20,22 87:18,19,20 89:19 93:3,14 97:22 104:13,14,22 105:4 105:12,14,23,24 106:2,3,5,13,19 107:1 109:5 114:15 114:17 115:23 120:19 121:4 130:25 131:4 138:11,12 150:25 152:6 153:5,25 154:1 165:14 169:17 174:2 178:9 186:5
**pages** 56:5 74:25 83:11 84:8,14 105:7 106:9 175:16 176:1 179:7
**paid** 68:23,24 69:4,9 72:15 90:10 134:3 137:3,4,6,11,15 142:1,6,16 145:5,13 145:19 152:13,16 152:19 153:21

161:13 162:13,19 163:9,17,25 164:6 166:20 167:17 169:1 187:16
**paper** 71:23 118:11 135:3 136:17
**paragraph** 31:3,11 152:6 168:18 169:17 170:12 186:23,25 187:1,3,7
**paragraphs** 32:14
**parent** 29:15 31:8
**part** 13:9 46:9 71:23 74:8 92:23 97:6 110:6 126:14 146:5 171:23 174:8 180:7
**participate** 129:13
**particular** 19:1,2 60:4 88:20 189:23 190:5 192:7
**particularly** 44:6
**parties** 110:8
**party** 1:8,16 100:8 107:12 148:4,12
**passed** 21:23 64:18
**patrick** 45:6
**pay** 1:20,22 72:18,23 73:2,14 99:25 133:9 134:9 136:8 139:18 140:7 146:6 170:4 171:16 188:3,6 189:20
**paying** 73:5 99:23 100:7 139:24 140:2 144:12 159:19 160:1
**payment** 134:19,24 135:23 136:9,18 142:5,5 143:5 171:10
**payments** 153:13
**pays** 31:16 72:25 100:19 136:23 168:19 185:1
**peggy** 175:22,25
**penalties** 172:6
**pending** 2:24

**people** 8:10,13 10:3,8 11:6 12:15,21 14:8 14:16 15:6 16:15,20 44:2,9,11,15 45:17 45:25 46:16 52:20 53:8 59:7 61:6 71:17 72:6 117:3 119:4,16,25 120:2 121:5,6,20 122:6,9 127:10,11 129:23 162:8 166:3,5
**percent** 72:14,18,25 73:6,14 74:2 102:2 118:6 131:19,20 132:16 133:3,10 134:3 137:2,11,21 137:25 139:6,18 140:7,9,14,15,23 141:3,25 142:7 143:21 152:9,20 162:25 163:9,17 164:7 174:9,11,21 174:23 175:4,7 176:8,17 183:18
**percentage** 69:12 79:24
**perform** 15:25 17:8 93:11 118:20 147:1
**performance** 33:7 34:21 35:21 50:7
**performed** 31:12 66:17 110:21 111:13 118:21
**performing** 62:5 190:9
**performs** 33:12 107:9
**peril** 156:15
**perils** 156:11,16
**period** 65:4 67:19,25 68:16,18 69:14 143:12 152:14 191:5 192:19
**periodically** 58:4
**person** 8:11 18:6,9,10 18:15 86:20
**personal** 9:12,18 10:24 31:7,11,14

50:19 56:6 61:9,11 79:4,12,17,24 80:6 80:21 96:2 101:7 114:25 151:5 169:21 193:8
**personally** 57:20 69:19,21 109:9 113:19 129:13 168:15
**personnel** 118:1
**persons** 182:4
**perspective** 55:23 130:4,5 188:14
**phillips** 45:6
**phone** 17:2 71:7,17 72:6 75:24 85:14,15 86:20 102:15 118:2 118:12
**physical** 24:23 34:14 94:7 162:5
**physically** 12:4 22:18 85:9 162:1
**pick** 71:17 72:6
**picked** 71:6
**picking** 118:2
**picture** 40:22 41:1 53:16 59:7 60:20
**pictured** 44:15 53:2
**pie** 87:25
**piece** 185:18
**pilates** 128:13
**place** 1:10 16:10 28:15 58:5 76:1 135:17 142:6 146:25 155:3 182:2 189:5
**placed** 32:9 47:14 56:2,9 68:8 78:8 142:2,20,21 143:12 148:1 152:20 156:24 158:12 165:17 166:18 189:20
**placement** 63:22 65:15 94:10 166:14
**placing** 184:24
**plaintiffs** 24:7 40:6

74:18 87:7 101:16
113:24 120:14
126:9 129:5 147:20
149:23 164:16
168:2 173:10
176:24 179:1
**plan** 178:20
**planning** 148:17
170:25
**plans** 116:19 141:1
141:13
**platform** 57:17 63:5
184:11
**platforms** 27:3
**play** 88:11
**played** 125:11
**please** 2:8 14:20 46:3
46:18 54:24 84:23
114:15
**plus** 63:7,10 65:8
**point** 34:2 84:12
188:19 191:1
**policies** 10:15 18:8,10
20:1,3,23 21:1,12
21:20 26:13 47:7,15
47:21 48:4,7 54:12
55:13 56:2 57:2
63:18 66:21 67:20
71:1,5,8,16,16,17
76:22 77:4,9,10,15
81:4,7,8,9,17,23
82:5,21 83:13,14
84:9,10,18,21 93:12
94:2 97:16 99:24
100:20 101:11
102:16 104:4
118:23 133:14
137:22 140:22
141:20 145:16
147:1,8 153:1
155:17 156:21
158:12 159:10
161:10 163:8,17
168:21 169:18
177:20,22 180:3,9
189:18
**policy** 20:24 32:5,9

32:16,21 33:1 66:4
66:8,9 68:4,7,11,11
68:13 70:10,16,20
70:23,25 78:7,17
79:3,5,11,20,22,23
79:24 80:6,18 83:15
86:22 90:13 102:1
131:9 134:5,9,11,13
135:6,7,8,15,17,19
136:8,15,20,25
140:9,15 141:2
142:2,23 143:6
145:6 156:17 158:3
165:17,18 166:18
166:19,21 171:11
173:5 189:19
**portfolio** 6:24 7:2
43:1,6,17,17 57:12
81:5 170:2 184:14
188:15,17,22
**portfolios** 21:5,11,11
27:2,17 47:23 60:9
66:25 102:22
**portion** 1:13
**posed** 176:5
**position** 4:20 5:3
**positions** 5:25
**possibly** 20:24 93:1
97:9
**post** 134:25 136:24
**posted** 135:23
**potentially** 65:22
**practice** 99:23 109:10
**precluding** 148:25
**preexpiration** 28:9
**premium** 64:23,25,25
67:17,18,18,22,23
67:23,24 68:1,2,4
68:13,13,15,16,17
69:8,14 77:23 84:5
134:25 160:1
165:15,16 166:17
170:24 187:19
**premiums** 66:21
68:20 77:7 100:3,20
131:8 141:2 147:9
147:18 152:20

162:25 164:6
168:20 169:18
171:17 187:20,23
188:1,3
**preparation** 122:20
173:25
**prepare** 1:11 123:16
175:12 176:22
**prepared** 23:16 41:25
123:18
**preparing** 31:25
**presenting** 191:8
**president** 4:21,23 5:9
8:17 9:5,7,23 10:4,5
11:11 24:16 59:20
173:15
**press** 120:17 121:1
**presume** 111:7
**pretty** 14:10 33:5
**price** 140:22 183:13
**pricing** 182:14
**primarily** 47:23
**primary** 10:9 35:18
54:9
**principal** 28:15
**print** 34:16,16 120:23
**printed** 87:13
**printing** 120:23
**printout** 1:9 38:25
**prior** 5:8 73:4 79:3
83:25 84:3 101:5
107:18 109:20
151:3,13 175:8
**private** 148:12
**privy** 51:2,20,22
**probably** 5:4 11:9
21:20 53:23 136:10
179:24
**problems** 117:25
**procedure** 27:19
97:17 112:22
119:17 157:22
179:9
**procedures** 26:16
28:11 92:13 112:20
112:21 119:1,4
156:21 158:8 182:1

184:18
**proceeding** 1:14
**process** 16:13,24,25
17:8 18:21 25:5
27:24,25 33:15,16
57:11,16,21 58:8,9
65:19 69:23 76:15
77:18 87:13,20
88:12 97:6 107:14
110:7 112:21 116:9
125:12 134:3
137:14 150:18
157:15 184:17
**processes** 26:15
57:25 58:3 100:10
124:4 182:1
**processing** 62:25
157:9
**produce** 67:16
116:17
**produced** 22:12
40:11 74:21 114:11
163:3
**producers** 166:20
**produces** 22:8 23:8
**product** 8:7,18 9:5,7
9:14,15,23 14:15,20
15:7,17,17 16:1,16
18:1 19:15 22:21,22
22:23,24 23:1,3,23
35:2 42:19,25 57:1
67:24 68:15 69:13
69:25 70:4 71:24
73:11 78:18 81:12
91:23 96:17 122:22
144:22 157:5
158:18 161:7,12
165:1 184:20 186:5
186:11
**production** 65:4
**products** 13:4 14:25
15:2 16:22 17:23
18:5 22:6 44:25
45:13 46:24 71:24
72:16 73:14 97:1
160:21 161:16
177:8,12 184:15,16

**profitability** 22:5
  23:5 24:1 34:21
  36:7,16 39:8,13
  48:10,22 53:12
  95:23
**program** 11:1 15:10
  15:11 25:2 38:14,16
  48:25 49:17 65:7,10
  65:12 66:13,14 74:1
  75:13,15 76:7 77:25
  82:9 85:12 87:2,3
  104:6 119:17 127:4
  141:6 148:2 159:14
  166:1 173:5
**programmed** 153:18
**programming** 63:14
**programs** 98:5 99:21
  100:1 116:9 135:9
**project** 34:1,1 35:7
  105:1
**promotion** 5:10
**pronounce** 125:25
**proper** 69:24 119:7
  119:20 157:25
**properties** 9:24 10:6
  56:13 80:21 94:3
  156:24 165:18
  173:2
**property** 4:22 5:1 7:9
  9:1,3 24:17,20,21
  32:16 39:14,18 40:1
  43:10 46:20 47:19
  47:21 56:12 57:3
  65:23 66:11 70:5,11
  72:23 79:4,13,17
  80:7 83:18 87:11
  88:2,4,24 89:6,22
  93:23 96:6 99:22
  114:2 156:19 166:2
**propertys** 90:6
**proposal** 141:23
  148:1,8
**propose** 117:14
**proposed** 125:9
**protect** 56:12
**protecting** 87:12
**protection** 158:2

**provide** 27:1 31:4
  32:21 46:23 47:22
  54:12 55:12 56:10
  89:18 98:25 102:16
  126:17 135:16,17
  148:11 172:22
  184:13,17,24
**provided** 29:23 30:6
  30:23 37:18 39:2,11
  49:14 66:4 70:9,16
  101:10 124:1 126:4
  149:10,16 176:11
  176:14
**provider** 41:9,13,18
  114:12
**providers** 91:18
  155:12
**provides** 43:3 47:6,14
  48:3 170:12
**providing** 24:17
**provision** 77:4 115:6
**provisions** 148:10
  162:22
**public** 28:17 29:10
  148:9
**publicly** 51:21 114:11
**publiclytraded** 39:11
**pulled** 123:12,14
**purchased** 134:13,16
**purpose** 189:15
**purposes** 82:9 189:11
**put** 10:12 14:4,6
  17:18 61:8 86:6
  172:25
**putting** 14:17 79:12

**Q**
**qbe** 132:17 140:1,2
**quality** 57:23 58:3,8
  58:9
**quantified** 111:9,22
  112:5,6
**quantify** 110:25
**question** 8:1 14:2
  15:2 16:6 17:10
  32:18 44:20 45:9,11
  45:19 54:23 73:13

74:13 80:16 88:3
  89:3 96:25 97:12
  102:12 111:4
  138:15 139:1
  144:11 146:11
  150:17 151:24
  155:7,20 159:3
  161:4 165:7 171:15
  176:7,16 185:25
**questions** 15:12,20
  16:18 24:3 30:6,8
  44:22 45:15,24 46:6
  116:1 125:2 148:7
  148:15,20 150:13
  175:13 176:5,22
  180:3 186:14
  189:24 190:2 191:7
  191:17,21,23
  192:17
**quick** 74:12 96:25
  186:15
**quickly** 40:18 85:12
  109:3
**quite** 12:16

**R**
**rafferty** 94:20
**range** 182:5,6,8,13,23
  182:24 183:17,19
  183:23 185:7
**rank** 14:6 21:3,13
**ranked** 19:17,23,24
  21:17
**ranking** 21:18
**rate** 1:21 91:25
  166:11,12,14,17
  167:4,19 174:4
  176:10 184:15,15
  187:12,14
**rates** 10:21 13:16
  42:16,20,21,22
  91:22 125:9 126:6
  165:15,16,22,25
  166:4,23 167:5
  170:24
**ratio** 69:10,12,16,24
  174:8

**ration** 65:1
**ratios** 69:20 74:7
**ray** 94:20,20,20
**reached** 143:24
**read** 29:24 32:14
  63:22 109:1 132:6
  132:10 152:17
**ready** 136:20
**real** 56:15,16,19,21
**really** 3:9,21 88:4,22
  122:2 127:12
**realtime** 1:8,8,10,16
  1:18
**reason** 86:6,13,15
  97:2 120:22 152:5
**reasonable** 99:25
  131:5 176:11,18
**rebecca** 164:21
**recall** 3:9,18,19 4:10
  4:11 23:15 24:6
  29:17 36:15 49:10
  56:8 73:18 90:21
  101:15 117:8
  121:17 124:19
  137:25 145:9,12,24
  145:25 154:16
  160:3,6 165:11
  183:3 192:22,25
**receive** 58:10 132:16
  136:24 151:15
**received** 106:23
  107:25 135:23
  136:18
**receives** 136:7,14
  169:17
**recess** 49:24 74:16
  96:22 127:23
  154:20 179:25
**recognition** 96:14
**reconcile** 57:11
**record** 2:9 21:14 72:3
  93:14 120:23 129:8
  136:19 138:5
  147:24 148:3
  149:25 192:5
**recorded** 35:23
**records** 61:16,21 63:6

recrossexamination 191:24
redesign 130:9,10
reduce 140:8
reduced 140:15
reducing 141:3
refer 63:15 93:11 97:5 98:6 102:10 133:24 160:9 188:11
reference 193:11
referred 38:9,14 66:15 72:12
referring 46:16 63:24 104:25 105:9,12
refused 148:11 149:1
regarding 7:19 32:1 57:2 63:17 104:18 148:16 171:25 191:10
regardless 142:19,21 142:24 143:10,20 166:19 167:1 187:15
regards 125:6
regular 53:9 191:4
regularly 33:19 102:10
regulation 156:3
regulations 73:5 171:25 172:4
regulator 148:12
regulators 149:2
regulatory 4:18 64:13,17 184:20 191:7
reimbursable 138:18 146:12
reimbursed 142:17
reimbursement 131:6,7 146:20
reinsurance 43:14,16 43:18,23 115:3,4,17 115:19 126:15 127:4,15,17 128:1,5 128:8,11,15,17,19
reinsurers 126:25

128:23
relate 71:21
related 79:24 117:25 118:1,1 121:12 131:10
relates 10:17,19 75:15 102:12 170:2
relation 153:1 179:13
relations 121:5 122:6 122:9,13
relationship 6:16,18 6:20 24:19 26:15 41:7 92:19 116:15 117:22 120:7 169:7 169:11 170:22
relative 34:2 47:3 66:25 76:16,17 153:16 179:11
release 120:17 121:1
releasing 1:3
relevant 106:21 107:23
relocate 7:14
relocated 7:13
remember 2:19 3:5,7 5:17 36:5 50:5 94:18 101:2 124:10 145:1 161:22 168:25
remittances 133:18
remote 118:7
renewal 35:4
renewals 35:3
reo 56:14,14 57:3 70:5,11,18
repeat 70:13 73:12 165:6
rephrase 7:25
replace 1:19
report 53:10 60:15 60:17 61:3 94:15 95:16 123:16 163:3 163:8
reporter 1:3,13
reporters 1:21
reporting 62:17,18
reports 22:5,9,12

23:5,13,19 24:1 50:13 53:20 59:19 60:18,18 95:23 112:4
represent 69:8 81:3 186:20
representative 168:13
representatives 95:5 129:14
representing 54:7
request 1:13 67:15 131:7 134:19,23 136:9,21 141:22 147:25 149:13 164:2
requested 76:12 125:6,20
requesting 163:14
requests 148:16
require 83:8
required 21:4 83:16 97:15 157:1 180:17
requirement 71:10 130:6,22 131:5,13 139:7,8 147:24 156:2
requirements 82:16 95:4 116:17 138:16 184:20,21
research 31:12 165:9
researched 123:1,15 124:8
reside 163:14
resolution 120:13
respect 148:14
responded 148:15
responding 176:4
response 147:24 148:5,7,12 149:2 176:19,22 192:5
responses 149:9
responsibilities 27:15 90:6 92:9 105:5 108:22 109:11 111:1,9,24 112:2,12 116:12 117:4 193:7

responsibility 74:8 87:23 88:7 94:24 96:4 107:4 109:18
responsible 107:13 116:4,5,14 120:6 132:22 160:1 172:5
rest 31:10,15 55:17
restate 54:24 71:4 125:21
resubmitting 125:19 126:3
result 1:4 64:3,7,9,12 144:12 149:12
resulted 122:23
resulting 172:6
retention 33:25 34:24
revenue 34:20
revenues 22:5 128:25
review 31:1 33:8,11 33:12,15,16 40:15 58:4 67:3 73:21 102:9 112:19 116:18 118:18 131:23 154:16 157:22 183:11 185:4,15
reviewed 32:1 122:22 122:25
revised 131:24
rfp 147:24 148:6
right 20:9 27:14 28:23 29:17 36:15 40:24 48:19 60:24 81:14 86:12 87:21 87:25 88:3 89:3,5 89:21 93:16 94:1 102:13 106:12 107:1,6 121:13 135:9,22 143:18,18 161:5 175:17 177:19 180:13 181:17
risk 1:13 43:3,8,12 71:25 84:25 188:11 188:13,15,18,19,20 189:11,16
risks 61:21

**robert** 54:1 59:18
   94:13,14 121:9,25
**role** 6:14 9:9,9,22
   11:18 88:11 125:12
   129:23 153:9,12
   176:4 191:5
**roles** 116:12
**ron** 45:5
**ronald** 2:1,10 24:11
**rough** 1:2,5,8,9,10,12
   1:12,16,18,22
**roughly** 117:9
**roy** 94:20
**rule** 141:14 143:8
**rules** 17:19 96:15
**run** 11:24 40:5
**runs** 11:12,19 161:18

---
**S**

**salary** 36:20,23
**sale** 120:8
**sales** 41:5 91:23
   93:21 95:2
**santa** 127:7,8
**satisfaction** 33:25
**sawyer** 179:13
**saying** 21:6 27:13
   37:20 72:22 103:25
   104:7 106:12 113:1
   113:2 136:15
   138:17 164:1
**says** 25:1,12 32:7
   34:14 41:8,21 56:10
   57:10,23 58:13
   62:19,24 64:25
   81:14 87:11,21 88:1
   88:23 93:16,19 94:2
   97:23 98:3 99:21
   103:9 105:4 106:10
   106:11,20 108:16
   114:20 115:6
   121:22 126:14
   131:1 134:12 138:9
   146:7 165:15
   166:16 168:18
   170:7,12 174:3,7,23
   176:7 179:12 192:6

192:10
**scan** 1:15 109:4
**sch** 22:16
**schedule** 29:10
   126:14 178:17
**scheduled** 171:20
   178:20
**schmidt** 127:5,6
   128:2,4 129:2
**scope** 13:10
**screen** 1:9
**se** 39:17
**seasoned** 58:14
**second** 4:1 28:12
   55:17 56:10 75:18
   87:18 93:22 94:3
   96:4 115:6 120:19
   136:19 146:5 150:5
   150:7,10 153:5,25
   154:1 168:18 174:7
   178:5,9,9 185:23
   189:23
**section** 84:15,19,24
   87:21 104:25 107:7
   107:9,14 176:11
**securities** 177:23
**security** 7:15,17,21
   24:22 55:6 73:10
   78:9,20 100:18
   107:6 110:14 114:5
   114:18 126:13
   127:1 150:12 151:8
   155:2,8 168:19
   174:5 176:2 178:6
**see** 20:3 22:4 51:4
   60:20 63:19,21 76:3
   77:8 89:19 101:25
   105:9,11 109:4
   131:2 153:25
   162:24 179:23
   187:4
**seeing** 44:1
**seek** 86:21 142:5
**seeking** 14:13 138:23
   146:12
**segment** 48:25
   107:14 131:12

185:18
**segments** 111:16
**segregation** 159:8,9
**select** 46:2
**selected** 176:10
**selling** 6:12 95:6
**send** 28:3,4,5 82:22
   86:21 88:10 136:24
   159:23
**sending** 14:16 16:10
   118:16 159:20
**sends** 134:25
**senior** 8:17 9:5,7
   11:10 41:5 59:20
   119:22
**sense** 13:4
**sent** 74:22 75:2,9
   85:25 86:8 134:20
   134:23,24 135:4
   142:5 171:11
**sentence** 25:1 56:10
**separate** 36:25 61:24
   62:2 76:18 80:20
   82:22 93:7 94:16
   97:3 103:4,4,10
   148:9 158:22 159:1
   159:7
**separately** 72:2
**separation** 159:8,9
**september** 58:13
**serves** 98:17
**service** 1:21 85:17,18
   89:18 91:11,13
   93:18 94:8,12,25
   102:20 104:19
   105:3,20 107:15
   108:14 118:19
   146:25
**serviced** 101:12
   123:25 168:22
   169:19
**servicelevel** 107:10
**servicer** 15:9 26:21
   60:4 62:13 87:24
   88:5,24 90:2 92:14
   118:19 119:2 130:4
   131:7,10,14 188:21

**servicers** 17:6 20:17
   21:8 25:9,15,17
   26:17,19 55:2 60:8
   62:7 86:11 124:4,5
   124:6,13,21 126:17
   177:13
**services** 7:11 24:18
   26:25 46:24 62:7
   93:5,9,9,16 113:15
   114:20 115:1 125:7
   170:13 173:17
   176:11 184:23
**servicing** 6:8 7:13
   27:3 57:11,17 64:16
   106:22 107:24
   108:4 113:14 124:9
   124:10,12 126:18
   129:9 131:22 139:7
   159:2 184:11
**set** 1:21 37:14 77:21
   91:5,17 92:1 103:5
   103:11 104:10,11
   108:22 112:9,20
   116:10,11,18,20
   117:4 119:1 133:16
   134:5 150:18,21
   152:7
**sets** 69:24 77:23
   78:22
**setting** 62:21 153:9
**settled** 3:25
**setup** 151:11
**seven** 5:4,4
**sevenpage** 87:14
**sgic** 102:22 103:18,24
   158:17 159:25
   172:16 173:4
**share** 1:15 43:5
**shawn** 121:9,16,25
**sheet** 56:1
**shes** 11:11 13:9,21
   44:5 160:8 162:3
**shortly** 136:10
**shouldice** 22:13,15
   22:17 24:1 95:20,21
   95:22
**shouldnt** 18:14

show 33:6 40:8 50:19
68:19 81:2 129:7
168:4 193:7
showing 38:25 40:9
64:22 65:2,3 120:16
124:20 179:3
shown 114:2 126:11
shows 54:5 84:8
105:16 163:8
side 6:21 93:12,15,16
94:1 157:1,9,12,14
157:17,20 158:4,6,6
sign 31:1
signed 176:1
significant 153:7
similar 113:8,11,17
151:18 169:10
171:6
simple 155:19
simplistically 133:15
sir 25:22 44:19 129:1
sister 46:24,25
sitting 82:17 112:1
170:6
situation 119:20
six 5:4 20:14 93:14
97:22 105:4,24
106:3,5,9,19 176:1
sixpage 129:10
sixth 93:3 104:14
size 19:25 55:23
slow 8:19
small 55:24 116:16
127:11
smaller 127:12
smart 96:10,12,13
software 1:5 88:8
134:1
solely 66:21 93:19
94:25
solutions 39:25 40:2
40:5,21 41:2,3,8
44:2,3,7 46:11,15
46:19 47:2,5,19,21
48:4,16,22,25 49:7
50:25 51:8,15 52:16
52:17,20,24 53:12

57:18 58:20,21,25
62:17 64:6
somebody 11:7 62:11
71:6 111:8,21
117:12 138:23
sorry 4:23 8:19 11:14
51:7 52:7 70:14
72:5 80:24 84:22
92:4,23 103:2 117:1
124:5 125:21 128:2
129:18 131:3
138:11 152:17
161:23 165:6 172:3
177:10 183:5 184:2
186:25 187:6
sort 171:15
sought 119:21 142:5
146:20
sourced 88:21
sow 102:21 113:14
sows 102:24
speak 15:23 18:25
75:25 100:9
speaking 88:14
special 156:25
specialty 4:22 5:1
7:11 9:1,3,24 10:5
24:17,20,21 39:14
39:18 40:1 46:20
72:23 87:10 88:2,4
88:23 89:6,22 90:5
specific 8:7 11:7
15:20 27:12,18,20
30:14 35:19 44:20
45:14 46:16 53:24
75:7 82:18 88:12,15
88:17,18 89:1,4
102:14,20,22
105:21 106:24
111:11,12,13
112:12 113:1
115:12 118:24
127:2 133:19,19,25
144:10 166:3
192:20,25 193:1
specifically 1:11 4:9
27:12,22 36:17 44:3

44:6 52:2 65:16
74:1 81:9 104:1
118:13,22 119:14
155:21 171:2 181:2
190:7 193:2
specifics 77:5 100:9
115:24
specified 1:3
specify 14:20 185:17
spell 9:20 22:14 52:7
99:16
spend 112:10 119:3
151:2
spends 95:12
spent 108:7
spread 43:3
stack 189:21
staff 1:17 53:9,11
118:6,6
standard 55:7,9,12
56:2 73:10,13 75:2
78:14 99:23 104:9
104:17 110:14
113:14 150:3,12,22
155:13 159:23
177:24 178:8
standpoint 188:24
stands 33:18 38:10
50:6,6
start 5:12 15:5,16
18:22 19:21 20:16
40:19 80:25 178:1
188:18
started 5:16,17
109:22
starts 104:22 105:24
106:2 188:19,20
state 2:8 4:17 78:1
81:10 82:10,15,15
82:23 83:8 84:10
107:12 109:16,20
110:12,16 125:7
135:12,13 150:1
158:18 167:6,16,22
167:23 174:16
184:20
stated 10:22 27:8

36:17,19 70:3 169:2
170:6 187:18
statement 31:13
73:23,25 101:25
103:10,17,20
104:13,16,21
108:20 112:18
113:6,8 114:4,17
126:13 146:11
168:23 169:4
170:11,16 187:3,9
192:1 193:2
statements 102:3
114:11
states 76:3 81:1,4,15
81:23 83:7 137:17
165:2 187:3
statistical 116:18
status 56:14,14 57:3
70:5,11,18 142:19
142:22,24 143:10
stay 35:14,20
step 38:11 107:13
steve 179:13
steven 85:8
stick 16:5 18:3 90:19
stilb 94:21,22
stip 38:9,10,13,16
48:14,16,18,25 49:5
49:17 50:22 51:7,9
stips 50:20
stop 132:21 133:2
137:10 139:24
140:1 141:8 143:10
144:12,22 162:19
stopped 101:2,5,15
101:15 137:22
138:2 142:23
143:12,21,24,25
146:2 169:3
stopping 140:2,23
stops 137:14,15
strategic 170:25
strategy 43:14
streamline 45:22
strict 148:21
structure 1:21 29:9

30:9 31:4 37:16,20
66:12 150:18,20
151:4,23,25 152:4
184:16
**structured** 151:1
**sub** 29:1,3,3 166:9
**subgroup** 48:2
**subject** 148:21
167:21
**submissions** 125:17
**subsequent** 153:16
**subsequently** 142:16
**subsidiaries** 29:12
**subsidiary** 28:16,19
28:25 29:2 155:9
178:13
**substance** 82:24 83:3
**subsumed** 180:10
**subtract** 80:6
**success** 40:14 49:6
52:17 180:5
**sufficient** 112:3
**suggested** 64:2
**suite** 177:8,12
**sullivan** 59:18,18,19
60:7,23 61:13 62:18
94:14
**summary** 81:1
**suntrust** 20:19
**supervisor** 10:1
**supplement** 174:4
**supplemented** 125:11
**supplies** 94:2 118:12
**support** 41:6 112:3
170:20 176:10,17
**supports** 134:1
**sure** 11:10,11 15:13
16:10 21:4 38:10
39:15 44:11 45:22
58:4 70:8 82:20
95:8 99:6 101:23
111:14 113:20
123:10 131:4
132:22 133:13
138:12,16 139:2
144:25 157:25
160:8 166:7 172:19

181:11,20,24
185:25
**surplus** 78:4 177:16
**suspend** 132:24
**sustain** 181:13
**sustaining** 116:15
118:8 120:7
**svc201204** 129:9
**sworn** 2:2
**sync** 57:16
**synchronization**
57:11,21
**system** 33:18 34:13
34:18,19 39:3 50:2
50:4,17 51:5 57:12
57:12,17,19 58:22
59:4 60:9 61:22,24
62:25 63:5,6,7,7,13
100:3 106:22
107:24 108:4
115:21,25 130:10
133:4,16,21,22,23
153:18 161:3
163:15,24 164:3,3,4
164:6 184:11
**systematically** 96:15
134:22
**systems** 112:21
132:23 135:1
160:22,23,24,25
161:2 182:1

_____

**T**

**take** 5:9 32:13 44:10
44:14 49:22 74:12
74:15 79:23 85:3
102:9,11 127:21
149:4,6 154:18
179:22 186:22,23
189:21
**taken** 1:11 132:7,11
**talent** 50:6
**talk** 19:4 21:1 75:12
124:25 172:10
**talked** 12:2 50:2
55:15 97:13 132:1
171:9 180:7,11

186:1,2,3
**talking** 15:9,9 18:8
18:19,20 27:13
40:19 55:19 76:6
86:24 87:1 88:15
104:3 118:3 128:1
129:18 135:12
**talks** 87:19 95:23
165:14
**tallahassee** 176:1
**tame** 65:10
**tampa** 5:23 7:13
**task** 106:24
**team** 41:4 52:1,3,5,12
52:19,24 57:25
59:17 61:14 62:16
85:18 116:14,21,22
120:7 132:22
**teams** 59:14
**technically** 72:22
133:12 135:21
**technology** 93:22
96:5,9,11,12,13
98:1
**telephone** 112:3
118:10
**tell** 2:17 8:15 13:5
23:13 39:21 46:3
47:18 50:2 63:2
102:4,24 123:9
139:23 140:7
143:23 144:20
163:18,20,24 164:6
173:12 177:5
**telling** 18:5 143:19
182:3
**tells** 49:15 105:19
**template** 147:25
**ten** 3:10 166:16 176:7
181:22 186:23
187:1,3,7
**tenpage** 123:21
**tenure** 13:25 190:21
190:21
**term** 52:12 56:21
62:4,10,12 115:17
131:25 146:9

182:12
**terms** 1:3 8:2,5 10:25
21:7,22 26:13,25
27:1 31:3 35:2,19
35:21 48:22 53:23
57:6,7 69:15 72:13
77:8 81:22,23 84:4
90:5 111:12 113:12
115:16 117:4 120:5
128:22 130:17,19
133:25 138:16
141:25 145:20
148:15 152:4
155:20 156:20,20
175:13 176:13
180:25 181:1,2
184:3,23 193:8
**territory** 6:9
**testified** 2:3 4:17
13:15 123:2 140:13
143:16 190:16
**testify** 166:15 169:4
**testimony** 1:11 123:1
188:23
**thank** 29:13 125:24
154:1 191:20
193:13
**thats** 3:20,21 11:4
17:20 19:15 27:23
32:18 33:5 35:17
36:17,18,21 38:13
38:14 39:2 40:25
41:13,15 44:4 45:24
47:17 49:14 53:2,17
53:19,21 56:4,16
57:1 60:14 61:15,19
61:24 63:20 64:18
65:12 66:8,9,10,16
68:2,4,10,24 72:15
78:7 80:16,20,22
81:12 82:6 84:12,19
85:5 87:16 88:2,3
90:5 91:16 94:11
95:10 102:11,14,25
103:8,21,23 104:23
105:7,23 106:12,24
110:20 116:24

117:6 118:24 119:9
119:19 120:18
122:4,12 125:6
128:4,24 129:10
131:12 133:24
135:2 136:2,6
137:16,23 138:4,7
141:8,17,19 142:18
147:2,8,17 151:18
152:21 153:17
156:19 161:17
163:21 164:1 167:4
167:19 170:8
175:16 176:14
178:9 179:6,13
182:12 185:10
186:5 187:13
189:13,13,19,22
190:17 193:13
**thered** 111:17
**thereof** 1:3
**theres** 16:10 26:10
27:21 35:7 36:6,8
40:22 46:2,8 48:13
49:4,5 55:16 61:20
66:12 67:9 69:11
74:2 77:15 81:1,8
83:16 84:10,17 88:9
91:13 93:5,6,15
94:6 95:8,16 102:2
103:10,25 104:7
106:8 107:3 111:14
114:21 115:17
116:17 117:1 118:5
120:19 121:4,21
134:12 136:3 152:7
152:12,22 157:25
158:2,10 159:7,9
164:5 166:9,9,11,11
172:12,15,22 174:3
175:16 184:22
186:7,7,8 188:20,23
189:5 190:11
**theyll** 102:16
**theyre** 23:16 55:16
65:25 72:12 76:25
78:3 83:14 121:13

121:22 122:14
150:1,6 152:16
155:11 157:7 166:4
166:13 177:4
181:11 184:12
185:16
**theyve** 49:8,11
109:20 149:1
**thing** 27:21 68:25
**things** 27:25 83:8
89:10 106:10,12
110:17,21 124:21
181:24 184:9
190:24 191:7
**think** 5:19 21:19 32:7
47:25 83:4 84:24
94:20 96:1 99:20
102:25 115:12
133:8 163:9,20,22
174:3 186:1
**thinking** 37:19 39:10
51:21
**third** 35:10 53:15
71:16 78:21 93:24
97:23 100:8 134:4
134:12,20 135:22
136:4,24 150:8
153:23
**thought** 16:19 110:6
188:11
**three** 2:21 4:5 10:8
11:6 68:10,12 72:16
73:14 78:17 82:7,8
86:2,7 92:5 94:16
94:17 100:4,10
123:2,24 124:7,8,9
124:10 134:12
136:3 145:24 150:1
156:5,18 165:14
169:17 182:24
183:6,14 184:4
**threeletter** 28:7 82:7
134:4
**tied** 49:6 79:19
105:20 107:10,14
118:5 122:14 124:9
187:13

**tier** 55:17,18 89:16
**time** 2:19,19 5:23 6:1
6:25 7:16 30:10,11
32:10,13 34:2 41:24
65:4 67:1,19,25
68:7,16,18 69:14
74:14 84:12 97:4
100:17 102:11
121:15,17,19
130:16 139:9 142:1
151:2,7,9 152:13
168:16,16 169:1
170:20 179:16
188:19 190:21
191:1,4 192:19,20
192:25
**timely** 36:13 57:13
58:11
**timing** 57:14 155:25
156:1,2,5,18 169:3
**title** 9:4 11:11 22:20
23:2 40:13 51:6,7
190:1
**titled** 80:25
**today** 18:3 68:11
82:17 97:11 112:1
151:19 152:2 170:7
**told** 23:10 65:25
123:7 140:1,13
144:11
**top** 19:13,17 20:5
21:2,20 25:24 44:1
45:1,13 53:17 56:9
66:19 80:25 81:14
81:23 85:23 88:3
89:5,14,20,21 90:4
91:14 92:1 93:6,6
98:22 117:8 174:3
**total** 81:7 114:22
145:20
**totality** 41:4 154:17
**touch** 164:4
**track** 27:2 50:5 61:8
71:1,5,7,13,14,19
72:1 75:3 79:16
80:12 88:8 154:14
157:25 189:16

**trackall** 63:1,3,8,10
**tracked** 63:5 71:22
130:18
**tracking** 14:16 15:24
15:25 16:3,8 17:1
57:12,19 58:22 59:2
59:4 60:8 61:15,19
61:22 62:8,13 69:22
89:12 90:14 92:16
92:19,21 94:10 95:7
96:9,9 104:19 105:3
105:17,18 118:14
119:4 130:10,10,20
131:2 138:9 146:6,6
146:8,9,14,22 147:7
147:16 148:1
158:25 182:5,12
183:13 188:10,11
188:13,16,18,19,20
188:24 189:4,11,14
191:10
**tracks** 50:7
**trade** 24:21 46:21
**traded** 51:22 114:11
**transaction** 136:20
**transcript** 1:5,6,14
1:19,21,22
**transcripts** 132:7,10
**transfer** 6:17 61:21
171:16
**transferred** 130:14
**transpired** 68:9
191:18
**travel** 116:17 162:10
**treated** 144:5
**tried** 120:22 184:25
**true** 86:2 169:4,5
**try** 33:23 46:1 157:15
**trying** 15:11 36:5
45:21 119:10 136:3
152:8 154:14 157:6
160:25
**turn** 28:12 40:20
53:15 56:5 64:20
74:11 78:21 80:24
83:11 84:14 87:18
93:3 104:13 114:15

120:18 174:2
**turner** 45:4 59:20
60:13,20 61:8 62:18
94:15 96:1
**turners** 61:4
**turning** 54:4
**two** 6:12 12:24 13:5
20:9 24:15 35:13
36:8,9,19 52:14
58:13 63:17 64:6
75:22 84:8 89:19
93:7 94:6 106:9
110:20 166:13
183:6 192:21
**twoandahalf** 2:20 4:5
**twominute** 179:23
**twopage** 168:5 177:2
**type** 23:5 30:14 47:20
57:1 79:11 120:17
121:10 154:4
**types** 16:12 22:9
141:20 169:24
190:24

**U**

**uhhuh** 3:13 8:20
11:23 12:18 20:8
30:22 34:25 35:5,15
124:22 134:7 138:4
138:22 160:11
162:20,23
**umbrella** 24:24 29:4
29:5 46:21 178:15
**unable** 13:25
**uncertified** 1:9,12
**understand** 1:8 16:6
35:11 44:11 46:1
71:25 75:16 76:7
80:4 83:5 104:7
116:13 119:10
138:20,25 139:11
142:12,13 143:1,3
155:6 172:19
185:25 188:16
**understanding** 1:9
1:18 125:14 131:22
138:15 190:13

**understood** 153:17
188:23
**underwrite** 42:20
77:10 78:17
**underwriter** 42:15
54:15,20
**underwrites** 77:9
**underwriting** 66:12
66:14,16 77:1,14,18
79:5 114:19,22
**underwritten** 76:22
76:25 78:8 158:13
158:17
**unfortunately** 129:12
130:1
**unit** 58:14
**united** 81:1
**unlimited** 119:3
**unsure** 62:4
**update** 119:17
**updated** 132:23
**updating** 96:16
107:18
**upset** 121:24
**uptodate** 63:14
**upwards** 182:25
**use** 1:4,8,14,17 50:5
80:13 173:1
**uses** 93:22 96:4 109:4
**usually** 191:6
**utilize** 82:8
**utilizing** 96:10

**V**

**vague** 182:12
**validate** 97:10 185:7
**value** 84:11
**values** 133:20
**variable** 36:9,14
**variables** 130:13
**varies** 20:3 27:6 77:2
92:10,16,24 155:22
183:24
**various** 5:25 6:23 8:9
8:13 10:25 25:10
26:4 38:21 56:23
60:5,8 69:11 106:10

106:12 127:16
150:2 177:2
**vary** 15:22 17:13,22
18:16,24 26:20,22
26:24 35:8 55:23
64:13,18 77:5 82:10
82:13,15 91:15 92:7
92:13,14,21 115:8
157:5 165:24 166:1
**vendor** 106:10,20,23
106:25 107:4,5,22
107:25 108:4 112:2
113:15 181:5
**vendors** 170:22
180:22 181:1
**verse** 165:4
**versus** 24:12 57:8
157:7 158:23
164:19 168:6 191:5
193:3,9
**vice** 4:21,23 5:9 8:17
9:5,7,23 11:11
24:16 59:20
**viceversa** 27:23 68:2
**violations** 171:24
172:2,4,6
**visited** 13:2
**volume** 65:4
**voluntary** 71:1,5,17
102:13 104:3 148:1
**voyager** 55:7,9,12
56:3 73:11,13 78:3
78:15 102:23
103:18 155:13
177:24 178:12,13
**voyles** 164:21 165:13
176:2 187:9

**W**

**wahl** 2:18,22,23,23
3:6 4:13
**wait** 5:22 7:21 76:9
**walk** 33:14 134:2,11
135:21
**want** 11:6 14:8 15:1
15:14 18:4 26:25
27:1,2,3 40:18 46:1

47:12 74:15 75:11
76:5 96:25 119:6,25
139:11 163:22
180:2,20 184:18
**wanted** 38:7 61:6
89:7,25 123:10
162:24
**wanting** 163:21
**wants** 98:3
**wasnt** 5:21 97:4
133:13 143:8
**way** 1:16 5:2 8:11
21:3 39:20 57:8
68:3 86:14 89:7
140:23 151:3,12
170:11 173:21
175:11
**website** 87:13,17
120:18,25 177:6
**weekly** 52:22 53:1
171:22
**weeks** 2:21 4:5
**wells** 15:10,17 16:1
16:16 17:13 18:9
19:4 20:6 21:24
24:12 25:3,12,24
26:22 27:5,12,15,21
28:1,5 32:5,10,21
35:20 40:14 41:6
57:17 58:15 60:6
65:15,16,19 66:2,22
66:25 67:3,7,11
69:4,7,8 70:6,10,18
71:2,8,11,12,18
72:11,11,13,15,19
72:24 73:3,6 75:20
76:12,20 77:16 78:8
81:4 82:6 85:17,23
85:24 86:12 88:11
88:14,17,18,22 89:2
89:4,20 90:19 97:6
97:18 98:13 99:4,8
100:12 102:4,20,22
103:13,19,21,22,23
104:1,8,17 105:2,17
106:11 107:9 108:2
108:5,10,17,17,17

108:19,20,23,23,24
109:4,5,5,6,7,12,13
109:18,25 110:13
110:16 112:22
113:21 118:3
119:13 120:9
124:18 131:20
132:15,15 133:10
134:8,23,24,24
135:24,25 136:7,22
136:23,23 137:3,11
137:20 138:2,3,5
139:18,22,23 140:6
142:6 143:16,20
144:13 145:10
146:17,20,20 150:7
150:7,8,13,19,19
151:13,19 153:13
155:21 158:8
159:19 160:17
162:12 163:18
169:11,11 171:7,10
171:12,16,23 172:7
179:8,18 181:21
182:7,17 183:18
186:20,20 187:21
188:7 190:5,8,9
191:2,3 192:3,3,4,8
192:9,12 193:3,3,7
193:9,9,10
**went** 31:25 61:5
108:7 153:6,7
**weve** 53:16,16 74:20
75:23 87:9 107:15
126:12 134:13
142:15 150:25
165:9 188:9
**whats** 3:1 4:20 10:23
11:14 12:10 39:23
49:1 53:7 58:19
61:17 65:8 66:7
68:1 70:17 82:4
99:14 100:5 103:2,3
107:21 117:7
127:14 129:7
171:21 180:17
**wheeler** 101:3,8

168:9,9
**whos** 8:17 10:4 11:10
55:5 59:13,17,20
61:14 85:7 107:13
116:25 160:25
172:4
**whove** 149:2
**wilson** 2:1,10,11 24:9
24:11 30:17 33:7
40:10 74:24 96:24
109:9 154:22
159:17 173:13
186:19
**wind** 3:2 15:3 88:19
97:3 144:22,23
145:5,16 156:17
**winston** 8:8 14:22
16:4 17:25 18:13,18
19:22 22:1 26:2
32:6,11,23 33:2
45:7,18 46:4,17
47:8,16 54:16,21
56:18 66:23 68:22
69:2,17 70:1,12
72:17 73:1,7,16
74:5 75:5 76:4,11
76:23 78:10 79:7,14
80:8 82:12 83:1,10
86:25 88:13,25
89:24 90:7,18 91:9
91:19 101:20 102:6
103:8,12,15 106:16
108:12,25 109:15
110:3,22 116:6
126:19 131:11,17
133:6,8 134:14,17
135:10 136:1,16
140:4,10,16,24
141:4,11,16 142:9
142:25 143:14
144:6,14 146:23
147:10 150:23
151:6,20 152:3
153:2 154:2,5,8
155:4,14 156:10,22
158:15 159:11
160:19 164:9

167:12 169:13
171:13 172:1,8,18
172:23 173:7
175:10,22 180:23
181:4,12,18 182:10
182:15,18 184:7
186:6,15,18,19
187:7,8 191:20
192:11 193:12
**wire** 171:16,18
**wisconsin** 82:20,21
**wish** 184:16
**witness** 1:12 8:9 16:7
17:21 18:1,14,19
19:23 22:2 27:8
32:24 33:4 44:21
45:8,19 46:5 47:17
66:24 67:4 69:18
70:2 72:18 73:2,9
73:17 74:6 76:12
78:11 79:15 80:11
83:4 87:6 88:14
89:1,25 90:8 91:10
91:20 102:17
103:14,16 106:15
106:17 107:21
108:13 109:1,16
110:10,23 116:7
126:21 131:12
134:18 136:17
139:2 140:5,11,19
140:25 141:5,12
142:11,13 143:23
144:7,16 146:24
147:13 148:6 151:7
151:21 152:4 153:3
155:6,16 156:11,23
158:16 159:12
160:20 163:12
166:11 167:13
169:14 172:19
180:24 181:5,13,19
184:8
**woman** 52:8
**wont** 150:13
**word** 120:22 188:10
**words** 109:4

**work** 5:2 6:3 8:16,21
8:23 12:15,21 27:3
27:4 44:3 58:5 60:5
64:1 69:19,21,22,23
73:23,25 99:4
101:25 102:4
103:21 104:13,16
104:22 108:20
112:18 113:6,8
118:7,8 120:12
122:19 124:18
127:1 144:3 161:24
165:9 190:25 192:1
193:2
**worked** 190:22
**working** 1:8 5:21,22
6:21 26:12 60:3
111:8 125:16
**works** 8:23 17:2
62:16,17 75:16 76:7
102:1 103:10,17
160:7 164:24 165:1
**world** 95:9
**wouldnt** 14:6,9 21:3
51:2,11,16 67:6
96:3 100:12 104:4
128:25 133:18
**write** 7:7 24:24 28:13
29:19,20 42:25
65:22 155:17
172:16 173:4 177:8
177:12,22 180:16
**writes** 41:21
**writing** 38:5 82:23
170:3
**written** 1:16 34:10
64:25 66:6,8,9,20
67:21,23,24 68:1,8
68:16 71:2,8,23
81:4 83:13 84:5,5
86:10 160:22

**X**

**Y**

**yeah** 27:9,17,24
28:24 32:7,17 34:12

NOT CERTIFIED

221

35:3 54:25 57:16
59:11 63:21 76:2
79:8 87:6 92:6
103:16 119:7
125:18 134:11
137:25 139:2,12
142:13 161:6
163:12 164:10
170:8 177:25
183:22 185:12,15
186:1 188:20
**year** 3:8 5:18 24:5
33:9,10,11,20,23,24
34:8,15 35:8,8
38:23 39:19 40:3
48:8,23 51:10,10,14
62:22 66:20 69:16
81:20 84:6 95:13
111:10,23 112:9
114:4,18 117:5,16
117:18 126:13,15
132:21 174:13
**yearly** 64:23
**years** 3:8,10,12 5:4,5
5:15,15 6:1 13:24
37:8,11 49:9 63:17
64:6 107:19 108:9
109:12 110:20
111:8 112:5 162:13
163:8 175:8 176:9
192:21,23,24
**york** 122:17 125:6,15
125:20 126:3
**youall** 106:5
**youd** 75:25 128:15
139:12 183:21
185:15
**youll** 16:7 40:20
**youre** 14:13 15:12,20
15:22 25:4,16,25
26:12 27:13 38:24
44:22,23 45:9,15
55:19 63:23 68:5
69:23 76:9 79:5,11
92:20,24,25 99:3,19
100:14 103:25
104:3,7 105:9

106:15 109:10
113:9 116:5 118:2
119:14,18 125:16
128:21 140:12
146:6 147:6,15,23
162:17,21 163:14
167:11 181:17
190:16
**youve** 4:1 122:11
142:6

---

### Z

**zero** 133:17 137:13
**zone** 165:23 166:1,8
166:9,12,13,25
**zones** 21:5 165:19
166:4,10

---

### 0

**00** 180:1
**000** 79:3,10 152:10
152:20 153:5,6
154:13
**053** 81:8
**062** 176:12

---

### 1

**1** 22:4 24:7,10 41:21
42:9 68:5,13 180:1
193:14
**10** 42:13 74:16,16,17
74:22 96:22,23
105:7 113:3 147:20
147:23 152:9,20
**10111** 178:2
**10k** 31:23
**10th** 136:6,7,8,12
**11** 72:14,18,25 73:6
73:14 74:2 102:2
105:7 114:15,17
115:23 127:23,24
131:19,20 132:16
133:3,9 134:3 137:2
137:10,21,25 139:6
139:18 140:7,9,14
140:15,23 141:3,25
142:8 143:21

149:23 154:20
162:25 163:9,17
164:7 176:16
183:18
**112001** 168:7
**118** 81:8
**12** 74:17 105:8
154:21 164:16,18
165:10,12 179:25
186:22,24 187:7
193:6
**12010** 104:13,22
108:20
**12th** 164:20
**13** 168:2,5,5
**14** 173:10,13
**14th** 129:10
**15** 111:8 154:19
174:9,11,21 175:7
175:15 176:8,24
177:1 193:14
**15andahalf** 5:15,15
**16** 74:22 117:1,3
179:1,4
**163** 104:22
**168** 104:13 105:14
106:6,7 189:24
**17th** 168:17
**18** 63:11 117:1
174:23 176:17
**184** 81:9
**19** 81:9
**1995** 150:5,10 152:1
152:9
**1996** 150:5,10
**1998** 7:10
**1998ish** 5:19

---

### 2

**2** 33:6 40:6,9,10
80:23 84:10 153:25
**20** 56:5
**200** 68:5,13 119:16
127:10
**2004** 107:18 109:23
109:23,24
**2005** 5:6 150:11

153:24 180:21
**2009** 173:14 175:17
175:21,25
**2010** 81:7 107:17
110:20
**2011** 42:1 62:24
81:20,22 101:5
114:4,18 126:13
**2012** 24:13 42:3
109:24 129:10
141:23 147:25
148:2 164:20
168:18
**2013** 109:24
**2029** 152:6
**2051** 179:5
**2059** 179:5
**2060** 179:5
**2071** 179:5
**2072** 179:5
**2092** 150:7
**2098** 150:7 153:5
**20th** 137:6
**2100** 150:8 153:23
**2101** 150:8 153:24
**22** 127:23
**222** 179:6
**24** 175:4
**24th** 126:4
**25** 127:24
**25th** 137:6
**26th** 24:12
**28** 154:21

---

### 3

**3** 74:18,21 78:6 81:16
85:22 117:10,21
118:13 119:10
126:14
**30** 142:1
**300** 68:12
**30th** 175:17,21,25
**31** 126:15
**31st** 81:7 114:4
**3437** 71:22
**3439** 40:12
**344** 84:10

UNEDITED TRANSCRIPT

**3444** 53:16
**3446** 40:20 46:13
  53:2 60:21
**3447** 54:5 72:4
**3461** 56:6
**3474** 64:21 72:5
  73:15 97:2,3 186:5
**3477** 80:24,25
**3481** 83:12
**3483** 80:24,24 84:8
**3485** 84:14
**3486** 84:20
**3492** 84:21
**3493** 84:25
**35** 49:24
**3506** 40:12
**39** 96:22

---
**4**
---
**4** 87:7,10 174:23
  176:17
**42** 49:25 96:23
  182:25 183:1,14
  184:4 185:1,10,19
**45** 182:25 183:1,15
  184:4 185:1,11,19
**450** 153:6 154:13

---
**5**
---
**5** 101:16,19,20
  189:22
**50** 120:2 127:10
**52010** 103:21
**54** 81:16
**55** 154:20
**56** 179:25

---
**6**
---
**6** 105:7 113:24 114:1
  114:2 147:25 148:2
  175:4
**627** 176:12
**65** 152:10,20 153:5
**672** 79:3,10,22
**6th** 141:23

---
**7**
---

**7** 74:21 105:7 120:14
  120:17
**700** 79:10
**70page** 114:6

---
**8**
---
**8** 74:22 105:7 106:2
  126:9,12
**83** 84:11
**85** 118:6,6

---
**9**
---
**9** 41:21 42:9 49:24,25
  105:7 129:5,8,8
**90** 42:13
**9th** 173:14